## Corrie Cockrell

| | |
|---|---|
| **From:** | Corrie Cockrell |
| **Sent:** | Thursday, June 02, 2011 6:31 PM |
| **To:** | Crystal Martin |
| **Cc:** | Carmen Davis; danderson@co.hinds.ms.us; Robert Graham; George Smith; Jody Owens; Sheila Bedi |
| **Subject:** | denial of access |
| **Attachments:** | HY P&A Memo 2.18.09.pdf; HY P&A Memo 6.2.11.pdf |

Crystal:

As I am sure you are aware, we were denied access to Henley-Young today. This denial is in violation of federal law pursuant to our P&A access and the Memorandum of Understanding that we entered into with the County in November 2009. In the event that we do not hear something from you or a representative from Hinds County by 5:00 p.m. tomorrow, we will amend our complaint and file an action for access to Henley-Young and seek attorney fees from the County. Please find attached a copy of a memorandum sent to you in February 2009 and an updated version of the same setting forth our authority to have access to Henley-Young.

Thank you,

*Corrie Wynette Cockrell*
Staff Attorney
Mississippi Youth Justice Project
Southern Poverty Law Center
921 North President Street, Suite B
(T) 601-948-8882 x26
(C) 334-549-8342
(F) 601-948-8885
(E) corrie.cockrell@splcenter.org

NOTICE: This electronic message transmission was sent by an attorney or at the direction of an attorney and contains information which may be confidential and/or privileged. The electronic message and any attachments are the confidential property of the sender. The information contained herein is intended only for the use of the intended recipient(s). Interception, copying, accessing, disclosure, distribution, or use of this message or any attachment by any person other than an intended recipient is prohibited. If you believe that you have received this electronic transmission in error, please notify us immediately by telephone (601-948-8882) or by electronic mail (reply to sender) and destroy all electronic and paper copies in your possession or control.



EXHIBIT C

6/6/2011