## Corrie Cockrell

**From:** Corrie Cockrell
**Sent:** Thursday, June 02, 2011 7:39 PM
**To:** Crystal Martin; Carmen Davis
**Cc:** danderson@co.hinds.ms.us; Robert Graham; George Smith
**Subject:** denial of access to retained youth

Crystal,
This e-mail is to follow-up to the e-mail regarding SPLC's denial of access to Henley-Young. We were also denied the right to speak with youth who have been retained by SPLC, which clearly violates the law. As you know, the County cannot refuse to allow us access to our clients and we will be forced to take action if this practice continues. I look forward to hearing from you or a representative of the County regarding the denial of access issues.

Thank you,
*Corrie Wynette Cockrell*
Staff Attorney
Mississippi Youth Justice Project
Southern Poverty Law Center
921 North President Street, Suite B
(T) 601-948-8882 x26
(C) 334-549-8342
(F) 601-948-8885
(E) corrie.cockrell@splcenter.org

NOTICE: This electronic message transmission was sent by an attorney or at the direction of an attorney and contains information which may be confidential and/or privileged. The electronic message and any attachments are the confidential property of the sender. The information contained herein is intended only for the use of the intended recipient(s). Interception, copying, accessing, disclosure, distribution, or use of this message or any attachment by any person other than an intended recipient is prohibited. If you believe that you have received this electronic transmission in error, please notify us immediately by telephone (601-948-8882) or by electronic mail (reply to sender) and destroy all electronic and paper copies in your possession or control.


EXHIBIT D

6/6/2011