# Mental Health Needs in Pennsylvania's Secure Juvenile Detention Population:
## A statewide study implementing the automated Massachusetts Youth Screening Instrument, Version 2

Juvenile Detention Centers Association of Pennsylvania

Melissa Valentine, MSW (Project Director and Deputy Director for JDCAP)
Nicole Remsburg, M.Ed. (Project Manager and Executive Director for JDCAP)

Prepared by:

Elizabeth Cauffman, Ph.D (University of California, Irvine)
Elizabeth Shulman (University of California, Irvine)
Jennifer Dickman (University of Pittsburgh)
Susan Farrugia, Ph.D. (University of Auckland, New Zealand)

August 8, 2006



EXHIBIT 3

This project was supported by subgrants
# 2003/2004-J-04-15375, 2003-JC-01-013205, 00/01-JC-01-10833, 97/98-JC-01-009498
awarded by the Pennsylvania Commission on Crime and Delinquency (PCCD).

Table V.D.2. displays the percentages of youth (by race/ethnicity) that scored in the clinically significant range on each MAYSI~2 subscale, meaning that they should be further screened for possible disorders, and those that scored in the more extreme warning ranges, meaning that they are likely in need of immediate attention. Table V.D.3 Shows those youth (split by race/ethnicity) required by JDCAP policy to receive follow up because they scored in the caution or warning range on suicide ideation or had 2 warnings on any combination of MAYSI~2 subscales (excluding Traumatic Experiences).



## Race/Ethnicity Synopsis

- African American youths report significantly fewer mental health symptoms than do white and Hispanic youths.

- Research indicates that white juvenile offenders are more likely to be labeled "mentally disturbed," while African American offenders are more likely to be labeled "disorderly".

- Research also indicates that minority youths are more likely to under-report mental health symptoms and issues, and that a significant stigma is associated with mental health issues among minority populations.