Henley-Young Juv
940 East McL
Jackson, MS

Day of Date: Thursday 06/02/11

| Age | Name (Boys) | Locker # | Cell # | Date | Time | Charge | Detained |
|---|---|---|---|---|---|---|---|
| 16 | J.H. | 05 | B-103 | 03-17 | 1843 | 72H | |
| 17 | D.M. | 04 | A-104 | 03-25 | 1720 | 04,44,77 | |
| 14 | J.M. | 30 | A-102 | 04-14 | 1545 | 72H | |
| 16 | O.C. | 74 | B-202 | 04-18 | 1110 | 04,90B | |
| 15 | T.A. | 73 | A-201 | 04-20 | 1040 | 58 | |
| 15 | M.T. | 32 | A-204 | 05-02 | 2000 | 09 | |
| 17 | J.N. | 35 | A-110 | 05-02 | 2000 | 09 | |
| 15 | L.R. | 08 | B-109 | 05-03 | 1230 | 72H | |
| 14 | A.H. | 66 | A-105 | 05-16 | 1100 | 40 | |
| 17 | S.A. | 70 | B-206 | 05-18 | 0711 | 3CT,72H 56,24 | |
| 16 | D.T. | 29 | B-104 | 05-24 | 1850 | 58 | |
| 13 | N.S. | 40 | A-106 | 05-26 | 0655 | 06,24,48 | |
| 15 | R.W. | 36 | A-103 | 05-26 | 0932 | 90B | |
| 17 | Z.S. | 46 | A-210 | 05-26 | 1215 | 72H | |
| 13 | D.C. | 59 | B-201 | 05-27 | 1900 | 04F | |



EXHIBIT C

*DETAINEES TAKING MEDICATION

| Name (Boys cont) | Locker # | Cell # | Date | Time | Charge |
|---|---|---|---|---|---|
| J.C. | 11 | A-109 | 05-27 | 2100 | 04R,90I |
| J.B. | 43 | B-101 | 05-28 | 1749 | 90B |
| R.J. | 65 | B-203 | 05-28 | 1730 | 09 |
| J.W. | 27 | B-105 | 05-29 | 0430 | 16 |
| T.M. | 57 | B-210 | 05-31 | 1752 | 17 |
| S.D. | 20 | B-106 | 05-31 | 1800 | 90B |
| T.C. | 44 | A-204 | 05-01 | 1125 | 58 |
| L.C. | 07 | B-209 | 06-01 | 1321 | 17 |
| M.B. | 41 | B-208 | 06-01 | 2215 | 23 |
| O.G. | 45 | A-106 | 06-02 | 0330 | 09,24,48 |
| Q.P. | 49 | A-205 | 06-02 | 0330 | 09,24 |
| D.H. | 22 | A-202 | 06-02 | 0330 | 09,24 |
| T.D. | 13 | A-203 | 06-02 | 0330 | 09,24,48 |
| M.S. | 16 | A-108 | 06-02 | 0330 | 09,48 |
| H.M. | 17 | A-104 | 06-02 | 0330 | 09,24,48 |

Jackson

Henley-Young Juvenil
940 East McDow

| Age | Name (Girls) | Locker # | Cell # | Detained Date | Time | Charge |
|---|---|---|---|---|---|---|
| 15 | R.S. | 60 | C-102 | 05-24 | 0110 | 90B |
| 13 | D.J. | 42 | C-108 | 05-27 | 2045 | 90B |
| 16 | J.D. | 10 | C-107 | 05-31 | 1655 | Vio. home det 90B |
| 15 | D.E. | 62 | C-106 | 06-01 | 1418 | (44) 40 |
| 14 | K.P. | 15 | C-103 | 06-01 | 2010 | 40 |
| 16 | N.B. | 14 | C-110 | 06-01 | 2010 | 40 |
| (07) | | | | | | |
| (08) | | | | | | |
| (09) | | | | | | |
| (10) | | | | | | |
| (11) | | | | | | |
| (12) | | | | | | |
| (13) | | | | | | |
| (14) | | | | | | |
| (15) | | | | | | |