# Dale Knight

**From:** Dale Knight
**Sent:** Wednesday, June 22, 2011 10:07 AM
**To:** 'danaprice.hindsco@gmail.com'
**Subject:** Eligibe Youth with Alleged Mental Disorders-SPLC

Dana,

This is the list of youth, presently in the facility, that has seen mental health professionals, and those who have been apparently receiving treatment for mental disorders. Two of them are already on the SPLC witness list. I compiled this list in consultation with the children's Youth Court Counselors.



D███ K███
Director
Henley-Young JJDC



1

**Dale Knight**

**From:** Dale Knight
**Sent:** Wednesday, June 22, 2011 10:07 AM
**To:** 'danaprice.hindsco@gmail.com'
**Subject:** Eligibe Youth with Alleged Mental Disorders-SPLC

Dana,

This is the list of youth, presently in the facility, that has seen mental health professionals, and those who have been apparently receiving treatment for mental disorders. Two of them are already on the SPLC witness list. I compiled this list in consultation with the children's Youth Court Counselors.

T▬ A▬ – 6-22-11,
C▬ M▬ –
S▬ A▬ 6-22-11
A▬ J▬ – 6/24/11
R▬ W▬ 6-22-11 ← 6-24-11
S▬ W▬ 6-22-11
D▬

Dale Knight
Director
Henley-Young JDC

[handwritten annotation in left margin]: To see MS youth Justice if request is made