**From:** Lisa M. Ross [mailto:lross@lmrossatlaw.com]
**Sent:** Wednesday, June 22, 2011 8:43 AM
**To:** Jody Owens; cdavis@co.hinds.ms.us; dknight@co.hinds.ms.us
**Cc:** danaprice.hindsco@gmail.com
**Subject:** RE: Request for Henley-Young Access

Jody,

In light of the pending litigation and the fact that the county is represented by counsel, I request that you direct all of your correspondence to me or Dana Price.   We will pass this information on to the appropriate party.

As you know, the county has no problem with your client accessing the facility to monitor.  However, because the judge has yet to decide the level of access, i.e., whether you should have access to non-disabled children, no roster will be provided containing the names of children who do not have a mental disease or disorder, developmental disability or physical disability.

Since this request comes in the middle of briefing on issues relating to access, I think this is reasonable.  If the judge determines that you are entitled to access to all children, then it may be appropriate to give you a roster with all names.  We will however provide you with a roster that contains the names of all children protected under the Acts.


**Lisa M. Ross**
Attorney at Law
514 E. Woodrow Wilson Ave.
P.O. Box 11264
Jackson, MS 39283-1264
Phone: 601.981.7900
Fax:    601.981.7917

---

**From:** jody.owens@splcenter.org [mailto:jody.owens@splcenter.org]
**Sent:** Tuesday, June 21, 2011 5:35 PM
**To:** cdavis@co.hinds.ms.us; dknight@co.hinds.ms.us
**Cc:** Lisa M. Ross; danaprice.hindsco@gmail.com
**Subject:** Request for Henley-Young Access



Mrs. Davis and Mr. Knight-

As you know, we routinely monitor Henley-Young on Mondays, Wednesdays, and Fridays.  While we are aware the scope of our ability to monitor and investigate is currently being litigated, we understand the county's current position to be that we do have access to individuals with disabilities.  In light of this, we would like to resume monitoring Henley-Young this Wednesday (6/22) and Friday (6/24) beginning at 1:00 p.m.  Accordingly, as was

the previous practice, we would like to receive rosters prior to our visits on these days.

Attys Ross and Price, I have included you on this e-mail obviously because you are currently representing the county in the ongoing litigation involving this matter but also so you can advise the county as you see fit in response to this request.  Please let me know if you have any questions or concerns.

**Jody E. Owens II**
Director
Southern Poverty Law Center
921 N. President Street Suite B
Jackson, MS 39202
Phone: 601-948-8882 x28
Fax: 601-948-8885
Jody.Owens@splcenter.org