## Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| **1. APPROPRIATE STAFFING AND OVERCROWDING** | |
| **Status:** | |
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |
| **Status** | |
| **Discussion** | • On January 3, 2011, there were 5 officers and 43 youth; a ratio of 1: 8.6.<br>• On January 6, 2011, there were 5 officers and 30 youth; a ratio of 1: 6.<br>• On January 7, 2011, there were 5 officers and  28 youth; a ratio of 1: 5.6. |
| **Provision 1.2** | If the Henley-Young staff-to-youth ratio falls below the requirement of § 1.1 for longer than two (2) days, the Director or his assignee shall immediately identify youth accused of nonviolent offenses who are eligible for less restrictive alternatives to secure detention and request from the Youth Court an emergency release for eligible youth. |
| **Status** | |
| **Discussion** | |

| | |
|---|---|
| **2. CELL CONFINEMENT** | |
| **Status:** | |
| **Provision 2.1** | Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |
| **Status** | |



Henley-Young Juvenile Detention Center: Monitoring Form

| Discussion | • Confidential Male #1 reported being in his cell most of the New Year's weekend.<br>• Confidential Male #1, ███████████████ ████████████ reported eating in their cells for dinner.<br>• ███████████ reported eating some meals in her cell.<br>• Confidential Male #2, Confidential Female #1, ███████████ ███████████ reported being in their cells most of the time in Henley-Young during non-school hours.<br>• ███████████ reported not going to school on 1/7 and that on most days they only spend a little time at school.<br>• ███████████ reported eating dinner in her cell on 1/7. |
|---|---|
| | Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
| Status | |
| Discussion | • ███████████ reported that the boys were put on a 48-hour lockdown after other male youth got into a fight over pancakes. ███████████ also reported that another male has been on lockdown for over 40 days.<br>• ███████████ reported that the girls were locked up most of the time between 1/1-1/3/2011 and were told it was because "there are too many" girls at Henley-Young. |

| 3. USE OF RESTRAINTS | |
|---|---|
| Status: | |
| Provision 3.1 | Mechanical and/or chemical restraints shall not be used to punish youth or for the convenience of staff. Restraints shall only be used when a resident presents a threat of serious bodily injury to others. Under no circumstances shall restraints be used to secure a youth to a fixed object, such as a bed, a post or a bar. Restraints shall be removed from a restrained youth as soon as the threat has de-escalated. Restraints shall not be used for more than 15 minutes, unless restraints are approved by a mental health professional. Under no circumstances shall a youth be restrained for longer than 30 minutes. No resident shall be subject to restraints until staff have first attempted verbal de-escalation techniques. On the rare occasion that Henley-Young must use restraints, only properly trained staff may use them, and youth must receive continuous, one-on-one supervision for the duration of the restraint. Nothing in this provision shall prohibit restraints from being placed on youth during transportation, if staff have reason to believe that a youth presents a flight risk or will engage in violent behavior during transport. Currently Henley-Young does not use any chemical restraints and the County agrees that chemical restraints will not be used in the future. |
| Status | |

Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| Discussion | |
| Provision 3.2 | Henley-Young policy will prohibit the use of restraints on youth engaging in self-injurious or suicidal behavior unless restraints are ordered by a licensed mental health professional. If a licensed mental health professional deems restraints necessary to prevent a youth from harming him or herself, that youth shall be immediately transported to a mental health facility or to the emergency room of a local hospital. Each time Henley-Young uses restraints under section 3 a serious incident report must be filed. |
| Status | |
| Discussion | |
| Provision 3.3 | No mechanical or chemical restraints shall be used on a youth who is confined to a cell. |
| Status | |
| Discussion | |

| 4. USE OF FORCE |
|---|
| Status: |

| Provision 4.1 | Physical force shall not be used to punish youth. Staff supervising youth detained by an order of the Youth Court shall not "slam," "take down," or "secure youth to the floor" as a form of control or a control technique. Henley-Young staff shall only use physical force to stop youth from causing serious physical injury to self or others. If physical force is necessary, staff must use the minimum amount required to contain the youth safely. No |
|---|---|

Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| | youth shall be subject to physical force until staff has first attempted verbal de-escalation techniques. |
| Status | |
| Discussion | • ▮▮▮▮▮▮ reported hearing about another youth being pushed by an officer after the youth came in from playing basketball. |

## 5. SUICIDE PREVENTION

Status:

| Provision 5.1 | Henley-Young shall immediately implement policies and procedures to work with youth who exhibit suicidal ideation. For any youth who expresses suicidal ideation for longer than 24 hours emergency action must be taken. Emergency action may require transportation to a mental health facility, to the emergency room of a local hospital for evaluation and/or treatment, or other measures that ensure a youth is examined and treated by a medical and/or mental health professional. Henley-Young will develop a three-tired suicide policy that will evaluate the level of risk for any youth who expresses suicidal ideation and only remove clothes from the youth with the most serious needs. For any youth placed on the highest level of risk, every effort must be made to have a mental health professional evaluate the youth within 12 hours, but in no case more than 24 hours after his or her placement on suicide watch. Youth on suicide watch shall participate in recreation, school and other structured activities. Youth shall not be required to wear a suicide gown unless locked in a cell. |
|---|---|
| Status | |
| Discussion | • ▮▮▮▮▮▮ reported that he is housed in a suicide cell and that officers do not check on him regularly. ▮▮▮▮ reported banging his head on his wall for half an hour on 1/3/2011 but the officers was not aware. <br> • ▮▮▮▮▮▮ reported that no officers checked on him regularly while he is in a suicide cell and that on 1/7/2011 he had to buzz the control room to remind the officers to take him to shower and to bring him food. |

## 6. HYGIENE AND SANITATION

Status:

| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |
|---|---|
| Status | |

## Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| Discussion | • **Confidential Male #1, Confidential Female #1,** ▓▓▓▓▓▓▓ **, and** ▓▓▓▓▓▓▓ reported brushing their teeth once daily at Henley-Young. <br>• **Confidential Male #1** reported that he did not shower one day in Henley-Young. **Confidential Male #1** also reported not receiving and hygiene products since his arrival at Henley-Young on 12/28/10 through 1/3/2011. <br>• ▓▓▓▓▓▓▓ reported not receiving a toothbrush at Henley-Young and had not brushed his teeth between his arrival on 12/28 and 1/3/2011. <br>• ▓▓▓▓▓▓▓ reported not being taken to shower on 1/2-1/3, which means he was unable to brush his teeth, get clean clothes, etc. <br>• ▓▓▓▓▓▓▓ reported not receiving deodorant at Henley-Young from the time he arrived on 12/28 through 1/3. <br>• ▓▓▓▓▓▓▓ reported not receiving his hygiene bag since his arrival at Henley-Young on 1/3/2011 through 1/7, meaning he has not brushed his teeth since his arrival. ▓▓▓▓ also reported not having enough time to shower. <br>• ▓▓▓▓▓▓▓ reported not receiving a toothbrush or toothpaste at Henley-Young and when he asked for one, officers told him they did not have any. |
| Provision 6.2 | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
| Status | |
| Discussion | • ▓▓▓▓▓▓▓ reported that the blankets/covers make him itch. |
| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
| Status | |
| Discussion | • **Confidential Male #1** reported not receiving socks from the time he arrived at Henley-Young on 12/28 until 1/3/2011. <br>• **Confidential Male #1 and** ▓▓▓▓▓▓▓ reported that their shoes are too big at Henley-Young. <br>• ▓▓▓▓▓▓▓ reported that his pants have holes in them. <br>• ▓▓▓▓▓▓▓ reported that she has stains in her underwear. <br>• ▓▓▓▓▓▓▓ reported stains on some of her under-clothes. <br>• ▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ reported that their clothes have stains and holes in them. |
| Provision 6.4 | Unless through suicide prevention policies, no youth shall be deprived of clothing, mats, or blankets. A suicide gown or suit must be provided to any youth who prevents such a high risk pursuant to suicide policies that would justify removing a y youth's clothes. |
| Status | |

Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| Discussion | |
| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
| Status | |
| Discussion | <ul><li>Confidential Male #1, Confidential Male #2, ███████ and ███████ reported that their cells smell like urine.</li><li>███████ reported that his cell is too cold at night.</li><li>███████ reported that the water from his sink smells like the toilet.</li><li>███████ reported that her cell was dirty when she arrived at Henley-Young. ███████ also reported that her cell is cold and that she has to sleep with her jacket on and under 4 blankets. ███████ reported that her sink does not work.</li><li>███████ reported that she is unable to sleep because her cell is "freezing."</li><li>███████, Confidential Male #2, and Confidential Female #1 reported that it is extremely cold in the facility and the blankets are not enough.</li><li>Confidential Male #2 reported that he chose not to take a shower upon entry into the facility because it was so cold.</li><li>Confidential Male #2 reported that his cell is nasty and that water is dripping from the windows. He stated that old tissue is in the windows. Confidential Male #2 also stated that the blankets are not long enough.</li><li>Confidential Female #1 reported that the water fountain on D-pod does not work.</li><li>███████ reported that there is mold on the ceiling. ███████ also that the officers now keep the flaps to the cells closed, which causes less ventilation in the cells.</li><li>███████ reported that his cell is dirty and that the toilet is "nasty," there is stuff on the walls and it stinks. ███████ also reported that it is too cold in his cell and that 2 blankets are not enough.</li><li>███████ reported it is too cold in Henley-Young and that 3 blankets are not enough. ███████ also reported that the cold air causes her allergies to bother her.</li></ul> |

| | |
|---|---|
| **7. STAFF TRAINING** | |
| Status: | |
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |
| Status | |

## Henley-Young Juvenile Detention Center: Monitoring Form

| Discussion | - **Confidential Male #1** reported that an officer told another male "if you don't get out the shower, I'm going to slap the s--t out of y'all." |
|---|---|
| | - **Confidential Male #1** reported officers had told the males from 12/31-1/2 they would watch a movie at night time but they never did. |
| | - **Confidential Male #1** reported seeing officers send text messages on their cell phones while youth watched movies. |
| | - ████████ reported that she sometimes does not receive water when she requests it. |
| | - ████████ reported being told by an officer that if she did not eat, she would get written up and have to stay in Henley-Young longer. ████ also reported having to strip in front of female officers upon intake at Henley-Young on 12/31/2010. |
| | - ████████ reported that ████████ "hollers" at the youth, doesn't open cell doors, and "starts stuff" with the youth to get them mad. |
| | - ████████ reported that ████████ often curses at the youth. ████ also reported that officers do nothing to intervene when youth argue. |
| | - ████████ reported that no officers came to his cell to take him to shower or to bring him food until he buzzed on 1/7/2011. ████████ is in a suicide cell. |
| | - ████████ reported having to strip, squat, and cough in front of a female officer when she arrived at Henley-Young. |

## 8. POLICIES AND PROCEDURES

Status:

| Provision 8.1 | The County will immediately work with DRMS to review and revise all policies for youth at Henley-Young to meet federal law and national best practice. New policies will be implemented within 90 days of the effective date of this agreement. Until such time as new policies are agreed upon and implemented, the county will take the following actions immediately: |
|---|---|
| Status | |
| Discussion | |
| Provision 8.1.1 | The County will work with DRMS to create and adopt an age and reading level appropriate handbook/resource for youth detained at Henley-Young. The Director will ensure that all youth have meaningful access to the information by either displaying the rules on posters in all living areas and the school, or ensuring all youth receive a copy of the handbook during intake, or making copies of the handbook available for youth to review in the school and in their living quarters. All youth shall be read the rules during intake. |
| Status | |
| Discussion | |
| Provision | The County will adopt a meaningful, confidential grievance policy that will permit youth to |

Henley-Young Juvenile Detention Center: Monitoring Form

| 8.1.2 | file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
|---|---|
| Status | |
| Discussion | |
| Provision 8.1.3 | Henley-Young staff are currently subject to the County discipline procedures. The County shall work with DRMS to evaluate the County discipline procedures, and revise them as necessary to meet the unique needs of a detention facility. This shall include disciplinary procedures for any violations of this agreement. |
| Status | |
| Discussion | |
| Provision 8.1.4 | Henley-Young shall post prominently in living areas and in staff-only areas posters that clearly describe staff's mandatory reporting requirements pursuant to Miss. Code Ann. § 43-21-353. |
| Status | |
| Discussion | |

| 9. MEDICAL CARE | |
|---|---|
| Status: | |
| Provision 9.1 | Henley-Young will refer youth who are in need of emergency medical or mental health treatment at the time of intake to the proper healthcare facility or community mental health center for evaluation and treatment within 48 hours. Miss. Code Ann. § 43-21-321(2). |
| Status | |
| Discussion | |
| Provision | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as |

Henley-Young Juvenile Detention Center: Monitoring Form

| 9.2 | necessary. |
| --- | --- |
| Status | |
| Discussion | • ▮▮▮▮▮▮ reported not that he did not receive his Concerta from 12/28, the day that he arrived at Henley-Young, through 1/3/2011. |
| Provision 9.3 | The Director, or his assignee, will request emergency relief for release from the judge when the detention center cannot provide appropriate medical or mental health care for a youth in the facility. |
| Status | |
| Discussion | |

| 10. MISCELLANEOUS PROVISIONS | |
| --- | --- |
| Status: | |
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |
| Status | |
| Discussion | • ▮▮▮▮▮▮ reported females stay out of their cells a lot more than males do at Henley-Young. |
| Provision | Henley-Young staff are prohibited from having inappropriate contact with youth. Inappropriate contact includes, but is not limited to, conversations of a sexual nature, verbal |

Henley-Young Juvenile Detention Center: Monitoring Form

| 10.2 | sexual harassment, dissemination of sexually explicit materials inside Henley-Young, and sexual acts or touching. |
|---|---|
| Status | |
| Discussion | |
| Provision 10.3 | The County will collaborate with DRMS to develop a comprehensive policy that will address cross-gender supervision, sexual harassment and gender discrimination. |
| Status | |
| Discussion | |
| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
| Status | |
| Discussion | <ul><li>**Confidential Male #1** ▇▇▇▇▇, and ▇▇▇▇ reported that 1/3 was the first time they went outside since their arrival at Henley-Young on 12/28.</li><li>▇▇▇▇ reported going outside on 1/3 for the first time since he arrived at Henley-Young on 1/1/2011.</li><li>▇▇▇▇ and ▇▇▇▇ reported not going outside between the time they arrived at Henley-Young on 12/31/2010 through 1/3/2011.</li><li>▇▇▇▇ reported that he has not gone outside since he arrived at Henley-Young on 1/2 even when other youth have gone outside. ▇▇▇▇ reported that this may be because of an incident that happened in September 2009.</li><li>**Confidential Male #2** reported that he has not been outside since he arrived at Henley-Young on 1/5.</li><li>▇▇▇▇ reported only going outside twice since his arrival at Henley-Young on 12/30/10, through 1/7/2011.</li><li>▇▇▇▇ reported not going outside since his arrival at Henley-Young on 1/3, through 1/7/2011.</li></ul> |
| Provision 10.5 | Youth shall be provided with the opportunity for at least eight hours of continuous sleep each night. |
| Status | <ul><li></li></ul> |

Henley-Young Juvenile Detention Center: Monitoring Form

| Discussion | |
|---|---|
| Provision 10.6 | MYJP will monitor the detention center and provide quarterly reports to the Hinds County Board of Supervisors for a period of three years. Additionally, MYJP will provide in-person reports to the Board of Supervisors as requested. At the end of three years, if Henley-Young is in full compliance with this agreement and any policies adopted pursuant to this agreement, DRMS will resume periodic P&A monitoring. The Detention Center Director will work with MYJP to develop a report format to track compliance with this agreement DRMS agrees that in the event of a breach of this agreement; they will immediately notify the county board Attorney and the Board of Supervisors and give them an opportunity to resolve the breach prior to pursuing any legal remedy. Additionally, DRMS agrees that prior to initiating media contact about a problem at Henley-Young they will notify the County Board Attorney and the county administrator and give them an opportunity to correct the problem. Hinds County agrees that MYJP will have full access to the juvenile detention center, its residents and relevant records, including but not limited to institutional files, medical files, mental health files, educational files, videotapes, and all informational and other reports by staff, grievances, incident reports, and other relevant documents and files maintained by the Hinds County Juvenile Detention Center. MYJP agrees to indemnify the county for any liability it incurs because of MYJP's unlawful actions or inactions related to the monitoring of this agreement. MYJP further agrees to comply with all state and federal confidentiality requirements regarding youth court, education and/or medical care. |
| Status | |
| Discussion | |

## Henley-Young Juvenile Detention Center: Monitoring Form

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| **Status:** | |
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |
| **Status** | |
| **Discussion** | • On January 10, 2011, there were 4 officers and 30 youth; a ratio of 1: 7.5.<br>• On January 13, 2011, there were 5 officers and 25 youth; a ratio of 1: 5.<br>• On January 18, 2011, there were 5 officers and 27 youth, a ratio of 1:5.4.<br>• On January 19, 2011, there were 6 officers and 29 youth, a ratio of 1: 4.8. |
| **Provision 1.2** | If the Henley-Young staff-to-youth ratio falls below the requirement of § 1.1 for longer than two (2) days, the Director or his assignee shall immediately identify youth accused of nonviolent offenses who are eligible for less restrictive alternatives to secure detention and request from the Youth Court an emergency release for eligible youth. |
| **Status** | |
| **Discussion** | |

| 2. CELL CONFINEMENT | |
|---|---|
| **Status:** | |
| **Provision 2.1** | Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |
| **Status** | |

Henley-Young Juvenile Detention Center: Monitoring Form

| Discussion | • Confidential Male #1, Confidential Male #2, ▆▆▆▆▆, and Confidential Male #3 reported being in their cells most of the day and night except to shower, eat breakfast & lunch, and to attend school.<br>• Confidential Male #1, Confidential Male #2, Confidential Male #3, ▆▆▆▆▆▆▆▆▆▆▆ and ▆▆▆ reported eating dinner in their cells every night.<br>• ▆▆▆▆▆ and ▆▆▆▆▆ reported eating dinner in their cells occasionally. |
|---|---|
| | Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
| Status | |
| Discussion | |

| 3. USE OF RESTRAINTS | |
|---|---|
| Status: | |
| Provision 3.1 | Mechanical and/or chemical restraints shall not be used to punish youth or for the convenience of staff. Restraints shall only be used when a resident presents a threat of serious bodily injury to others. Under no circumstances shall restraints be used to secure a youth to a fixed object, such as a bed, a post or a bar. Restraints shall be removed from a restrained youth as soon as the threat has de-escalated. Restraints shall not be used for more than 15 minutes, unless restraints are approved by a mental health professional. Under no circumstances shall a youth be restrained for longer than 30 minutes. No resident shall be subject to restraints until staff have first attempted verbal de-escalation techniques. On the rare occasion that Henley-Young must use restraints, only properly trained staff may use them, and youth must receive continuous, one-on-one supervision for the duration of the restraint. Nothing in this provision shall prohibit restraints from being placed on youth during transportation, if staff have reason to believe that a youth presents a flight risk or will engage in violent behavior during transport. Currently Henley-Young does not use any chemical restraints and the County agrees that chemical restraints will not be used in the future. |
| Status | |

Henley-Young Juvenile Detention Center: Monitoring Form

| Discussion | |
|---|---|
| Provision 3.2 | Henley-Young policy will prohibit the use of restraints on youth engaging in self-injurious or suicidal behavior unless restraints are ordered by a licensed mental health professional. If a licensed mental health professional deems restraints necessary to prevent a youth from harming him or herself, that youth shall be immediately transported to a mental health facility or to the emergency room of a local hospital. Each time Henley-Young uses restraints under section 3 a serious incident report must be filed. |
| Status | |
| Discussion | |
| Provision 3.3 | No mechanical or chemical restraints shall be used on a youth who is confined to a cell. |
| Status | |
| Discussion | |

| 4. USE OF FORCE | |
|---|---|
| Status: | |
| Provision 4.1 | Physical force shall not be used to punish youth. Staff supervising youth detained by an order of the Youth Court shall not "slam," "take down," or "secure youth to the floor" as a form of control or a control technique. Henley-Young staff shall only use physical force to stop youth from causing serious physical injury to self or others. If physical force is necessary, staff must use the minimum amount required to contain the youth safely. No youth shall be subject to physical force until staff has first attempted verbal de-escalation |

Henley-Young Juvenile Detention Center: Monitoring Form

| | techniques. |
|---|---|
| Status | |
| Discussion | • Confidential Male #2 reported being involved in an altercation with ▮▮▮▮▮ ▮▮▮▮▮. He reported that ▮▮▮▮▮▮▮▮▮▮ wanted Confidential Male #2 to stay in his cell because Confidential Male #2 was throwing up. When Confidential Male #2 asked for a mop to clean his cell, they wrestled and ▮▮▮▮▮▮▮▮ said, "I want you to hit me, cause if you do there is a new law that sends you straight to the training school." Confidential Male #2 reported that his arm was sore overnight but that it felt fine now. |

| 5. SUICIDE PREVENTION | |
|---|---|
| Status: | |
| Provision 5.1 | Henley-Young shall immediately implement policies and procedures to work with youth who exhibit suicidal ideation. For any youth who expresses suicidal ideation for longer than 24 hours emergency action must be taken. Emergency action may require transportation to a mental health facility, to the emergency room of a local hospital for evaluation and/or treatment, or other measures that ensure a youth is examined and treated by a medical and/or mental health professional. Henley-Young will develop a three-tired suicide policy that will evaluate the level of risk for any youth who expresses suicidal ideation and only remove clothes from the youth with the most serious needs. For any youth placed on the highest level of risk, every effort must be made to have a mental health professional evaluate the youth within 12 hours, but in no case more than 24 hours after his or her placement on suicide watch. Youth on suicide watch shall participate in recreation, school and other structured activities. Youth shall not be required to wear a suicide gown unless locked in a cell. |
| Status | |
| Discussion | • Confidential Male #1 reported that he felt suicidal. Upon request from MYJP, he was moved into a suicide cell for monitoring. |

| 6. HYGIENE AND SANITATION | |
|---|---|
| Status: | |
| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |
| Status | |

Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| Discussion | • **Confidential Male #2** reported that the deodorant does not work.<br>• **Confidential Male #1** reported not showering for 4-5 days because the showers at Henley-Young are not clean. **Confidential Male #1** did not receive clean clothes or brush his teeth in the same time period.<br>• **Confidential Male #4** reported not showering on 1/12 because nobody woke him up.<br>• **Confidential Male #4,** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ **Confidential Female #2, and Confidential Female #1** reported brushing their teeth once daily at Henley-Young.<br>• ▬▬▬▬▬▬▬▬ reported not having enough time to shower and that the officers rush the youth. ▬▬▬▬▬ also reported that the deodorant makes youth smell worse.<br>• ▬▬▬▬▬▬ reported that the only hygiene product he has is soap. Because he did not have toothpaste or a tooth brush he did not brush his teeth on 1/18/11.<br>• ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ reported not having enough time to shower. |
| Provision 6.2 | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
| Status | |
| Discussion | |
| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
| Status | |
| Discussion | • **Confidential Female #3** reported being issued clothing with writing all over it.<br>• ▬▬▬▬▬▬▬ reported that he did not receive an undershirt when he arrived at Henley-Young on 1/9/2011.<br>• ▬▬▬▬▬▬ reported that his clothes are too big for him, they are stained, and that he can't fit into his shoes (which are torn). |
| Provision 6.4 | Unless through suicide prevention policies, no youth shall be deprived of clothing, mats, or blankets. A suicide gown or suit must be provided to any youth who prevents such a high risk pursuant to suicide policies that would justify removing a y youth's clothes. |
| Status | |

Henley-Young Juvenile Detention Center: Monitoring Form

| Discussion | |
|---|---|
| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
| Status | |
| Discussion | <ul><li>Confidential Male #1, Confidential Male #2, Confidential Male #3, Confidential Female #4, Confidential Female #3 and Confidential Male #4, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ all reported that it is extremely cold in Henley Young.</li><li>Confidential Male #1 reported that his cell is dirty and smells like urine.</li><li>Confidential Female #4 reported that her cell and the shower had used sanitary items on the floor.</li><li>Confidential Female #3 reported her cell smells dirty.</li><li>Confidential Male #4 reported his sink is not clean and he does not use it.</li><li>▆▆▆▆▆▆ reported his cell is dirty with old trash lying around. ▆▆▆▆ also reported his cell is cold and they ran out of jackets for him. ▆▆▆▆ also reported his toilet wouldn't flush so he moved cells.</li><li>Confidential Female #1 reported that she slept on a mat in a cell in booking on 1/17/11.</li><li>▆▆▆▆▆▆ reported his bed is too hard to sleep on, so he puts his mat on the floor and sleeps on the floor.</li><li>▆▆▆▆▆▆ reported his cell is dirty, there is writing on the wall and it is "nasty."</li><li>▆▆▆▆▆▆ reported his sink does not work.</li><li>▆▆▆▆▆▆ reported his cell is unclean and there is spit on the walls.</li></ul> |

| 7. STAFF TRAINING | |
|---|---|
| Status: | |
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |
| Status | |

Henley-Young Juvenile Detention Center: Monitoring Form

| Discussion | • Confidential Female #3 reported being forced to strip, squat, and cough upon entry into Henley-Young.<br>• ████████████████████ reported seeing officers use their cell phones to text while on the pods.<br>• ████████████ reported seeing officers "holler" at a boy for not going to school.<br>• ████████████ reported that youth get write-ups if they talk in class.<br>• ████████████ reported an officer telling her to "shut the hell up" in the laundry room on 1/19/2011. |

## 8. POLICIES AND PROCEDURES

**Status:**

| Provision 8.1 | The County will immediately work with DRMS to review and revise all policies for youth at Henley-Young to meet federal law and national best practice. New policies will be implemented within 90 days of the effective date of this agreement. Until such time as new policies are agreed upon and implemented, the county will take the following actions immediately: |
| Status | |
| Discussion | |
| Provision 8.1.1 | The County will work with DRMS to create and adopt an age and reading level appropriate handbook/resource for youth detained at Henley-Young. The Director will ensure that all youth have meaningful access to the information by either displaying the rules on posters in all living areas and the school, or ensuring all youth receive a copy of the handbook during intake, or making copies of the handbook available for youth to review in the school and in their living quarters. All youth shall be read the rules during intake. |
| Status | |
| Discussion | |
| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
| Status | |
| Discussion | • Confidential Male #1, Confidential Female #3, Confidential Male #2, Confidential Male #3, and Confidential Female #4 reported that they were never told of the grievance policy but would use it if they knew what the policy is. |

Henley-Young Juvenile Detention Center: Monitoring Form

| Provision 8.1.3 | Henley-Young staff are currently subject to the County discipline procedures. The County shall work with DRMS to evaluate the County discipline procedures, and revise them as necessary to meet the unique needs of a detention facility. This shall include disciplinary procedures for any violations of this agreement. |
|---|---|
| Status | |
| Discussion | |
| Provision 8.1.4 | Henley-Young shall post prominently in living areas and in staff-only areas posters that clearly describe staff's mandatory reporting requirements pursuant to Miss. Code Ann. § 43-21-353. |
| Status | |
| Discussion | |

| 9. MEDICAL CARE | |
|---|---|
| Status: | |
| Provision 9.1 | Henley-Young will refer youth who are in need of emergency medical or mental health treatment at the time of intake to the proper healthcare facility or community mental health center for evaluation and treatment within 48 hours. Miss. Code Ann. § 43-21-321(2). |
| Status | |
| Discussion | |
| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
| Status | |

## Henley-Young Juvenile Detention Center: Monitoring Form

| Discussion | • **Confidential Female #3** reported that the nurse told her she had an STD, but had received no treatment for it.<br>• **Confidential Male #4** reported that he had not seen the nurse since he arrived at Henley-Young on 1/11, through 1/13.<br>• ▬▬▬▬▬▬ reported that he has not received his medication since he arrived at Henley-Young on 1/14/2011, through 1/19/2011.<br>• ▬▬▬▬▬ reported that the skin around his hands, wrists, arms and other parts of his body has broken out in bumps and that there is severe itchiness in these areas. He also reported that black bugs popped out from his skin and that his skin is tearing. ▬▬▬▬▬ reported receiving pills and cream from the nurse, but they did not help.<br>• ▬▬▬▬▬ reported that she had not seen the nurse since her arrival at Henley Young on 1/15/2011. |
|---|---|
| Provision 9.3 | The Director, or his assignee, will request emergency relief for release from the judge when the detention center cannot provide appropriate medical or mental health care for a youth in the facility. |
| Status | |
| Discussion | |

| 10. MISCELLANEOUS PROVISIONS | |
|---|---|
| Status: | |
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |
| Status | |
| Discussion | • ▬▬▬▬▬▬▬▬and ▬▬▬▬▬ reported that the buzzers in their cells do not work. |
| Provision | Henley-Young staff are prohibited from having inappropriate contact with youth. Inappropriate contact includes, but is not limited to, conversations of a sexual nature, verbal |

## Henley-Young Juvenile Detention Center: Monitoring Form

| 10.2 | sexual harassment, dissemination of sexually explicit materials inside Henley-Young, and sexual acts or touching. |
|---|---|
| Status | |
| Discussion | |
| Provision 10.3 | The County will collaborate with DRMS to develop a comprehensive policy that will address cross-gender supervision, sexual harassment and gender discrimination. |
| Status | |
| Discussion | |
| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
| Status | |
| Discussion | <ul><li>Confidential Male #1 reported going outside once for thirty minutes since his arrival on 1/15/11.</li><li>Confidential Male #2 reported going outside once since his arrival on 1/7/11.</li><li>Confidential Male #3 reported not going outside since his arrival on 1/7/11.</li><li>Confidential Female #4 reported going outside once since her arrival on 1/5/11.</li><li>Confidential Female #3 reported not going outside since her arrival on 1/6/11.</li><li>████ Confidential Female #1 reported that they have not been outside since they arrived at Henley-Young.</li><li>████ reported that he has not engaged in any physical exercise since he has been at Henley-Young.</li><li>Confidential Male #4 reported he has not gone outside and has not engaged in any physical exercise since his arrival at Henley-Young on 1/11/2011.</li><li>████ reported that he has not gone outside and has not engaged in any physical exercise since his arrival at Henley-Young on 1/9/2011.</li><li>████ reported that he has not gone outside and has not engaged in any physical exercise since he arrived at Henley-Young on 1/12/2011, through 1/19/2011.</li><li>████ reported not going outside since he arrived at Henley-Young on 1/14/2011 through 1/19/2011. He also said that youth ask to go outside but are denied.</li><li>████ reported that he has not gone outside or engaged in any physical</li></ul> |

## Henley-Young Juvenile Detention Center: Monitoring Form

|  | exercise since he arrived at Henley-Young on 1/13/2011. |
|---|---|
|  | • ▨▨▨▨ reported that he has not gone outside or engaged in any physical exercise since his arrival at Henley-Young on 1/12/2011. |
|  | • ▨▨▨▨ reported that she has not gone outside nor engaged in any physical exercise since her arrival at Henley-Young on 1/15/2011. |
|  | • ▨▨▨▨ reported that she has not gone outside or engaged in any physical exercise since her arrival at Henley Young on 1/18/2011. |
| **Provision 10.5** | Youth shall be provided with the opportunity for at least eight hours of continuous sleep each night. |
| **Status** | • |
| **Discussion** |  |
| **Provision 10.6** | MYJP will monitor the detention center and provide quarterly reports to the Hinds County Board of Supervisors for a period of three years. Additionally, MYJP will provide in-person reports to the Board of Supervisors as requested. At the end of three years, if Henley-Young is in full compliance with this agreement and any policies adopted pursuant to this agreement, DRMS will resume periodic P&A monitoring. The Detention Center Director will work with MYJP to develop a report format to track compliance with this agreement DRMS agrees that in the event of a breach of this agreement; they will immediately notify the county board Attorney and the Board of Supervisors and give them an opportunity to resolve the breach prior to pursuing any legal remedy. Additionally, DRMS agrees that prior to initiating media contact about a problem at Henley-Young they will notify the County Board Attorney and the county administrator and give them an opportunity to correct the problem. Hinds County agrees that MYJP will have full access to the juvenile detention center, its residents and relevant records, including but not limited to institutional files, medical files, mental health files, educational files, videotapes, and all informational and other reports by staff, grievances, incident reports, and other relevant documents and files maintained by the Hinds County Juvenile Detention Center. MYJP agrees to indemnify the county for any liability it incurs because of MYJP's unlawful actions or inactions related to the monitoring of this agreement. MYJP further agrees to comply with all state and federal confidentiality requirements regarding youth court, education and/or medical care. |
| **Status** |  |
| **Discussion** |  |

Henley-Young Juvenile Detention Center: Monitoring Form

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| Status: | |
| Provision 1.1 | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |
| Status | |
| Discussion | • On January 21, 2011, there were 5 officers and 24 youth, a ratio of 1: 4.8.<br>• On January 24, 2011, there were 4 officers and 37 youth; a ratio of 1:9.25.<br>• On January 26, 2011, there were 4 officers and 39 youth; a ratio of 1:9.37.<br>• On January 28, 2011, there were 5 officers and 44 youth; a ratio of 1:8.8. |
| Provision 1.2 | If the Henley-Young staff-to-youth ratio falls below the requirement of § 1.1 for longer than two (2) days, the Director or his assignee shall immediately identify youth accused of nonviolent offenses who are eligible for less restrictive alternatives to secure detention and request from the Youth Court an emergency release for eligible youth. |
| Status | |
| Discussion | |

| 2. CELL CONFINEMENT | |
|---|---|
| Status: | |
| Provision 2.1 | Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |
| Status | |

Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| Discussion | • ████████ ████████, and ████████ reported eating dinner in their cells. <br> • **Confidential Male#1 and Confidential Male#2** reported that they spend most of the time in their cells. <br> • ████████ reported that they spend most of the day in their cells and that they only get out to attend school, and to eat some meals. <br> • ████████ reported that they spend most of their time in their cells. They are only out to eat, shower, and attend school. |
| | Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
| Status | |
| Discussion | |

| | |
|---|---|
| **3. USE OF RESTRAINTS** | |
| Status: | |
| Provision 3.1 | Mechanical and/or chemical restraints shall not be used to punish youth or for the convenience of staff. Restraints shall only be used when a resident presents a threat of serious bodily injury to others. Under no circumstances shall restraints be used to secure a youth to a fixed object, such as a bed, a post or a bar. Restraints shall be removed from a restrained youth as soon as the threat has de-escalated. Restraints shall not be used for more than 15 minutes, unless restraints are approved by a mental health professional. Under no circumstances shall a youth be restrained for longer than 30 minutes. No resident shall be subject to restraints until staff have first attempted verbal de-escalation techniques. On the rare occasion that Henley-Young must use restraints, only properly trained staff may use them, and youth must receive continuous, one-on-one supervision for the duration of the restraint. Nothing in this provision shall prohibit restraints from being placed on youth during transportation, if staff have reason to believe that a youth presents a flight risk or will engage in violent behavior during transport. Currently Henley-Young does not use any chemical restraints and the County agrees that chemical restraints will not be used in the future. |
| Status | |

## Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| Discussion | |
| Provision 3.2 | Henley-Young policy will prohibit the use of restraints on youth engaging in self-injurious or suicidal behavior unless restraints are ordered by a licensed mental health professional. If a licensed mental health professional deems restraints necessary to prevent a youth from harming him or herself, that youth shall be immediately transported to a mental health facility or to the emergency room of a local hospital. Each time Henley-Young uses restraints under section 3 a serious incident report must be filed. |
| Status | |
| Discussion | |
| Provision 3.3 | No mechanical or chemical restraints shall be used on a youth who is confined to a cell. |
| Status | |
| Discussion | • ████████ reported being shackled in a confined cell on 1/21/2011. ████████ was brought into visitation's small cell and was sitting in shackles with MYJP present. The explanation given to MYJP was that ████████ had just come from the court side of the facility and that youth must be restrained when they are not in a secure area. However, when MYJP was present at Henley-Young, ████████ was in a holding cell in a secure area. According to ████████ it was about 5-10 minutes before the shackles were removed by ████████. ████████ reported that he had marks (redness) on his ankles from the shackles and that even ████████ made note of the marks. |

| 4. USE OF FORCE | |
|---|---|
| Status: | |
| Provision 4.1 | Physical force shall not be used to punish youth. Staff supervising youth detained by an order of the Youth Court shall not "slam," "take down," or "secure youth to the floor" as a form of control or a control technique. Henley-Young staff shall only use physical force to stop youth from causing serious physical injury to self or others. If physical force is necessary, staff must use the minimum amount required to contain the youth safely. No youth shall be subject to physical force until staff has first attempted verbal de-escalation |

Henley-Young Juvenile Detention Center: Monitoring Form

| | techniques. |
|---|---|
| Status | |
| Discussion | • |

| 5. SUICIDE PREVENTION | |
|---|---|
| **Status:** | |
| Provision 5.1 | Henley-Young shall immediately implement policies and procedures to work with youth who exhibit suicidal ideation. For any youth who expresses suicidal ideation for longer than 24 hours emergency action must be taken. Emergency action may require transportation to a mental health facility, to the emergency room of a local hospital for evaluation and/or treatment, or other measures that ensure a youth is examined and treated by a medical and/or mental health professional. Henley-Young will develop a three-tired suicide policy that will evaluate the level of risk for any youth who expresses suicidal ideation and only remove clothes from the youth with the most serious needs. For any youth placed on the highest level of risk, every effort must be made to have a mental health professional evaluate the youth within 12 hours, but in no case more than 24 hours after his or her placement on suicide watch. Youth on suicide watch shall participate in recreation, school and other structured activities. Youth shall not be required to wear a suicide gown unless locked in a cell. |
| Status | |
| Discussion | • |

| 6. HYGIENE AND SANITATION | |
|---|---|
| **Status:** | |
| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |
| Status | |
| Discussion | • ▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇▇▇▇, Confidential Male#2, and ▇▇▇▇▇▇ reported only brushing their teeth once daily. <br> • ▇▇▇▇▇▇ and ▇▇▇▇▇▇ reported not showering, receiving hygiene products, brushing their teeth or receiving clean clothes since their initial intake at Henley-Young on 1/23/2011, through 1/24/2011. <br> • ▇▇▇▇▇▇ reported not having enough time to shower. <br> • ▇▇▇▇▇▇ reported that she has to ask for feminine hygiene products, which |

## Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| | makes her uncomfortable.<br>• **Confidential Male#1** reported that he was not allowed to take a shower upon entry into Henley-Young and that he has not taken a shower since his arrival.<br>• **Confidential Male #3** reported that he does not have any of his hygiene products.<br>• ▆▆▆▆▆▆▆ reported that she was not allowed to shower when she arrived at the facility.<br>• ▆▆▆▆▆ reported that he has to share a bar of soap. |
| **Provision 6.2** | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
| **Status** | |
| **Discussion** | • ▆▆▆▆▆▆▆ reported that his sheets have stains on them and that his blanket is torn. |
| **Provision 6.3** | Youth shall be provided with clothing that is clean and has no visible stains. |
| **Status** | |
| **Discussion** | • ▆▆▆▆▆▆ reported receiving underwear that have holes in them, and that officers refused to give him another pair when he asked them to do so.<br>• ▆▆▆▆▆ reported that his socks are "dingy" and unclean.<br>• ▆▆▆▆▆ reported holes in his clothes.<br>• ▆▆▆▆▆ reported not receiving panty-liner at Henley- Young since her arrival on 1/23/2011.<br>• **Confidential Female #1** and ▆▆▆▆▆ reported clothing with writing all over it.<br>• ▆▆▆▆▆ reported a ripped jacket; shoes will no soles, and underwear that is too large. |
| **Provision 6.4** | Unless through suicide prevention policies, no youth shall be deprived of clothing, mats, or blankets. A suicide gown or suit must be provided to any youth who prevents such a high risk pursuant to suicide policies that would justify removing a y youth's clothes. |
| **Status** | |
| **Discussion** | |
| **Provision** | All detained youth shall be provided with a clean, sanitary environment. |

Henley-Young Juvenile Detention Center: Monitoring Form

| 6.5 | |
|---|---|
| Status | |
| Discussion | • ██████████ reported that his cell is too cold and that the 2 blankets that they are given are not enough.<br>• ██████████ reported not being able to sleep because it is too cold.<br>• ██████████ reported her toilet may not be working properly.<br>• **Confidential Male#1** reported that the toilet in his cell was not working when he was placed there.<br>• ██████████ reported that Henley-Young is "nasty" and said that he "breaks out" when he is at Henley-Young.<br>• ██████████ reported that his toilet does not flush.  He also reported that urine is on the window and toothpaste and writing is all over the walls.<br>• **Confidential Male#2** reported that it is extremely cold in Henley-Young and that he has become sick as a result. |

| 7. STAFF TRAINING | |
|---|---|
| Status: | |
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |
| Status | |
| Discussion | • ██████████ reported that another male threatened to hit him if he did not give the other male his food, and that while this was happening the officers were in the control room and did not intervene.<br>• ██████████ reported on 1/24/2011 that the light in his cell was not turned on, even after he requested, since he arrived at 1/23/2011 through meeting with MYJP on 1/24/2011.<br>• ██████████ reported not being able to talk to the officers about serious issues because "they always seem to be on the move and don't have time for us."<br>• ██████████ reported getting "into it" with ██████████ that ██████████ told him "that's why y'all mother f-----s are in here…"<br>• ██████████ reported that some youth are scared to shower because they are "scared they will be jumped."<br>• ██████████ reported that officers on the shower shift told him that he was taking too much time in the shower and that "If you don't come out, we're coming in."<br>• ██████████ and **Confidential Female #1** reported having to strip, squat, and cough in front of a female officer upon entry into Henley-Young.<br>• ██████████ reported being called a "smart mouth" in a mean way by an officer on 1/24/2011.<br>• **Confidential Male#1 and Confidential Male #3** reported that they were not |

Henley-Young Juvenile Detention Center: Monitoring Form

| | allowed to make a phone call upon entry into Henley-Young. <br> • ████████ reported that he was forced to take his underwear off and stand naked in front of an officer upon intake into Henley-Young. <br> • ████████ reported being hit over his left kidney/rib area by another youth. He said that the officers did not see the incident because they were on their cell phones. This incident was reported by ████████ and ████ said that **another male was the person who hit** ████. |
|---|---|

| **8. POLICIES AND PROCEDURES** | |
|---|---|
| Status: | |
| **Provision 8.1** | The County will immediately work with DRMS to review and revise all policies for youth at Henley-Young to meet federal law and national best practice. New policies will be implemented within 90 days of the effective date of this agreement. Until such time as new policies are agreed upon and implemented, the county will take the following actions immediately: |
| **Status** | |
| **Discussion** | |
| **Provision 8.1.1** | The County will work with DRMS to create and adopt an age and reading level appropriate handbook/resource for youth detained at Henley-Young. The Director will ensure that all youth have meaningful access to the information by either displaying the rules on posters in all living areas and the school, or ensuring all youth receive a copy of the handbook during intake, or making copies of the handbook available for youth to review in the school and in their living quarters. All youth shall be read the rules during intake. |
| **Status** | |
| **Discussion** | |
| **Provision 8.1.2** | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
| **Status** | |
| **Discussion** | • |
| **Provision 8.1.3** | Henley-Young staff are currently subject to the County discipline procedures. The County shall work with DRMS to evaluate the County discipline procedures, and revise them as necessary to meet the unique needs of a detention facility. This shall include disciplinary |

## Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| | procedures for any violations of this agreement. |
| Status | |
| Discussion | |
| Provision 8.1.4 | Henley-Young shall post prominently in living areas and in staff-only areas posters that clearly describe staff's mandatory reporting requirements pursuant to Miss. Code Ann. § 43-21-353. |
| Status | |
| Discussion | |

| 9. MEDICAL CARE | |
|---|---|
| Status: | |
| Provision 9.1 | Henley-Young will refer youth who are in need of emergency medical or mental health treatment at the time of intake to the proper healthcare facility or community mental health center for evaluation and treatment within 48 hours. Miss. Code Ann. § 43-21-321(2). |
| Status | |
| Discussion | |
| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
| Status | |
| Discussion | <ul><li>██████████ reported that he may have had an asthma attack after a sneeze on the evening of 1/23/2011 and that he needed his asthma pump, but because the buzzers were not working, he was unable to alert officers about this. When MYJP requested that he be moved to a different cell with a working buzzer, Quinton and MYJP were told that the buzzers were not working in any of the cells and that officers would regularly check on ██████.</li><li>██████████ reported feeling uncomfortable going to the nurse's office because he said that there always seems to be someone else in there, which prevents him from talking openly about his medical issues.</li><li>**Confidential Female #1** was asked by the nurse who she had "been with." She</li></ul> |

Henley-Young Juvenile Detention Center: Monitoring Form

| | reported that the nurse told her she had an STD, but did not treat her for it.<br>• ▪▪▪▪▪▪▪reported that he had a toothache and needed some oral help. |
|---|---|
| Provision 9.3 | The Director, or his assignee, will request emergency relief for release from the judge when the detention center cannot provide appropriate medical or mental health care for a youth in the facility. |
| Status | |
| Discussion | |

| 10. MISCELLANEOUS PROVISIONS |  |
|---|---|
| **Status:** | |
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |
| Status | |
| Discussion | • ▪▪▪▪▪▪▪▪▪▪▪▪, and ▪▪▪▪▪▪▪▪▪▪▪▪▪,<br>Confidential Male#2, and ▪▪▪▪▪▪▪ reported that their buzzers do not work. |
| Provision 10.2 | Henley-Young staff are prohibited from having inappropriate contact with youth. Inappropriate contact includes, but is not limited to, conversations of a sexual nature, verbal sexual harassment, dissemination of sexually explicit materials inside Henley-Young, and sexual acts or touching. |
| Status | |

## Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| Discussion | |
| Provision 10.3 | The County will collaborate with DRMS to develop a comprehensive policy that will address cross-gender supervision, sexual harassment and gender discrimination. |
| Status | |
| Discussion | |
| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
| Status | |
| Discussion | • ▬▬▬▬ reported on 1/24/2011 that he has not gone outside since he arrived at Henley-Young on 1/19/2011.<br>• ▬▬▬▬ reported on 1/24/2011 that he has not gone outside since he arrived at Henley-Young on 1/20/2011.<br>• **Confidential Male#1** reported that he has not gone outside or engaged in any physical activity since his arrival at Henley-Young.<br>• ▬▬▬▬ reported that he has not gone outside or engaged in any physical activity since his arrival.<br>• **Confidential Male #3** reported that he has not engaged in any outdoor recreation.<br>• ▬▬▬▬ reported that she has not engaged in any physical activity and has not been outside.<br>• ▬▬▬▬ reported that he has not gone outside or engaged in any physical activity since his arrival on 1/21/2011.<br>• **Confidential Male#2** reported that he has not gone outside or engaged in any physical activity since his arrival on 1/26/2011.<br>• ▬▬▬▬ reported that he has not gone outside or engaged in any physical activity since his arrival on 1/20/2011. |
| Provision 10.5 | Youth shall be provided with the opportunity for at least eight hours of continuous sleep each night. |
| Status | |

Henley-Young Juvenile Detention Center: Monitoring Form

| | |
|---|---|
| Discussion | |
| Provision 10.6 | MYJP will monitor the detention center and provide quarterly reports to the Hinds County Board of Supervisors for a period of three years. Additionally, MYJP will provide in-person reports to the Board of Supervisors as requested. At the end of three years, if Henley-Young is in full compliance with this agreement and any policies adopted pursuant to this agreement, DRMS will resume periodic P&A monitoring. The Detention Center Director will work with MYJP to develop a report format to track compliance with this agreement DRMS agrees that in the event of a breach of this agreement; they will immediately notify the county board Attorney and the Board of Supervisors and give them an opportunity to resolve the breach prior to pursuing any legal remedy. Additionally, DRMS agrees that prior to initiating media contact about a problem at Henley-Young they will notify the County Board Attorney and the county administrator and give them an opportunity to correct the problem. Hinds County agrees that MYJP will have full access to the juvenile detention center, its residents and relevant records, including but not limited to institutional files, medical files, mental health files, educational files, videotapes, and all informational and other reports by staff, grievances, incident reports, and other relevant documents and files maintained by the Hinds County Juvenile Detention Center. MYJP agrees to indemnify the county for any liability it incurs because of MYJP's unlawful actions or inactions related to the monitoring of this agreement. MYJP further agrees to comply with all state and federal confidentiality requirements regarding youth court, education and/or medical care. |
| Status | |
| Discussion | |

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| Provision 1.1 | Henley-Young shall operate with a direct care staff-to-youth ratio of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On January 31, 2011, there were 5 officers and 43 youth, a ratio of 1:8.6.

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- 4 males and 2 females reported that they spend the majority of the day in their cells.
- 1 female reported that they eat some meals in their cells.
- Youth consistently report that they only routinely get out of their cells to eat (some meals), shower, attend school, and to speak with MYJP.

| 6. HYGIENE AND SANITATION | |
|---|---|
| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- 5 males & 3 females reported that they brush their teeth once daily.
- 1 male and 1 female reported that they were not provided enough time to shower.
- 1 male reported not having access to soap to wash his hands after he uses the toilet.

| Provision 6.2 | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- A male youth reported that his cell had paper and cups on the floor when he arrived at Henley-Young.
- A female youth reported that her blankets are torn and that she thinks the blankets are causing her to break out.

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- A male youth reported that he did not receive an undershirt on 2/2/2011.
- A male youth reported that the socks he was issued had holes in them and that the clothing had an odor.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- A male reported that there was urine on the floor of his cell when he arrived at Henley-Young on 1/27 and that the urine was still there on 2/7.
- A male reported that the toilet in his cell smells like urine and that he was not given anything to clean it.
- A male reported that his cell is very cold and when he asked for a jacket he was not given one.
- A male reported that his cell flap is always closed, which reduces the amount of air flow in his cell. He also reported that his cell is not clean and smells like urine. He further reported that his cell is cold and that he was not given a jacket even though he asked for one.

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- *Phone call upon entry* – 1 male reported that he was not allowed to make a phone call when he arrived at Henley-Young.
- *School* – A female reported that she did not attend school on 1/31 because there was a retirement party for a Henley-Young staff member.
- *Verbal Abuse* – A female youth reported that some of the female officers curse at them. Specifically, she stated that they tell them to "shut the hell up."
- *Nurse*—A male reported that he has developed a cold since he has been at Henley-Young and that when he asked the officers to see the nurse, they told him they would but never did.
- *Miscellaneous* –
  - A male reported that officers use their cell phones to talk and text while on duty. He also reported that male youth take his food and that officers do not do anything to intervene except instruct youth to "go back to [their] cells." Further, he reported that officers did not do anything when he was hit in the face by another male who wanted his food. He said that other males have their food taken and the officers do not intervene.
  - A female reported that all of the girls had to stay in their cells for the remainder of the day on 1/30 after one of the girls was talking to the boys when the person came to conduct church.
  - A female reported having to strip, squat, and cough in front of a female officer upon entry into Henley-Young.
  - A male reported that officers tell youth that they are "faking" when they say they are sick.
  - A male reported that ███████████ told them that he reads everything that they give us and that is the reason that they are in their cells.

| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
|---|---|

- A female reported that she has not been taking her prescription Ceroquel because she is waiting for her social worker to sign a waiver.
- A male reported that he did not receive his medication, Risperdal, on 2/1/2011 and that when he receives it, he rarely receives it at the correct time.

- A male youth reported that he witnessed another male vomit blood for several days but nothing was done about it until the weekend.

| 10. MISCELLANEOUS PROVISIONS | |
|---|---|
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |

- A male youth reported that the buzzer in his cell does not work.

| | |
|---|---|
| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |

- 4 males reported that they have not gone outside or engaged in any physical activity while at Henley-Young.
- A female reported on 1/31 that she has been outside once since her arrival at Henley-Young on 1/27.
- A male reported that he has only gone outside once, for a fire drill, since he arrived at Henley-Young on 1/24/2011.
- A male reported on 2/2 that he has not gone outside since he arrived at Henley-Young on 1/25/2011.
- A female reported on 2/2 that she has only gone outside once since she arrived at Henley-Young on 1/25.

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 2. CELL CONFINEMENT |
| --- |
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Female #1** reported that they spend most of the time in their cells and that another female has been sharing her cell during the day.
- **Female #2, Female #3, and Male #1** reported that they eat some meals in their cells.
- **Male #2, Male #3, and Male #4, Male #5, and Male #1** reported that they spend most of the time in their cells and are only out to shower, eat, and attend school.

| | Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
| --- | --- |

- **Female #2** reported that the females received lockdown for about 2 hours on 2/8/2011.
- **Female #4** reported that a female received lockdown for cursing at a teacher.
- **Male #6** reported that a male received lockdown for 48 hours because of an incident that occurred at school. He stated that the male was only allowed out of his cell for meals.
- **Male #2** reported that he was on lockdown on 2/11/2011 for an incident that happened at school on 2/10.
- **Male #7** reported that 2 males were on lockdown for an incident that occurred at school.
- ***\*\*MYJP has not received any incident reports documenting these periods of lockdown.\*\****

| 4. USE OF FORCE | |
| --- | --- |
| **Provision 4.1** | Physical force shall not be used to punish youth. Staff supervising youth detained by an order of the Youth Court shall not "slam," "take down," or "secure youth to the floor" as a form of control or a control technique. Henley-Young staff shall only use physical force to stop youth from causing serious physical injury to self or others. If physical force is necessary, staff must use the minimum amount required to contain the youth safely. No youth shall be subject to physical force until staff has first attempted verbal de-escalation techniques. |

- **Male #5** reported that over the weekend of 2/5-2/6, ███████████ grabbed **Male #5** by the shirt during the shower shift and put him on the wall. He then told him "you're a

follower. . . you kicked the door last night . . . ." ████████ also accused him of something but **Male #5** reported the officer was mistaken.

| 5. SUICIDE PREVENTION | |
|---|---|
| **Provision 5.1** | Henley-Young shall immediately implement policies and procedures to work with youth who exhibit suicidal ideation. For any youth who expresses suicidal ideation for longer than 24 hours emergency action must be taken. Emergency action may require transportation to a mental health facility, to the emergency room of a local hospital for evaluation and/or treatment, or other measures that ensure a youth is examined and treated by a medical and/or mental health professional. Henley-Young will develop a three-tired suicide policy that will evaluate the level of risk for any youth who expresses suicidal ideation and only remove clothes from the youth with the most serious needs. For any youth placed on the highest level of risk, every effort must be made to have a mental health professional evaluate the youth within 12 hours, but in no case more than 24 hours after his or her placement on suicide watch. Youth on suicide watch shall participate in recreation, school and other structured activities. Youth shall not be required to wear a suicide gown unless locked in a cell. |

- ████████ reportedly "hollered" at **Male #7** to go to a suicide cell but he was not closely monitored after being placed there.

| 6. HYGIENE AND SANITATION | |
|---|---|
| **Provision 6.1** | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- **Female #1** reported that she does not have deodorant.
- **Female #3** reported that she took a shower in the same stall and at the same time as her sister when she arrived at Henley-Young. (**Female #3** and her sister were involved in a physical altercation that brought them to Henley-Young). **Female #3** also reported that she did not take a shower or brush her teeth on 2/7.
- **Male #3** reported that **Male #8** is not allowed to shower every day. He also said that sometimes the 11 p.m. to 7 a.m. shift "skips people's doors."
- **Male #4** reported that there is dried urine around his toilet.
- **Female #2, Male #1, and Female #4, Male #6, Female #5, and Female #3** reported that they brush their teeth once daily.
- **Female #2, Male #1, and Male #5** reported that there is not enough time to shower. **Female #2** also reported that she does not use the deodorant because it causes her to break out.
- **Male #9** reported on 2/11 that he has not showered or brushed his teeth because of injuries he incurred before arriving at Henley –Young.
- **Male #7** reported that he did not take a shower because his cell was too cold and he did not want to get sick. Subsequently, he did not brush his teeth or change his clothes on 2/11.

| **Provision 6.2** | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- **Male #1** reported that his mattress is "cut up."

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- **Male #4** reported that his pants were too large.
- **Female #4, Male #9, and Male #5** reported that their socks have holes in them.
- **Male #1** reported that there are holes in his pants, and that he did not receive an undershirt or socks.
- **Male #7** reported that his underwear and shoes are too big.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Female #3** reported that the sink in her cell does not work.
- **Female #2** reported that her cell is cold and that she does not have a jacket.
- **Female #4** reported that she does not use the toilet because it is not "private." **Female #4** also reported her cell is too cold.
- **Male #1** reported his cell is cold and the jacket and blankets are not enough—when he asked for extra blankets the officers did not give him any.
- **Male #10** reported that the heat does not work and that he has become sick because it is so cold in his cell.
- **Male #7** reported that the sink in his cell does not work. **Male #7** also reported that his cell is too cold, even with blankets.
- **Female #3 and Male #9** reported on 2/11 that cells are too cold.

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Female #1 and Female #3** reported that she was not allowed to make a phone call when she arrived at Henley-Young on 2/5.
- **Female #3** also reported that ██████████████████ curse. **Female #3** reported that she asked ██████████████ for some water but she never received any.
- **Male #3** reported that he was not allowed to make a phone call or take a shower when he arrived at Henley-Young on 2/4. **Male #3** also reported that he was told that he was not supposed to make a phone call.
- **Male #8** reported that he has been having an ongoing issue with ███████████ and that, as a result, ████████████ has not been opening his door so he can shower. According to **Male #8**, last Wednesday morning (2/2), **Male #8** was applying lotion after his shower when ████████ told him "son, you're taking too long, take your ass in your cell and do that." **Male #8** said that while he was waiting on ███████████ to open the door to his cell, he commented to ███████████ about cursing to him and ███████████ responded by telling **Male #8** that he worked for Precinct 4 and that if **Male #8** reported him, he would find out where **Male #8** lived and make sure the judge gives him more time. **Male #8** reported that he feels threatened and that all of the boys on the pod heard ███████████. On Friday (2/4), ███████████ told **Male #8** that he could report him because he had "done the proper paperwork." Another youth told **Male #8** that he heard ███████████ say "I'm waiting on 206." (**Male #8** is housed in cell 206 but he does not know what ███████████ meant by that).
- Since the incident, no one has opened **Male #8**'s door everyday so that he can shower. **Male #8** reported that he took a shower on Thursday 2/3 but did not shower again until Sunday 2/6. **Male**

#8 stated that he spoke with ██████████ about this on 2/7 and that ██████████ told him that the officers said that they did not think that **Male #8** wanted to take a shower because he was not out of bed when they came to his cell. **Male #8** stated that he informed ██████████ that that is not the case but that ██████████ concluded by telling him to be out of bed and ready to take a shower when the officers come to his door. **Male #8** also stated that he attempted to inform ██████████ about how things had deteriorated with ██████████, but ██████████ told him that they were "talking about the shower right now." **Male #8** stated that he took a shower on Monday (2/7) and that ██████████ told him that he would take care of the situation.

- Female #2 reported that officers "fuss" at girls if they take too long to shower.
- Female #4 reported having to strip, squat, and cough when she entered Henley-Young on 2/7/2011. Female #4 reported having to sleep in the visitation room with 2 other girls on 2/7/2011, but did not know why.
- Male #5 reported getting slapped in the face by another male, but when he told an officer about it, the officer did nothing. Male #5 also reported that other males try to take his food and that the officers do not intervene.
- Male #5 reported that he wakes up with headaches and when he asked for something to sleep from an officer he was told "you are trying to get high" and was not given anything. The nurse was not told.
- Male #1 reported that he was not given any socks and that when he asked an officer for socks, he was told "not to worry about socks." Male #1 also reported that officers do not answer when he buzzes the control room.
- Male #10 reported that officers only brought males out of their cells on 1/21/2011 because of the Board of Supervisors' tour. Male #10 also reported that ██████████ walked around with MYJP's monitoring report and talked to youth who were named in the report, asking them why they said what they said.
- Male #10 reported that the last time MYJP talked with him ██████████ immediately confronted him about what he had told MYJP about the visit. Male #10 also reported that officers regularly talked about what the youth said about them during their visits with MYJP.
- ██████████ reported not being allowed to shower one day on the weekend and when he tried to file a grievance, the officers would not allow him to do so. ██████████ also reported that ██████████ cursed at him and told him "I work at Precinct 4" (for JPD) in a threatening way and witnessing ██████████ threaten to come to **Male #8's** home.
- Female #3 reported that ██████████ told a girl "I'm not your G – D----- mother." Female #3 says that officers routinely use disrespectful language.
- Male #7 reported that ██████████ threatened to beat him with a belt right before school 2/11 because he was yelling for assistance because his buzzer does not work. As ██████████ proceeded to loosen his belt, other boys witnessing this take place on the pod begged him to stop. ██████████ then adjusted his belt.
- Male #7 also reported that officers do not leave the flap to his cell unlocked. Male #7 was told the flapped was locked because that is the way the officers wanted it.
- Male #7 reported being "hollered" and being cursed at intake by ██████████.
- Male #6 reported hearing about on incident where an officer refused to let **Male #8** shower because they have ongoing issues. Male #6 reported that the officer who refused to let **Male #8** shower continues to "mess with him."

| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
|---|---|

- Male #7 reported that he has been refused the proper paper work to file a complaint on officers.

| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
|---|---|

- **Female #1** reported that she does not have the medicine that she has been taking for behavior and mood issues with her at Henley-Young.
- **Male #1** reported on 2/9 that he has not received his medication since he arrived at Henley-Young on 2/6/2011.
- **Male #7** reported that he has not received his medication since his arrived at Henley-Young.
- **Male #7** reported on 2/11 that he fell and injured his back because the floor in his cell had been mopped. He said that he asked for pain medicine but was not given any.

## 10. MISCELLANEOUS PROVISIONS

| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |
|---|---|

- **Male #5** and **Male #10** reported that the buzzers in their cells do not work.
- **Male #7 and Male #2** reported on 2/11 that their buzzers do not work properly.

| Provision 10.2 | Henley-Young staff are prohibited from having inappropriate contact with youth. Inappropriate contact includes, but is not limited to, conversations of a sexual nature, verbal sexual harassment, dissemination of sexually explicit materials inside Henley-Young, and sexual acts or touching. |
|---|---|

- Male #10 reported ████████ sometimes looks at Male #10 while in the shower.
- **Male #3** reported that the same officer who does not open **Male #3's** door for him to take a shower watches **Male #10** when he showers.
- **Male #5** reported that some boys, including himself, think ████████ looks at them while they shower because there is no door on the B-pod shower where they showers.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

- **Female #1** reported on 2/7 that she has not gone outside or engaged in any physical activity since she arrived on 2/5.
- **Female #3** reported on 2/11 that she has not gone outside or engaged in any physical activity since she arrived on 2/6.
- **Male #3** reported on 2/7 that he has not gone outside or engaged in any physical activity since he arrived on 2/4.
- **Male #4** reported on 2/7 that he has not gone outside or engaged in any physical activity since he arrived on 2/3.
- **Female #2** reported on 2/9 that she has not gone outside or engaged in any physical activity since she arrived on 1/31/2011.
- **Female #4** reported on 2/9 that she has not gone outside or engaged in any physical activity since she arrived on 2/7/2011.
- **Male #5** reported on 2/9 that he has not gone outside or engaged in any physical activity since he arrived on 1/26/2011.
- **Male #1** reported on 2/9 that he has not gone outside or engaged in any physical activity since he arrived on 2/6/2011.

- **Male #10** reported on 2/9 that he has not gone outside or engaged in any physical activity this year.
- **Male #2** reported that he has not gone outside since he arrived at Henley-Young on 1/26/2011.
- **Male #9** reported that he has not gone outside since he arrived at Henley Young on 2/9/2011.

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

### 2. CELL CONFINEMENT

Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs.

- Male #1 reported that he spends most of the time his cell and he sometimes eats in his cell depending on which guards are on duty.
- Males #1-5 reported that they are in their cells most of the time.
- Female #3 reported on 2/16 that the only time she comes out of cell is to eat and go to school. She also stated that she sometimes eats dinner inside of her cell, usually during the shift change.
- Female #2 reported eating all of her meals in her cell.

Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement.

- Male #3 reported that he received lockdown for fighting with another male on 2/16/2011.
- Female #1 reported that 2 girls were on lockdown for 2 days for a fight in school.
- Male #7 reported that one young man was on lock down for asking when where they going to go outside. He said it happened after dinner on 2/16/11. He did not know the young man's name.

### 6. HYGIENE AND SANITATION

| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |
|---|---|

- Male #6, Male #1, Male #4, Female #1, Male #2, Female #2 all reported that they only brush their teeth once daily.

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- Male #1 reported that the underwear and t-shirts that he is given are torn and that the towels are both stained and ripped.

- **Female #2** reported that the clothes are dirty and that both the underwear and bras she was given were stained and dirty. **Female #2** also reported that the towels have holes in them.
- **Female #5** reported that the bras are dingy.
- **Male #5 and Male #3** reported that their socks have holes in them.
- **Male #3** reported that his shoes are tearing up.
- **Female #1** reported that her shirts and underwear have stains and holes, and when she asks for clean clothes, she is denied by officers.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Male #2** reported that the toilet in his cell has low water pressure and that it does not flush all the time.
- **Male #1** reported that the sink in his cell does not work.
- **Female #3** reported that her cell and the toilet in her cell smells is dirty.
- **Male #5** reported that his sink does not work.
- **Female #1** reported that her toilet overflows periodically.
- **Male #8** reported that the sink and toilet in his cell do not work.

| **7. STAFF TRAINING** | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Male #1** reported that guards allowed one boy to take a shower after they went outside to play basketball on Monday 2/14/11. After asking when he and the other boys could take their showers, **Male #1** said he was told they would have to wait to take their showers at the regular time.
- **Female #2** said she has not been assigned a counselor.
- **Male #2** reported that he does not know who his counselor is or if he has been assigned one.
- **Female #1** reported that morning shift officers are "grumpy" and threaten youth with lockdown for taking long showers. **Female #1** also reported that the officers "gossip" about the youth and that one officer told a female youth that "we tired of yall!"

| **9. MEDICAL CARE** | |
|---|---|
| Status: | |
| Provision 9.1 | Henley-Young will refer youth who are in need of emergency medical or mental health treatment at the time of intake to the proper healthcare facility or community mental health center for evaluation and treatment within 48 hours. Miss. Code Ann. § 43-21-321(2). |

- **Male #1** reported that he heard **another male** crying in his cell because he was in pain on both Saturday 2/12/11 and Sunday 2/13/11, but no one gave him anything for his pain until Monday 2/14/11.

| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
|---|---|

- **Female #2** reported on 2/14/11 that she had not seen a nurse for her physical since she arrived on 2/13/11.
- **Male #3** reported that his leg was hurting on 2/17 and that when he asked to see the nurse, he was denied.
- **Female #1** reported on 2/18 that she is supposed to be receiving medicine for strep throat, but has not been receiving it since her arrival at Henley-Young on 2/16.
- **Female #1** reported that another female had gone to see the nurse because her hands had broken out, and the nurse threw cream across the table at the female and said "if this don't work, I don't know what to tell you."

| **10. MISCELLANEOUS PROVISIONS** | |
|---|---|
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |

- **Female #1** reported that the girls went outside, but were only allowed to watch the boys exercise.
- **Female #2** reported that although the girls had an opportunity to go outside on Monday 2/14/11, the girls only stayed outside for 30 minutes and merely sat down. **Female #2** also reported that they did not exercise because the boys were playing on the basketball court and the girls and boys must be separated at all times.
- **Male #4** reported on 2/14/11 that the buzzer in his cell does not work.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

- **Male #7** reported that the boys are not afforded the opportunity to participate in physical exercise.
- **Female #3 and Female #5** both reported that they are not afforded an opportunity to participate in physical exercise.

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| Provision 1.1 | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On February 25, 2011, there were 5 guards and 53 youth; a ratio of 1:10.6.

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Males #1-3** reported that they spend most of their time in their cells.
- **Female #1** reported that the girls spend most of the time in the larger cell in the booking area.

| 6. HYGIENE AND SANITATION | |
|---|---|
| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- **Male #2** reported that he did not receive shampoo and lotion when he asked for it. **Male #2** also reported that he is not allowed to comb his hair.
- **Male #1** reported that he did not take a shower on Monday 2/21 and Tuesday 2/22 after he was involved in an incident with an officer on Sunday 2/20/11. **Male #1** said that he asked to take a shower on A-pod because B-pod has only one working shower and it does not have a door. **Male #1** said that the officer watched him take a shower and when he attempted to file an incident report he was denied a shower on Monday and Tuesday. **Male #1** did not know the officer's name.
- **Male #4** reported that he did not take a shower when he arrived at the facility on Wednesday 2/23/11. **Male #4** said he was told that he would be allowed to shower if he were staying at least 48 hours.
- **Male #3 and Female #2** reported that they brush their teeth once daily.
- **Female #1** reported that she used soap that was already in the shower during her shower upon entering Henley-Young because she was not provided with her own bar of soap.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Female #4** reported that the female pod smells, there is mildew on the walls, and her sink doesn't work. **Female #4** also reported that the heat does not work on the female pod and that the officer laughed at her when she asked to move. These conditions aggravate **Female #4's** asthma.

- **Male #4** and **Male #2** both reported that their cells smell like mildew and that the floors are wet. **Male #2** reported that his cell is dirty and that he was told that the floor is wet because of the temperature change. **Male #2** also reported that mold is on his cell door.

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Female #4** reported that when officers check on her (because of her asthma attack) and ask how she is doing, but when she tells them she has pain in her chest, but they do not do anything.

| 8. POLICIES AND PROCEDURES | |
|---|---|
| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |

- **Male #1** reported that he was not allowed to write an incident report regarding the shower incident reported above in provision 6.1.

| 9. MEDICAL CARE | |
|---|---|
| **Status:** | |
| Provision 9.1 | Henley-Young will refer youth who are in need of emergency medical or mental health treatment at the time of intake to the proper healthcare facility or community mental health center for evaluation and treatment within 48 hours. Miss. Code Ann. § 43-21-321(2). |

- **Female #4** reported that she had an asthma attack on 2/20/2011 and as of 2/21/2011; she had yet to see the nurse.
- **Male #3** reported that he needed to see the nurse because his back was hurting but whenever he would ask, he was informed that the nurse had already left.

| 10. MISCELLANEOUS PROVISIONS | |
|---|---|
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |

- **Male #2** and **Male #4** reported hearing that the 9th graders weren't having class anymore. **Male #2** said that he was told by an officer that the 9th graders "don't go to school" and he had not been in class on both Monday 2/21/11 and Tuesday 2/22/11. **Male #4** reported that he walked into a teacher's room and was told that she teaches 10th - 12th graders but not 9th grade.
- **Male #1** reported that A-pod had an opportunity to watch a movie but ███████████ didn't allow B-pod to watch a movie.

HY visits on February 21, 23, & 25, 2011                                                    2

| Provision 10.2 | Henley-Young staff are prohibited from having inappropriate contact with youth. Inappropriate contact includes, but is not limited to, conversations of a sexual nature, verbal sexual harassment, dissemination of sexually explicit materials inside Henley-Young, and sexual acts or touching. |
|---|---|

- **Male #1** reported that an officer on the 11 to 7 shift looks at him while he showers. **Male #1** stated that he asked to write a grievance about the incident, but was denied the opportunity to do so. Specifically, he stated that the officer cursed at him when he asked for a grievance form. He said that he did not shower on 2/25 because he did not want to be subjected to the officer staring at him.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

- **Male #2** and **Female #3** reported that they do not go outside everyday.
- **Male #3** reported that he has only participated in outdoor recreation 2/21-2/23, even though he arrived at Henley-Young on 2/18.
- **Female #1** reported that they went outside on 2/23 but did not go outside or engage in any physical activity on 2/24 or 2/25.
- **Female #2** reported that she has not gone outside or engaged in any physical activity since she arrived at Henley-Young on 2/23.
- **Male #1** reported that some youth get to go outside but others do not.

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On February 28, 2011, there were 6 guards and 57 youth; a ratio of 1:9.5.
- On March 2, 2011, there were 5 guards and 49 youth; a ratio of 1:9.8.
- On March 4, 2011, there were 5 guards and 53 youth; a ratio of 1: 10.6.

| **Provision 1.2** | If the Henley-Young staff-to-youth ratio falls below the requirement of § 1.1 for longer than two (2) days, the Director or his assignee shall immediately identify youth accused of nonviolent offenses who are eligible for less restrictive alternatives to secure detention and request from the Youth Court an emergency release for eligible youth. |
|---|---|

- *MYJP has contacted Henley-Young officials about the staff-to-youth ratio and is waiting to hear what measures, if any, have or will be taken.*

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Males #1-7 and Female #1** reported that they spend most of their time in their cells.
- **Male #4** reported on 3/4/2011 that he was not taken to school for 2 days and that he did not receive any explanation for why he was not allowed to go to school. Male #4 reported that no one came to get him for school.
- **Female #3** also reported eating in her cell on 2/24/11, 2/26/11,and 2/27/11.
- **Female #7** reported eating dinner in her cell on 2/27/11.
- **Male #8** reported eating dinner in his cell on 2/25/11.
- **Male #10** reported eating lunch and dinner in his cell on 3/2/11 and that he was not given a reason for this.
- **Female #1** reported eating lunch and dinner in her cell on 2/27/11, and 2/28/11, and lunch and dinner in her cell 3/1/11.

| | Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
|---|---|

- **Female #2** reported being on lockdown for about an hour during school. **Female #3** reported being a witness to this incident. **Female #3** said that ▬▬▬▬ gave the girls instructions to place their hands behind their backs and **Female #2** was putting on hand sanitizer, and did not hear the instructions. Both **Female #2** and **Female #3** reported that **Female #2** feels that ▬▬▬▬ ▬▬▬ is "picking" on her.
- **Female #4** reported that 1-2 girls were placed on lockdown for taking oranges.
- *MYJP has not received incident reports documenting these incidents of cell confinement.*

| 4. USE OF FORCE | |
|---|---|
| Provision 4.1 | Physical force shall not be used to punish youth. Staff supervising youth detained by an order of the Youth Court shall not "slam," "take down," or "secure youth to the floor" as a form of control or a control technique. Henley-Young staff shall only use physical force to stop youth from causing serious physical injury to self or others. If physical force is necessary, staff must use the minimum amount required to contain the youth safely. No youth shall be subject to physical force until staff has first attempted verbal de-escalation techniques. |

- **Female #2** reported having had a stomach virus about a week ago and was told by ▬▬▬▬ ▬▬▬▬ that any youth who were not feeling well could stay in the visitation room instead of going outside for recreation time. **Female #2** and another female were not feeling well and attempted to enter the visitation room when ▬▬▬▬▬▬ snatched **Female #2** by the arm and pushed her into the MPR room.

- **Female #1** reported being flicked on the nose and grabbed around the neck by ▬▬▬▬▬▬ on 3/1/11. **Female #1** also reported that she was upset and felt mistreated and did not understand why ▬▬▬▬▬▬ had touched her in this manner.

| 6. HYGIENE AND SANITATION | |
|---|---|
| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- **Male #5, Male #8, Male #4, Female #3, Female #2, Female #5** and **Male #9** reported brushing their teeth only once a day.
- **Female #1** reported that she has only been allowed to brush her teeth two or three times since being in the facility. **Female #1** said that she is not always given a tooth brush in the morning when she brushes her teeth. **Female #1** also reported being left in her cell one day and was unable to shower as a result.

| Provision 6.2 | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- **Female #2** reported that she received a dirty blanket that caused her back to break out.
- **Female #1** reported that her blankets are dingy and appear dirty.
- **Female #6** reported that her mattress smells like urine.

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- **Female #2** reported that she and other girls have not been receiving clean clothing and underwear because the facility is "too packed." **Female #2** reported wearing the same clothing and underwear from 2/25/11 to 2/28/11.
- **Female #3** reported wearing the same outfit from Saturday 2/26/11 until she received a clean change of clothing on Monday 2/28/11.

- **Female #3** said that she received clean underwear but broke out on her forehead because her shirt was dirty. *Female #3 said that some girls are wearing male underwear because the facility is overcrowded.*
- **Female #3** and **Female #2** reported that a girl received a vaginal infection from wearing dirty underwear.
- **Male #4** reported that there are stains in his pants and holes in his socks.
- **Female #6** reported that there are holes and stains in her socks, pants, shirts, and underwear.
- **Female #4** reported that there are holes in her socks and that her uniform is too big.
- **Female #1** reported that she has been forced to wear dingy, male underwear and that her socks have holes, are stained, and that the clothing is either too large or too small.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Male #5** reported that his cell smells dirty, the sink does not work, and that there is a crack in the window that drips water into his cell.
- **Male #1** reported that his cell floods when he flushes the toilet. **Male #1** said that his cell smells bad and is not clean.
- **Female #2** reported that there are spiders in her cell and that and she does not feel safe.
- **Female #1** reported that her cell smells like urine, there is mold inside of her cell, and that her sink is not working. **Female #1** reported that she was bitten on her hand in her cell at Henley-Young. **Female #1** also reported that her sink does not work, her cell smells like urine, and that there is black and white "stuff" on her toilet. **Female #1** reported that the girls often have to go to the laundry room when they want water and drink from the faucet because there aren't many cups available for them to use.
- **Male #10** reported that his sink does not work.
- **Male #6** reported that the floor in his cell has mold on it and the water pressure in the sink is extremely low. **Male #6** reported that it is difficult to flush his toilet.
- **Male #4** reported that his sink does not work.
- **Male #2** reported that his cell is cold and dirty.
- **Female #4** reported that it is cold in her cell.

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Female #2** reported that the officers yell and curse at the girls and that she was told by ███████ that the teachers "didn't want her in school" at Henley-Young because she sleeps in class.
- **Female #2** reported that ███████ cursed at her because she did not want to cut or pin up her hair. **Female #2** said that she was told "if you want to act like a b---h then I can act like a b---h." **Female #2** also said that she was told that her hair would be cut if it was not pinned up.
- **Female #1** reported being told by ███████ that if she did not pin up her hair she would have to stay in her cell until she finished taking down all of her braids.
- **Female #1** reported that the nurse thought she was eating during her physical and told her "if you keep playing with me then I can call the judge and get you 89 days."
- **Male #4** reported that officers tell youth they should breathe through the "slots" if they are feeling sick in their cells. **Male #4** also reported that officers do not respond to youth when they buzz for assistance and when they do respond it is often with cursing.

- Female #6 reported feeling "threatened" by ▮▮▮▮▮▮▮and that ▮▮▮▮▮▮▮ accused some girls of stealing oranges and gave them lockdown. Female #6 also reported that ▮▮▮▮ ▮▮▮▮ calls youth names. Female #6 further reported that ▮▮▮▮▮▮▮ will promise youth time out of their cells, but never follows through on her promises.
- Male #4 reported that a shower shift officer told youth that "if your hands aren't behind your back" when they walk down the hall, they "will leave you stinky for days."

| 9. MEDICAL CARE | |
|---|---|
| Status: | |
| Provision 9.1 | Henley-Young will refer youth who are in need of emergency medical or mental health treatment at the time of intake to the proper healthcare facility or community mental health center for evaluation and treatment within 48 hours. Miss. Code Ann. § 43-21-321(2). |

- Female #1 reported being left in her cell by accident and was unable to shower as a result. She said the following day she took off her panty liner and after using the restroom she noticed that fibers from her underwear when she wiped herself. Female #1 said that her privates were sore, red, inflamed, and itchy the following day. Female #1 reported that there was blood in her urine and that she doesn't want to shower because her private is so painful. Female #1 said that the topical cream given to her by ▮▮▮▮▮ has not helped.

| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
|---|---|

- Female #2 reported that she had been at Henley-Young for four days before she saw ▮▮▮▮▮▮
- Male #5 reported that she saw the nurse for the first time on Monday, 2/28/11 and she arrived at the facility on Thursday, 2/24/11.
- Male #10 reported that he did not receive his medication on 3/2/11.
- Female #1 reported that the ointment that ▮▮▮▮▮▮ has given her for a vaginal infection does not work and she was told "I can do nothing for you." She was also told by ▮▮▮▮▮▮ that DHS would have to purchase medication to treat the infection. Female #1 said that she did not receive her sleeping pill and iron pill on 4 different occasions and that she received the wrong medication at the wrong time.
- Male #3 reported that he did not receive his medications on 3/4/2011.
- Male #4 reported that he feels claustrophobic in his cell and having trouble breathing.

| 10. MISCELLANEOUS PROVISIONS | |
|---|---|
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |

- Female #3 reported that the girls went outside for about 35 minutes Monday 2/28/11 but did not engage in any physical activity because the officers refused to get a ball for the girls to play with. Female #3 also said that when the girls where allowed to go outside on 2/23/11 the girls had to stay seated for about 40 minutes because the boys where also outside playing.
- Female #1 reported that when the girls are allowed to go outside they spend most of the time sitting because the boys are playing basketball.
  Female #6 and Female #4 reported only going outside when boys go out and that they have to watch the boys, but cannot take part in physical activity with the boys.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

HY visits on February 28, March 2 & 4, 2011

- Male #1, Male #8, Male #5, Female #2, and Female #3 all reported not being given the opportunity for physical exercise.
- Male #1 reported not going outside since he arrived at the facility on Saturday night 2/26/11.
- Male #8 reported only going outside one time since he arrived at the facility on Monday 2/21/11.
- Male #5 reported not going outside at all since he has been at the facility on Thursday 2/24/11.
- Female #5 reported that there is no opportunity for physical exercise.

# Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| **1. APPROPRIATE STAFFING AND OVERCROWDING** | |
|---|---|
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On March 25, 2011, there were 4 guards and 44 youth, a ratio of 1:11.

| **2. CELL CONFINEMENT** |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Males #1-4** reported being in cell most non school or eating hours.

| | Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
|---|---|

- **Female #1** reported that the females were put on "temporary" lockdown for talking to males at Henley-Young soon after she arrived on 3/14/2011.
- **Male #5** reported that A-Pod was placed on lockdown on 3/20/2011 because one youth was beating on the doors.
- **Male #6** reported that all A-Pod was placed on lockdown when he arrived at Henley-Young on 3/21/2011. He did not know why.
- **Male #2** reported that all males on his pod received lockdown because one male was kicking his cell door.
- **Male #4** reported that on 3/21 the entire pod was placed on lockdown because one youth was kicking his door. He stated that none of the youth on the pod were allowed to make phone calls that night.

| **4. USE OF FORCE** | |
|---|---|
| **Provision 4.1** | Physical force shall not be used to punish youth. Staff supervising youth detained by an order of the Youth Court shall not "slam," "take down," or "secure youth to the floor" as a form of control or a control technique. Henley-Young staff shall only use physical force to stop youth from causing serious physical injury to self or others. If physical force is necessary, staff must use the minimum amount required to contain the youth safely. No |

| | youth shall be subject to physical force until staff has first attempted verbal de-escalation techniques. |
|---|---|

- **Male #1** reported that on three separate occasions on 3/22/2011 ██████████ called **Male #1** an "ugly b----" and pushed **Male #1** on to his bed in his cell, then left.

| **6. HYGIENE AND SANITATION** | |
|---|---|
| **Provision 6.1** | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- **Female #1** reported not having enough time to shower and that she gets rushed by the officers to get out. **Female #1** also reported her deodorant is "musty" and makes her itch.
- **Males #5-7** reported brushing their teeth once daily at Henley-Young.
- **Male #3** reported that he does not have enough time to shower and that if he takes too long he is threatened with a write-up. **Male #3** reported that this happened about three weeks ago and the officer did not allow him to shower the next day, thus denying him the ability to engage in proper hygiene or to receive clean clothing for the day.
- **Male #4** reported that the deodorant does not work.
- **Male #3** reported that the soap and/or showers cause him to break out all over his face and body.

| **Provision 6.2** | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- **Male #3** reported having the same sheets since his arrival at Henley-Young on 2/23/2011, through 3/23/2011 and that the sheets get mop-water on them. When he has asked to get new sheets he is denied by officers and told he had to keep them.
- **Male #4** reported that he arrived on 3/21 and that his sheets have not been washed since he arrived.

| **Provision 6.3** | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- **Female #1** reported that her socks are too small and cause her to itch.
- **Female #2** reported that some of the clothing is stained.
- **Male #3** reported that he did not receive undershirts and socks for days and that between 3/20-3/21 he did not have any socks.
- **Male #5** reported that he did not receive a clean shirt on 3/23/2011.

| **Provision 6.5** | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Female #1** and **Female #2** reported that their cells are too hot.
- **Female #2** reported that her cell smells like feces.
- **Male #3** reported that his cell was dirty when he arrived in Henley-Young on 2/23/201 and that is either too hot or too cold.
- **Male #5** reported that his sink does not work.
- **Male #6** reported that his cell is either hot or cold. He also stated that when his cell is cold it is moist in the cell and when it is hot it smells in the cell.
- **Male #4** and **Female #3** reported that it is cold inside of Henley-Young.
- **Male #4** reported that there was trash on the floor of his cell when he arrived at Henley-Young.
- **Female #4** reported that her cell smells like urine.

HY visits on March 23 & 25, 2011                                                     2

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Female #2** reported that officers do not promptly respond when youth buzz for assistance.
- **Male #3** reported that officers sleep on the night-shift and do not respond to his buzzing. **Male #3** also reported that officers are "sneaky" and will go into cells "off-camera" and "have words" with youth in their cells. **Male #3** does not report this happening to him.
- **Male #6** reported that officers try to "act cool" by "reppin' hoods" much like the youth do, which causes **Male #6** to feel like the youth are being threatened by officers. Specifically, **Male #6** stated that an officer on the morning shift routinely "reps the Addition."
- **Male #4** reported that youth are told that they will not be allowed to shower and will be written up if they do not participate in the morning exercise program. He also stated that a teacher, Dr. Bolton, tells youth "you'll be back" when they say they are getting released.
- **Male #8, Female #4, & Female #3** reported that they were not allowed to make a phone call during intake.

| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
|---|---|

- **Female #1** reported that she did not know how to reach her counselor should an issue arise at Henley-Young.

| 9. MEDICAL CARE | |
|---|---|
| Status: | |
| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |

- **Male #6** reported that the nurse gave him some pills for a swollen throat but they have not worked yet.

| Provision 9.3 | The Director, or his assignee, will request emergency relief for release from the judge when the detention center cannot provide appropriate medical or mental health care for a youth in the facility. |
|---|---|

- **Female #5** reported that the nurse was working on getting her released because she is a diabetic who takes 2 insulin injections and 4 pills per day. She said that the nurse told her that she did not think it was safe for her to remain at the facility over the weekend when no nurse would be on duty.

| Provision | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

| 10.4 | |
|---|---|

- Male #2 reported only going outside once since his arrival at Henley-Young on 3/8/2011.
- Male #4 reported that he went outside on 3/25 for the first time since his arrival on 3/21.
- Female #4 reported that she went outside but only for about 15 minutes on 3/25.
- Female #3 reported that they only stay outside about 30 minutes and that they merely watch the boys play basketball and walk around.

Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| Provision 1.1 | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On March 28, 2011, there were 5 guards and 45 youth, a ratio of 1:9.
- On March 30, 2011, there were 4 guards and 51 youth, a ratio of 1: 12.75.
- On April 1, 2011, there were 5 guards and 44 youth, a ratio of 1:8.8.

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- Female #1 reported that she is in her cell a lot and that she ate dinner in her cell on 3/27/2011 because there were almost 20 female youth at Henley-Young.
- Male #1 reported being in his cell unless he was in school, taking a shower, or eating.
- Females #2 and #3 reported eating in their cells sometimes.
- Male #2 reported spending most of the weekend in his cell.
- Male #3 reported that they spend most of their time "locked in their cells" with nothing to do.

| | Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
|---|---|

- Male #5 reported being on lockdown when he was interviewed by MYJP on 3/28/2011 because he "took too long to shower" on 3/23/2011. He stated that he was given a one-week lockdown 3/24/2011.
- Male #7 reported receiving 2-week lockdown after being accused of stopping up his toilet and flooding his cell. While on lockdown Male #7 was not allowed to make calls, have visitors, go outside or join other males to watch TV/movies.
- Male #1 reported on 3/29/2011 that they were told that the entire pod would be placed on lockdown until the following weekend unless someone owned up to cursing at Officer Lewis.
- Male #8 reported his whole pod received lockdown because one youth called Officer Jackson a name and the officer put the pod on lockdown until he found out who it was.

*\*MYJP has not been provided any incident reports documenting these incidents of cell confinement.*

| 6. HYGIENE AND SANITATION | |
|---|---|
| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- Male #5 reported that he sometimes is not allowed to shower while on lockdown, thus, he does not receive clean clothing and cannot take care of all his hygiene needs during this time.
- Male #7 reported that the towels cause his face to break out and he has not received anything to treat the break out. Male #7 also reported that he does not have enough time to shower and that he is threatened with lockdown if he takes too long.
- Male #9 reported that he breaks out in a rash from towels.
- Female #1 reported that little, white bugs are in the shower and on the walls of her cell.
- Males #1 and #6 reported that they do not have enough time to shower. Male #1 also reported that the deodorant does not work.
- Males #1 and #8 reported that they only brush their teeth once daily.
- Female #4 reported that she did not take a shower or brush her teeth on 4/1/2011.
- Male #3 reported that the deodorant does not work.
- Male #3 reported that the water pressure is low in some of the showers and that only about 3 showers work properly.
- Male #4 reported that 2 of the showers have low water pressure and that the showers have mold in them and rust on the walls.

| Provision 6.2 | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- Males #3, #7 and #8 reported breaking out from the blankets at Henley-Young. Male #7 also reported on 3/28/2011 that he has had the same sheets since his arrival on 2/23/2011.
- Female #2 reported that females do not get clean sheets after receiving the initial sheets when they arrive in Henley-Young.
- Female #4 reported that she is not sure if the blankets are clean. Specifically, she stated that they have a sweaty odor.

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- Female #1 reported that there are holes in her shirt.
- Male #1 reported that there are holes in his socks and that he did not receive an undershirt on 3/30/2011 because the "girls didn't have time to wash them."
- Male #6 reported that there are holes in his socks.
- Female #2 reported there are stains on her clothes.
- Male #2 reported that they do not consistently receive socks and undershirts.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- Male #7 reported that his toilet not working.
- Male #9 also reported that his bed is hard and that his sink does not work.
- Female #1 reported that her cell is too hot.
- Male #1 reported that there is no hot water in his cell.
- Male #8 reported that it is very cold on B-Pod. Male #8 also reported that his cell was dirty when he arrived at Henley-Young.

- Male #6 reported that the pod goes from very cold to very hot. Male #6 also reported that mold in his cell and in the shower.
- Females #3, #4 and #5, Males #3, #4, #9 reported that it is extremely cold inside Henley-Young.
- Male #3 reported that there is feces on the wall of his cell and mold on the ceiling. He also stated that the shower area is not clean. Specifically, he stated that there are gnats in the showers.

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- Male #5 reported that an officer said "MYJP can't fuck with us." Male #5 reported that he did not feel like talking to MYJP because it always comes back to hurt him when guards "find out" what he said.
- Male #5 reported that another male told him that ▓▓▓▓▓▓▓ had said "give Male #5 2 minutes to shower and tell him its 5, so we can write him up" to another officer.
- Male #7 reported that ▓▓▓▓▓▓▓ is "always talking" about MYJP.
- Female #1 reported that when "the people came from downtown" (i.e. MYJP, Board of Supervisors), youth were told not to talk to them.
- Female #1 reported having to squat and cough, naked when she came to Henley-Young at the beginning of March (before she went to Marion Hill and came back).
- Male #1 reported that he is not allowed to get water at night because officers don't respond to his buzzing.
- Male #1 reported that officers instigate situations with youth so they can be written up and have to spend more time at Henley-Young. Male #1 also reported that officers show favoritism toward males who have been at Henley-Young a lot.
- Male #6 reported that the ▓▓▓▓▓▓▓ often curses at the youth, calling them "Stupid, m----- f----- s."
- Female #3 reported that having to undress in front of female officers during intake made her feel awkward.
- Male #2 reported that ▓▓▓▓▓▓▓ takes privileges away from youth to provoke them. Male #2 also reported that ▓▓▓▓▓▓▓ curses at youth, calling them "M---- F---s" and "B---s."
- Females #4 & #5 reported that they were not allowed to make a phone call when she arrived at Henley-Young. Female #5 further reported that she had not used the phone since her arrival on 3/29/2011.
- Males #3 & #4 reported that youth who do not participate in the morning exercise routine are not allowed to take a shower that day.
- Male #3 also stated that all youth are not allowed to participate in the Friday evening activity because there isn't enough room for everyone.
- Male #7 reported that on 3/27/2011 some boys were allowed to watch a movie, while others boys were not (including him).

| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
|---|---|

- Male #5 reported not being allowed to challenge the lockdown he received on 3/24/2011 for taking too long to shower. Male #5 was told that he received lockdown for "disobeying an officer." Male #5 was told he would have a "hearing" but only his counselor participated and then Director Knight, came back and told him of his punishment and what he was being written up for.
- Male #7 reported not being allowed to appeal the 2-week lockdown he received for allegedly flooding his cell. Male #7 was told that he would have a hearing about it but no one came to get him.
- Female #1 reported having no means to make a complaint should it be necessary at Henley-Young.

| 9. MEDICAL CARE | |
|---|---|
| Status: | |
| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |

- Female #1 reported that the nurse "talks crazy" to her and threatens youth with talking to the judge to get them more time.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

- Male #1 reported on 3/30/2011 that he had not gone outside in over a week.
- Male #8 reported not going outside from the time spring break ended to 3/30/2011.
- Male #6 reported on 3/30/2011 only going outside once since his arrival on 3/22/2011.
- Female #2 reported on 3/30/2011 going outside 2 times since her arrival at Henley-Young on 3/23/2011.
- Male #2 reported not going outside from 3/23/2011 through 3/30/2011.
- Female #4 reported that the girls often do not have the opportunity to engage in any physical activity when they go outside because they can only sit and watch the boys play basketball.
- Female #5 reported on 4/1/2011 that she has gone outside twice since her arrival on 3/29/2011 but that the girls do not participate in physical exercise when they go outside because they can only watch the boys.
- Male #4 reported on 4/1/2011 that he went outside for the first time that week.

# Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On April 4, 2011, there were 6 guards and 55 youth, a ratio of 9:1.
- On April 8, 2011, there were 6 guards and 50 youth, a ratio of 1:8.3.

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Female #1** reported on 4/4/2011 that she has spent most of the time in her cell since her arrival on 4/3/2011. Specifically, she said that she was only allowed out of her cell to eat on 4/3.
- **Female #2** reported that the girls spend most of the time in the larger cell in booking with no activities or reading materials.
- **Female #3** reported that they spend most of the time inside of their cells.
- **Male #1** reported that they only get out of their cells to eat, make phone calls, and attend after school activities during the 3 to 11 shift. He also stated that they eat in their cells sometimes.
- **Male #2** reported that he has spent the majority of the week in his cell.
- **Male #3** reported that he has spends about 18 hours in his cell daily.
- **Male #4** reported that he spends most of his time after school in his cell, and only gets out to eat dinner.

| | Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
|---|---|

- **Male #4** reported that a male was on lockdown in booking for setting off a sprinkler and flooding A-pod on 4/8/2011. **Male #4** reported that the male told everyone that he was going to do it, but there was no intervention.
- **Male #5** reported that on 4/7/2011 two males were about to fight, but then he (**Male #5**) was accused of trying to "start a riot" and was put in his cell for the rest of the day.
- **Female #4** reported that a male was on lockdown for "pulling a sprinkler."

HY visits on April 4, 6, & 8, 2011                                    1

*\*MYJP has not been provided any incident reports documenting these incidents of cell confinement.*

| | |
|---|---|
| **6. HYGIENE AND SANITATION** | |
| **Provision 6.1** | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- Females #1& #2 reported on 4/4/2011 that they had not showered or brushed their teeth that day.
- Female #3 reported that she does not use the deodorant anymore because it makes her itch.
- Female #5 reported that the deodorant does not work and that she does not get to brush her teeth everyday. Female #5 also stated that she was not did not make a phone call or take a shower when she arrived at Henley-Young.
- Males #1 & #6 reported that the deodorant does not work.
- Female #6 reported that the girls do not receive showers everyday. She said that it depends on who is working.
- Male #2 reported that youth only get showers if they exercise in the morning.
- Male #4 reported that he only brushes his teeth once daily at Henley-Young.
- Females #3 & 4 reported that there are bugs/gnats in the female showers.
- Female #3 reported that youth are rushed when they take showers.

| | |
|---|---|
| **Provision 6.2** | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |

- Female #3 reported on 4/4/2011 that her bedding has not been washed since she arrived at Henley-Young on 3/26/2011.
- Female #5 reported that the blankets smell funny.
- Male #7 reported that his blanket makes him itch.
- Male #8 reported that he can't sleep because his mat is uncomfortable and that his sheets have holes.
- Female #4 reported that he breaks out on her face from the blankets at Henley-Young.

| | |
|---|---|
| **Provision 6.3** | Youth shall be provided with clothing that is clean and has no visible stains. |

- Female #3 reported that the underwear is too large and dingy.
- Female #5 reported that the underwear is stained/soiled.
- Males #1 & #6 reported that the clothing is dingy.
- Female #4 reported that her clothes have holes and stains, especially in the shoes and socks.

| | |
|---|---|
| **Provision 6.5** | All detained youth shall be provided with a clean, sanitary environment. |

- Female #2 reported that it is very cold at Henley-Young.
- Female #3 reported that she has been bitten by bugs while at Henley-Young.
- Female #5 reported that Henley-Young is "nasty" and that there are bugs in her cell.
- Male #1 reported that the cells are "nasty" and that there is mold and blood on the walls. He also stated that the showers have an odor.
- Male #3 reported that there are bugs and mold in his cell.
- Female #7 reported that there are bugs at Henley-Young. She also stated that she has been bitten by bugs while at Henley-Young.
- Female #6 reported that some of the lights and buzzers were not working properly. She also mentioned that the cells are cold.

- **Male #6** reported that there is a foul smell inside of the cells. He also mentioned that the floors and sink are dirty.
- **Male #10** reported that his cell has mold in it. He also mentioned that his sink is not working properly.
- **Male #8** reported that it is too cold in his cell and that he was told there were none when he asked for more sheets.
- **Female #4** reported that her cell is too cold at night. **Female #4** also reported that there is mold on the windows in her cell and that she itches when she is in her cell.

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Female #3** reported that she has not received her school work from her home school since she has been at Henley-Young. She also said that the English assignments are below her grade level. **Female #3** also stated that the guards are "messy" and talk about some female youth in the presence of other female youth.
- **Female #5** reported that she did not get to make a phone call or take a shower when she arrived at Henley-Young. **Female #5** also reported that school assignments are "too easy."
- **Male #9** reported that he did not take a shower on 4/4/2011. He also stated that he was forced to sleep on his mattress only because he was not given any blankets. **Male #9** said that when he asked guards for blankets they told him that Henley-Young was "too packed."
- **Male #1** reported that there was a fight on Sunday and all of the boys were put on lockdown for about 3 hours (the remainder of the shift) because they did not alert the guards of the upcoming fight. **Male #1** stated that they did not know that the boys were going to fight.
- **Male #6** reported that there was a fight earlier in the week (he could not remember exact day). He mentioned that a young man was jumped because he refused to give away his dinner tray. He also mentioned that there was no staff on the pod at the time of the incident. After the fight, the young man who was jumped was sent to his cell and put on lockdown. He also stated that the youth on lockdown did not receive any medical attention.
- **Male #2** reported that he does not feel like he is learning anything at school. He said that the work is too easy.
- **Male #8** reported he has to give other guys food so they won't "hit me." **Male #8** reported he can't tell the officers because "they won't do anything." **Male #8** also reported boys fight "in rounds" and officers don't do anything unless "someone important comes."
- **Female #4** reported that she and her sister had to strip, squat, and cough in front of a female officer at intake. **Female #4** reported that this made her uncomfortable.

| 9. MEDICAL CARE | |
|---|---|
| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |

- **Male #1** reported that he buzzed the control room because he had a headache but he never received any medication.
- **Female #7** reported that she has been sick since she arrived at the facility. When she complains of her nausea and stomach pains the nurse gives her pain pills. She reported that she wakes up in the middle of the night with severe nausea.

HY visits on April 4, 6, & 8, 2011                                                                 3

- Male #6 reported that he suffered from severe headaches. He told the officers but no one gave him medication for pain.
- Female #6 reported that she was never given medicine after complaining of a toothache and headache.
- Female #4 reported that she vomited and went to see the nurse who gave her a pill, but the nurse had an "attitude and hollered" at her.

| 10. MISCELLANEOUS PROVISIONS | |
| --- | --- |
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |

- Male #2 reported that he did not attend school at all the week of 4/4-4/8/20110.
- Female #6 reported that she does not go to school daily. She has only been to school once since her arrival at the facility.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
| --- | --- |

- Female #1 & Female #2 reported on 4/4/2011 that they have not gone outside or engaged in any physical activity since their arrival on 4/3/2011.
- Female #3 reported on 4/4/2011 that she has gone outside once since she arrived on 3/26/2011 and has not engaged in any physical activity.
- Male #9 reported on 4/4/2011 that he had not gone outside.
- Male #2 reported on April 4/6/2011 that he had only been outside once since he arrived at Henley-Young.
- Male #6 reported that youth go outside once per week for one hour.
- Female #6 reported that youth rarely go outside.

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| Provision 1.1 | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On April 13, 2011, there were 5 guards and 51 youth, a ratio of 1:10.2.
- On April 14, 2011, there were 5 guards and 52 youth, a ratio of 1: 10.4.
- On April 15, 2011, there were 5 guards and 42 youth, a ratio of 1:8.4.

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Males #1-6** reported being in their cells most of the time.
- **Male #2** reported eating in his cell at least twice since coming to Henley-Young.

| |
|---|
| Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |

- **Female #2** reported on 4/13/2011 that a girl stole a piece of chicken off a lunch tray that was not being used and all girls were put on lockdown.
- **Male #4** reported being given 5 days of lockdown in booking for an incident on 4/8/2011. Male #4 was angry after his court hearing and flooded the pod/cell. While on lockdown, he was placed in booking and ate all meals in his cell, and was not allowed to go to school or outside during this time.
- **Male #4** reported that **Male #8** is on lockdown for 14 days for banging on the doors at Henley-Young. **Male #1**also reported that **Male #8** was on lockdown for "kicking and cursing."
- **Male #4** reported that he was on lockdown from 4/8-4/13 because he broke a sprinkler.

*\*MYJP has not been provided any incident reports documenting these incidents of cell confinement.*

| 4. USE OF FORCE |
|---|
| Status: |

Physical force shall not be used to punish youth. Staff supervising youth detained by an order of the Youth Court shall not "slam," "take down," or "secure youth to the floor" as a form of control or a control technique. Henley-Young staff shall only use physical force to stop youth from causing serious physical injury to self or others. If physical force is necessary, staff must use the minimum amount required to contain the youth safely. No youth shall be subject to physical force until staff has first attempted verbal de-escalation techniques.

- **Male #4** reported that after the incident that led to his lockdown on 4/8/2011, ████████████ attempted to escort **Male #4** to the booking area and when he did, he grabbed **Male #4** by the neck. When **Male #4** started to shake his head loose from ████████████ and tell him to "get off," he did.
- **Male #1** reported that an officer told **Male #8** to "get [his] a—in [his] cell" and then pushed **Male #8** into the cell.
- **Male #8** reported that while he was waiting to come from the courtroom, ████████████ put handcuffs on him as he was walking to the pod and started hitting **Male #8.** ████████████ held **Male #8** until he calmed down. **Male #8** stated that he was then taken to his cell but was not allowed to eat lunch, go outside, or to school. **Male #8** also said that ████████████ finally allowed him go to school after he started kicking the door.
- **Male #4** said that he was put on lockdown by ████████████, who grabbed him by the back of the neck and shoved him into his cell, while telling him to "get his ass to the front." He stated that he walked down the hall with ████████████ hand on the back of his neck. He said that a couple of boys on A-pod witnessed this.
- **Male #4** reported that he witnessed ████████████ & two other officers "putting their hands on" another male.

### 6. HYGIENE AND SANITATION

| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |
|---|---|

- **Male #4** reported brushing his teeth once daily at Henley Young. **Male #4** also reported not receiving a comb.

| Provision 6.2 | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- **Female #2** reported that her mat makes her head and back hurt because it is too thin.
- **Male #1** reported that his blankets make him itch.

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- **Male #7** reported that he does not receive an undershirt after every shower.
- **Males #7 and #1** also reported that there are holes in their socks.
- **Male #2** reported that his shoes are "raggedy."

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Female #1** reported that her cell is cold.
- **Female #2** reported that it is cold on the female pod.
- **Male #7** reported that his sink is "stopped up" and the water looks "nasty." **Male #7** also reported that there are gnats and fruit flies in his cell and in the shower.

HY visits on April 13, 14, & 15, 2011                                                                2

- **Male #1** reported that there are bugs in his cell that bite him and that when he buzzes the control room, no one responds.
- **Male #4** reported that there is mold in his cell and that some of the toilets and/or sinks do not work in the cells.
- **Male #5** reported that there are bugs in his window.
- **Male #6** reported that his cell smells like urine.

| 7. STAFF TRAINING |
| --- |
| The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Female #1** reported that she felt "violated" after having to strip, squat and cough when she entered Henley-Young on 4/8/2011 in front of a female officer and this made her feel "violated."
- **Female #2** reported having to strip, squat and cough in previous visits to Henley-Young on intake, but not this time.
- **Male #7** reported that ██████████ told him "not to lie like last time" to MYJP because he had seen some of the comments **Male #7** had made about treatment in Henley-Young.
- **Male #7** reported that another male got angry at him for not giving him **Male #7's** food and officers responded by moving **Male #7** to the other pod.
- **Male #1** reported that officers "try to fight" youth in Henley-Young. On 4/13/2011, **Male #1** witnessed a male youth saying something to an officer while getting his tray. The officer responded by saying "I got more hood in me than you can ever have in you." The male cursed the officer and was put him into his cell to calm down.
- **Male #1** reported that after **Male #4** broke a sprinkler fire alarm went off and it took them a long time to let the males out of their cells. This scared **Male #1** because he did not know what was going on and worried about what would happen if there were an emergency.
- **Male #2** reported that officers will tell youth to hurry up and eat so they can go outside or watch a movie, but then the youth are put in their cells and they rarely watch movies or go outside.
- **Males #3, 4** and **10** reported that youth who do not participate in the morning exercise program are not allowed to shower that day. **Male #10** said he learned about this "rule" until after he buzzed the control and asked to shower and was told that he could not shower because he did not participate in the exercise program.
- **Male #10** also reported that ██████████ cursed at him and told him he would "whip his a--" after **Male #10** got a piece of sausage from another youth. **Male #10** wrote ██████████ up and ██████████ responded (the next day) by saying that "y'all want to write folks up, I got a pen and 4 pieces of paper."
- **Male #3** also said that he has a book in his cell but that only certain kids can get books because they may tear them up.
- **Male #4** reported that the officers tell them that they are going to let them use the phone but never allow them to do so. **Male #4** reported that youth are not allowed to consistently use the phone on Mondays and Fridays.
- **Male #4** said that he asked a teacher if he could take a book to his cell to read and he was told that youth cannot take books to their cells.
- **Male #4** also stated that youth sometimes do not have an opportunity to participate in visitation because they are told that it is "too packed." Specifically, **Male #4** said that other youth told him that they saw his mother come for visitation but he did not get to see her.
- **Male #5** reported that the officers do not answer the buzzer when he asks for water and that poses a problem for him because he dehydrates fast and he does not drink the water in his cell because the toilet and sink are connected (same water supply). This week (4/11-4/15), he needed water after playing basketball and it took about 30 minutes for him to get water.

HY visits on April 13, 14, & 15, 2011                                                                    3

- Male #8 stated that ██████████ bragged to ██████████ about not giving Male #8 his lunch tray and ██████████ told him that he was wrong for not allowing Male #8 to eat lunch.

| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
|---|---|

- Female #1 reported not knowing about a grievance policy at Henley Young.
- Male #4 reported that after the incident which got him 5 days lockdown on 4/8/2011, he was never given an opportunity to appeal or oppose the decision.

### 9. MEDICAL CARE

| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
|---|---|

- Female #1 reported that she did not receive her Abilify because her mom did not refill the prescription and bring it to Henley-Young.
- Male #2 reported that his stomach hurts sometimes (he suffers from ulcers). Male #2 also reported that his body hurts from the waist up, due to the metal beds.
- Female #3 reported that she does not get her medication at the correct time.
- Male #3 reported that he does have his medication (Melatonin, Cogentin, Ziprexa, and another that he cannot remember the name of). Male #3 arrived at Henley-Young on 4/8/2011 and was interviewed on 4/15/2011.

### 10. MISCELLANEOUS PROVISIONS

| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |
|---|---|

- Male #4 reported that youth do not attend school everyday and that they "never" return to school for the second part of the day.
  Male #5 reported that they only go to school for a few hours a day.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

- Male #4 reported on 4/13 that he had not gone outside or engaged in large muscle exercise since at least 4/7/2011.
- Male #1 reported on 4/13 that he had not gone outside since 4/5/2011. He reported that the officers take some males out, but not others and when he asks to go outside he is not allowed to do so.
- Male #2 reported on 4/13 that he has not gone outside since 4/6.
- Male #9 reported that he they go outside every other day and do not engage in any physical activity on the days that they do not go outside.

- **Male #4** arrived on 4/6 and as of 4/15, he had only been outside once.

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
| --- | --- |
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On April 25, 2011, there were 5 guards and 52 youth, a ratio of 1:10.4.
- On April 27, 2011, there were 5 guards and 49 youth, a ratio of 1:9.8.
- On April 28, 2011, there were 5 guards and 57 youth, a ratio of 1:11.4.

| 2. CELL CONFINEMENT |
| --- |
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Females #1 and 2 and Male #1** reported that they spend the majority of their time in their cells.
- **Female #3** reported that she eats all of her meals in her cell because she is on lockdown.

| |
| --- |
| Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |

- **Female #3** reported that she was told on 4/20 that she would be on lockdown for 14 days following an incident with ████████. **Female #3** said that while she is on lockdown she is not allowed to make phone calls, cannot have visitors, cannot go outside, & cannot watch television. **Female #3** also reported that youth are regularly threatened with lockdown for trading food.
- **Female #5** reported that while she is on lockdown she is not allowed to make phone calls, cannot have visitors, cannot go outside, & cannot watch television.

*\*MYJP has not been provided any incident reports documenting these incidents of cell confinement.*

| 4. USE OF FORCE | |
| --- | --- |
| Status: | |
| Physical force shall not be used to punish youth. Staff supervising youth detained by an order of the Youth Court shall not "slam," "take down," or "secure youth to the floor" as a form of control or a control technique. Henley-Young staff shall only use physical force to stop youth from causing serious | |

physical injury to self or others. If physical force is necessary, staff must use the minimum amount required to contain the youth safely. No youth shall be subject to physical force until staff has first attempted verbal de-escalation techniques.

- **Male #2** reported seeing 2 boys fight recently and when an officer came to break them up, one boy was choked, slapped and thrown on the ground by the officer. **Male #2** reported that the boys were placed on lockdown.
- **Male #3** reported seeing ██████████ slap a boy and grab him by his neck to take him to his cell after the boy broke a sprinkler.

## 5. SUICIDE PREVENTION

**Status:**

| | |
|---|---|
| **Provision 5.1** | Henley-Young shall immediately implement policies and procedures to work with youth who exhibit suicidal ideation. For any youth who expresses suicidal ideation for longer than 24 hours emergency action must be taken. Emergency action may require transportation to a mental health facility, to the emergency room of a local hospital for evaluation and/or treatment, or other measures that ensure a youth is examined and treated by a medical and/or mental health professional. Henley-Young will develop a three-tired suicide policy that will evaluate the level of risk for any youth who expresses suicidal ideation and only remove clothes from the youth with the most serious needs. For any youth placed on the highest level of risk, every effort must be made to have a mental health professional evaluate the youth within 12 hours, but in no case more than 24 hours after his or her placement on suicide watch. Youth on suicide watch shall participate in recreation, school and other structured activities. Youth shall not be required to wear a suicide gown unless locked in a cell. |

- **Female #4** reported that officers do not keep a regular check on her even though she is in a suicide cell. She has reported engaging in incidents of self-harm in her past. **Female #4** also reported officers being non-responsive when she buzzes from her cell.

## 6. HYGIENE AND SANITATION

| | |
|---|---|
| **Provision 6.1** | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- **Female #1** reported that she does not get to brush her teeth everyday because the officers told her that they did not feel like going to where the sinks are.
- **Female #4** reported that they are not given enough time to shower.
- **Male #2** reported that he did not shower on 4/26/2011 and that he did not know why; this means that he did not receive clean clothes or brush his teeth on that day. **Male #2** also reported that some showers on B-pod do not work.
- **Male #3** reported that the soap causes his feet peel and itch.

**Male #4** reported on 4/28 that he did not take a shower or brush his teeth that morning because an officer on the shower shift told him that there were no more undershirts or socks.

| | |
|---|---|
| **Provision 6.2** | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |

- **Female #1** reported that the blankets cause her to feel as if something is crawling on her. She also said that there are bumps that itch on her arms, legs, and back.
- **Female #3** reported that she did not have a blanket when she was in booking and that she asked ██████████ for one but never received one.
- **Male #2** reported his mat is torn open and is "nasty."

HY visits on April 25, 27, & 28, 2011                                                                                    2

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- **Male #5** reported that the clothing he was given had an odor.
- **Female #1** reported that the girls wear the same underwear and that the clothing is making her itch.
- **Female #3** reported that the underwear makes her itch.
- **Female #6** reported that the clothing is causing her to break out.
- **Female #2** reported that several of the girls are "burning."
- **Male #2** reported that his underwear makes him itch.
- **Male #3** reported receiving dirty clothes.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Males #4 & 5** reported that his cell smells like urine.
- **Female #3** reported that her cell is cold and that she is not allowed to have a blanket with her (in booking). She also reported that spiders, gnats, and flies are in her cell. She also reported her cell has an odor.
- **Female #4** reported that her cell is cold and that her blankets do not keep her warm.
- **Male #2** reported that his cell is dirty, has gnats in it, and that his toilet sometimes stops up and that his sink does not work.
- **Male #3** reported that his cell is dirty and has bugs and fleas. He also reported that it is cold and that he does not have a jacket. When he has asked for a jacket he is told that they can't do anything about it.
- **Male #6** reported that his cell is cold and when he asked for a jacket he did not receive it. **Male #6** also reported gnats in his cell.
- **Male #4** reported that the sink in his cell does not work and that clothing and blankets were left in his cell.
- **Male #1** reported that his cell has lots of mold and that his throat is often hurting and his nose is stopped up when he wakes up. **Male #1** also reported that there is mold in his sink.
- **Male #7** reported that there is a lot of writing on the walls of his cell and that it is cold inside of the facility on a daily basis.

| **7. STAFF TRAINING** | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Male #2** reported that officers constantly threaten to write them up for buzzing and trading food.
- **Female #3** reported that ▮▮▮▮▮▮ either does not answer her when she buzzes the control room or she denies her request in instances where she answers. **Female #3** reported ▮▮▮▮▮▮ ▮▮▮▮▮ speaking poorly about the other male in booking. She also reported that ▮▮▮▮▮ curses and talks crazy to the girls.
- **Female #7** reported that Officer Courtney shows favoritism and told her immediately before she came to visit with MYJP "not to tell [MYJP] anything because I'm not over s—t and can't do anything for **Female #7**."
- **Female #4** reported having to strip in front of officers at intake and this made her "uncomfortable" because "you don't know what they are going to do to you."

HY visits on April 25, 27, & 28, 2011                                                                      3

- **Female #5** reported having to strip in front of officers at intake and that this made her feel "violated."
- **Male #3** reported ███████████ arguing with another boy and saying, "Y'all go back and tell them (MYJP) we ain't treatin' you right."
- **Male #4** also reported that the officers on the shower shift have attitudes and often rush them when they shower.
- **Males # 4 & 7** reported that he was not allowed to make a phone call or take a shower during intake.

| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be placed in all living areas of Henley-Young. |
|---|---|

- **Female #3** reported that she never received the hearing that she was told she would have for the incident that she received lockdown for, even though she had received paperwork for it.

## 9. MEDICAL CARE

| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
|---|---|

- **Male #5** reported on Monday, April 25, that he had a seizure and an asthma attack on Friday, April 22 and had not seen the nurse.
- **Female #1** reported that on 4/25 she had asked officers several times to see the nurse but they do not allow her to do so.
- **Female #6** reported that she has had a history of back problems and that when she asked ██████ and ███████████ for medication they ignored her request.
- **Female #7** reported that she had a vaginal infection when she came to Henley-Young and that it has gotten worse.
- **Female #7** also reported that she had an asthma attack and instead of getting her medical attention the officer "hollered" at her and refused to take her to the hospital. *Two other females witnessed Female #7 having the asthma attack.*
- **Female #7** reported that the officers do not follow the nurse's instructions.
- **Female #3** reported that ███████████ did not allow her to see the nurse for a stomachache because ███████████ told her that the nurse "is too busy and doesn't want to see you." **Female #3** also reported breaking out on her neck and back.
- **Female #4** reported that she stopped receiving her medication on 4/24. When she asked an officer where her medication was, the officer said "sorry, I don't know where your meds are." **Female #4** was then told they couldn't find her meds anymore. **Female #4** reported that without her meds she "goes crazy" and runs around and hits her self, then falls asleep. It turns out **Female #4's** meds were left in her nebulizer (asthma) bag (misplaced by officers).
- **Female #4** reported having asthma, and whenever she goes into her cell she starts coughing, but they won't move her away from the suicide cell.
- **Male #2** reported on 4/27/2011 that he has not received his meds since his arrival at Henley-Young on 4/22/2011. The nurse said she would call his mom about them.
- **Male #3** reported that he asked to see the nurse and was denied by officers.
- **Male #7** reported on 4/28 that he had a seizure on 4/24 and did not see medical personnel.

## 10. MISCELLANEOUS PROVISIONS

| | Male and female youth shall be provided with equal access to education services, |
|---|---|

| Provision 10.1 | medical care, and indoor and outdoor recreation. |
|---|---|

- Female #3 and Male #6 reported that they did not go to school on 4/27 and did not receive an explanation.
- Female #4 reported that she has a learning disability and that school at Henley-Young goes too fast but the teachers do not help her.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

- Female #1 reported that the girls often do not engage in physical activity when they go outside because there is only one basketball and the boys usually play with it.
- Female #6 reported that they do not participate in physical activity on the days that they don't go outside.
- Female #2 reported that the girls are not allowed to go outside often.
- Males #3 and #8 reported that he had gone a week without going outside.

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On May 16, 2011, there were 4 officers and 35 youth, a ratio of 1:8.75.
- On May 20, 2011, there were 4 officers and 33 youth, a ratio of 1: 8.25.

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Male #1** reported that he was in his cell a lot especially during the week of May 9-13 because they were testing and youth were not allowed out if they were not testing. **Male #1** also reported having to eat dinner in his cell.
- **Males #2-4** reported that they spend most of the time in their cells unless they are in school, taking a shower, or eating.
- **Female #1** reported that she spends about half of her time in her cell.
- **Female #2** reported on 5/20/2011 that the girls were in their cells and did not attend school for most of the morning.

> Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement.

- **Male #1** reported that another male had to eat in his cell because he traded food.
- **Male #6** reported that males are constantly threatened with lockdown if they trade food or if they don't go into their cells in a timely manner.

- **Males #7 and #8** reported that officers threaten the boys with write-ups if they take too long in the shower. **Male #7** also reported they get locked up and are not allowed to shower if they do not participate in the exercise program.
- **Male #8** reported that another male has been on lockdown for spitting on someone since **Male #8's** arrival on 5/15/2011 through 5/20/2011.
- **Female #3** reported another female had been on lockdown on 5/19/2011 for arguing with officers.
- **Male #9** reported being on lockdown on 5/19/2011 for kicking his door, during lockdown he ate in his cell and did not go to school. **Male #9** also reported not being allowed to participate in the Friday night program and not being sure why this was.

| 6. HYGIENE AND SANITATION | |
|---|---|
| **Provision 6.1** | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |

- **Females #3 and #4, Males #6, #7, and #8** reported that they only brush their teeth once daily.
- **Male #1** reported that he did not shower on 5/16/2011 because officers did not open his door and when he asked to take a shower the officers never got back around to him.
- **Male #1** reported that youth are not allowed to shower if they do not participate in the morning exercise routine.
- **Male #6** reported that he was not allowed to shower on one morning.
- **Male #2** reported that he did not shower on 5/15/2011 because an officer accused him of fighting. ▒▒▒▒▒▒▒ let **Male #2** shower later in the day. **Male #2** also reported not that he did not shower on 5/16/2011 because officers did not open his cell.

| **Provision 6.2** | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- **Female #4** reported that her mattress was hard.
- **Male #1** reported that his blankets make him itch and that they are torn.
- **Male #7** reported that he breaks out from the blankets.

| **Provision 6.3** | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- **Male #1** reported that he did not receive an undershirt since he arrived from 5/2/2011 through 5/16/2011; he also reported that he did not shower on 5/16/2011 and did not receive clean clothes as a result.
- **Male #10** reported that the underwear is dingy.
- **Male #7** reported that his underwear was dirty and that he did not receive an undershirt.
- **Male #8** reported that he did not receive an undershirt and that his socks have holes.

| **Provision 6.5** | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Female #4** reported that her cell was too cold.
- **Male #5** reported that there are bugs in his window.

- Male #1 reported that his cell has gnats and other bugs, there is black stuff on the walls, the sink doesn't work and when he told an officer there was no response, and it is cold. Male #1 reported asking an officer for a jacket and was told "we ain't got time."
- Male #6 reported that his cell is dirty and when he asked to move he was told "no."
- Male #6 reported bugs in his cell.
- Female #5 reported that the floor in her cell was sticky and that the toilet was nasty.
- Male #3 reported that there was tissue and chip bags on the floor of his cell and that his sink was nasty when he arrived in his cell.
- Male #10 reported that the sink in his cell was dirty when he arrived at Henley-Young.

| 7. STAFF TRAINING | |
| --- | --- |
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- Female #7 reported that other girls told her that ████████ said she was going to "drag her (Female #7) down the hallway like the other girl."
- Male #1 reported that an officer on shower shift always threatens to come into the shower and turn off the water if they take too long.
- Female #1 and Male #4 reported that they were not allowed to make a phone call during intake.
- Female #5 reported that youth are no longer allowed to clean their cells.
- Male #3 reported that he was not allowed to make a phone call or take a shower during intake.
- Female #2 reported that she had strip and shower in front of an officer on intake.
- Female #3 reported having to strip in front of officers at intake and this made her "uncomfortable."
- Male #9 reported that ████████ told the male youth: "I don't care what you all say to them (MYJP), I'm still gonna do what I do."

| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
| --- | --- |

- Male #1 reported that when he asked an officer if he could write a complaint, the officer refused to get the proper form.

| 9. MEDICAL CARE | |
| --- | --- |
| Status: | |
| Provision | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling |

HY visits on May 16, 18, & 20, 2011                                                  3

| 9.2 | prescriptions as necessary. |
|-----|------------------------------|

- **Female #7** reported that she still had not received her antibiotic and pain medicine and that she is still in pain.
- **Female #1** reported that the nurse gave her medication for an earache but that her ear was still hurting.
- **Female #5** reported that she has been vomiting everyday and that her head has been hurting and she has been dizzy. **Female #5** has seen the nurse but she did not feel any better and is still vomiting everyday.
- **Male #3** reported that he is not taking his medication (Abilify and Vivanze) since he has been at Henley-Young.

| **Provision 10.1** | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |
|---------------------|------------------------------------------------------------|

- **Male #5** reported the that school in Henley-Young is like "kindergarten stuff."
- **Male #3** reported that he does not feel that is learning anything in school because all they do is watch movies and do crossword puzzles.
- **Male #7** reported that education in Henley-Young is too easy and they don't do any "real" work.
- **Male #9** reported that the girls are always out of their cells and get to go outside more than the boys, and this makes him "angry."

| **Provision 10.4** | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---------------------|------------------------------------------------------------|

- **Male #2** reported on 5/16/2011 that he had not gone outside in nearly a week.

## Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On May 9, 2011, there were 5 officers and 37 youth, a ratio of 1:7.2.
- On May 4, 2011, there were 5 officers and 43 youth, a ratio of 1:8.6.
- On May 6, 2011, there were 5 guards and 45 youth, a ratio of 1:9.

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Males #1-6** reported staying in their cells a lot and that officers often say they "are too busy" to take them out of their cells. **Male #4** reported that this causes him to stress.

  *\*MYJP has not been provided any incident reports documenting these incidents of cell confinement.*

| 5. SUICIDE PREVENTION | |
|---|---|
| **Provision 5.1** | Henley-Young shall immediately implement policies and procedures to work with youth who exhibit suicidal ideation. For any youth who expresses suicidal ideation for longer than 24 hours emergency action must be taken. Emergency action may require transportation to a mental health facility, to the emergency room of a local hospital for evaluation and/or treatment, or other measures that ensure a youth is examined and treated by a medical and/or mental health professional. Henley-Young will develop a three-tired suicide policy that will evaluate the level of risk for any youth who expresses suicidal ideation and only remove clothes from the youth with the most serious needs. For any youth placed on the highest level of risk, every effort must be made to have a mental health professional evaluate the youth within 12 hours, but in no case more than 24 hours after his or her placement on suicide watch. Youth on suicide watch shall participate in recreation, school and other structured activities. Youth shall not be required to wear a suicide gown unless locked in a cell. |

- **Male #7** reported that he mentioned to ▮▮▮▮▮▮▮▮ that he wanted to kill himself and ▮▮▮▮ ▮▮▮▮ responded by saying "I'm going to strip you and make you wear a pink suit."

| 6. HYGIENE AND SANITATION | |
|---|---|
| **Provision 6.1** | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice |

| | daily. |
|---|---|

- **Male #8, Male #9, Male #2, and Female #1** reported that they brush their teeth once daily at Henley-Young.
- **Male #9** reported that he did not shower from about 4/30/2011 to 5/2/2011 because he was told by an officer "if you don't exercise, you don't shower—it's a privilege to shower in jail." Therefore, **Male #9** has not brushed his teeth, received clean clothes or done other personal hygiene care for multiple days.
- **Male #2** reported that his deodorant does not work and that he does not receive any shampoo. **Male #2** also reported that he does not have enough time to shower and that he is rushed by officers.
- **Male #11** reported that he did not shower from the time he arrived at Henley-Young on 5/2/2011 to 5/4/2011and that he only brushed his teeth once.
- **Male #6** reported that youth must participate in a morning exercise program in order to take a shower.

| Provision 6.2 | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- **Male #2** reported that his mat is too hard and that the sheets are ripped.

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- **Male #9** reported on 5/2/2011 that he did not receive an undershirt for multiple days.
- **Female #1** reported that there is a hole in her shoe.
- **Female #2** reported that clothing (including underwear) is stained and has writing on it.
- **Male #2** reported that there are holes in his socks and writing on his clothing. He also reported that the shirts are torn.
- **Female #3** reported that the girls need new underwear because the underwear is stained.
- **Male #4** reported that his clothing is stained.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Males #8 and #10** reported that there are spiders in their cells.
- **Male #9** reported that his cell smells like urine and that there are bugs in the window and that it was dirty when he arrived at Henley-Young.
- **Female #1** reported her cell is cold and the jacket does not keep her warm.
- **Male #1** reported that his cell is not clean and that there are drawings on the wall.
- **Male #2** reported that his cell "stinks," the sink doesn't work, and the window is cracked.
- **Male #11** reported his cell "stinks."
- **Male #3** reported that his sink was flooded when he arrived, that his mat was dirty, and that the beds are rusty. He asked for another mat but was not given one. **Male #3** also reported that there are bugs in his window and that his face has been breaking out since he has been at Henley-Young.
- **Male #4** reported that he has been bitten by bugs that are in his cell.
- **Male #5** reported that there are fleas and/or ticks in his cell. He also reported that there were chip bags and dirty socks under the bed of his cell when he arrived at Henley-Young.
- **Male #6** reported that there are gnats in his cell.

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service |

| | training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |
|---|---|

- **Male #9** reported that an officer told him "you on lock down, b---h" after **Male #9** kicked his cell door after he returned from school 5/2/2011.
- **Female #1** reported that she had to strip, squat, and cough upon entry to Henley-Young on 4/23/2011 and that this made her feel "uncomfortable."
- **Female #2** reported that she had to strip in front officers upon intake at Henley-Young and that "didn't feel right."
- **Female #3** reported that youth are allowed to have books in their cells but officers do not offer them to youth so youth do not always know they are available.
- **Male #4** reported that they only get approximately 10 minutes to visit with family members.
- **Male #5** reported that he was told by a supervisor that youth cannot take a shower unless they participate in a morning exercise program. He also reported that he told ▓▓▓▓▓▓▓ that the bugs in his cell were biting him and that ▓▓▓▓▓▓▓ told him to "bite them back," **Male #5** reported that upset him so he cursed at ▓▓▓▓▓▓ and ▓▓▓▓▓▓ threatened to write him up.
- **Male #6** reported that the guards and the teachers say that they cannot have books in their cells.

| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
|---|---|

- **Male #2** reported that he is not allowed to have paper to write a complaint because they are not allowed to write in their cells or on the pod.
- **Male #5** reported that there is a new procedure where youth can file a complaint about an officer but that they must get the slip from the officers and some officers do not give the slips.

## 9. MEDICAL CARE

| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |
|---|---|

- **Male #10** reported that he needed to see the nurse but dealt with the issue on his own because he didn't think the officers or nurse would help.
- **Female #4** reported that she ran out of her medication but nothing is being done to replace it because she is about to go to Brentwood.
- **Female #2** reported that she was having chest and heart pain when she first arrived at Henley-Young, the nurse called **Female #2's** parents and her counselor to take her to the hospital, but when her parents arrived, she never went to the hospital.
- **Male #1** reported that he is supposed to be taking Ceroquil and as of 5/5/2011, he had not received it.

- **Male #11** reported that he did not get his Triliptal because his previous facility did not send the medications in the proper packaging. As of 5/5/2011, the prescription had not been re-filled.

| 10. MISCELLANEOUS PROVISIONS | |
|---|---|
| **Provision 10.1** | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |

- **Male #1** reported that he only went to school for about an hour.
- **Female #3** reported that school at Henley-Young is easier than her home school.
- **Female #5** reported that the work they do in school at Henley-Young is like "middle school work."
- **Male #3** reported that they do not learn anything at school because all they do is play games.

| **Provision 10.4** | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

- **Female #3** reported on 5/6 that she had been outside twice since her arrival on 4/30 and that she did not participate in any physical activity on the days that she did not go outside.
- **Female #5** reported that when they go outside the girls watch the boys play basketball & do not engage in physical activity.

# Henley-Young Weekly Monitoring Report

*\*\*MYJP/SPLC found Henley-Young to be in violation of the terms of the Memorandum of Understanding between Hinds County and Disability Rights Mississippi in the following areas:*

| 1. APPROPRIATE STAFFING AND OVERCROWDING | |
|---|---|
| **Provision 1.1** | Henley-Young shall operate with a direct care staff-to-youth ration of 1:8 from the hours of 6:00 am until 10:00 pm and 1:10 from the hours of 10:00 pm to 6:00 am. |

- On May 9, 2011, there were 4 officers and 53 youth, a ratio of 1:13.25.
- On May 11, 2011, there were 5 officers and 49 youth, a ratio of 1:9.8.
- On May 12, 2011, there were 5 officers and 42 youth, a ratio of 1:8.2.

| 2. CELL CONFINEMENT |
|---|
| Henley-Young will create a plan to permit all youth to be outside of their cells from 6:00 a.m. (breakfast) until 9:00 p.m. (bedtime). MYJP will work with Henley-Young to create the plan, to be completed within ten days. Henley-Young will immediately begin to increase the number of hours that youth spend outside their cells and within three months of the effective date of this agreement permit youth to be outside their cell from breakfast to bedtime. However, Henley-Young staff shall grant any youth's request to spend time in his or her cell during the hours of 6:00 am to 9:00 pm, except when school is in session or his or her unit is on outdoor recreation. Unless youth receive a medical excuse, all youth are expected to participate in programs. |

- **Males #1-6 and Female #1** reported that they are in their cells when they are not in school, eating, or taking showers.
- **Male #5** reported that the flaps on cell doors are left closed.

| |  Henley-Young may only use 24-hour cell confinement to discipline youth who pose a serious risk of bodily injury to staff or other youth. Youth placed on 24-hour cell confinement shall be released from their cells daily to maintain appropriate personal hygiene and to engage in one hour of large muscle exercise. Staff must perform visual checks on youth who are subject to 24-hour cell confinement every 15 minutes. No youth shall be confined for over 8 hours without receiving due process. Due process shall consist of a hearing before the Facility Director or his assignee during which the youth has the opportunity to call witnesses and explain the circumstances that resulted in cell confinement. Under no circumstances shall any youth be subject to cell confinement for longer than 24 hours. A serious incident report must be filed for every incident of room confinement. |
|---|---|

- **Male #5** reported that another male was on lockdown because he kicked his cell door.
- **Male #7** reported that they spend the majority of their time in their cells.
- **Female #3** reported on 5/12/2011 that she was on lockdown for sharing food.
- **Female #3** reported that she was put on lockdown when she first got to Henley-Young on 5/9/2011 because she had recently "had an abortion." Officers told that she was not allowed to go outside or to do any work in the laundry room.

*\*MYJP has not been provided any incident reports documenting these incidents of cell confinement.*

| 6. HYGIENE AND SANITATION |
|---|
| |

| Provision 6.1 | Youth shall be provided with the means to maintain appropriate hygiene, including soap and shampoo for showers, which will occur at least once daily of sufficient length for proper hygiene, soap for washing hands after each time the youth uses the toilet, and tooth paste and a tooth brush for tooth brushing, which will occur at least twice daily. |
|---|---|

- **Female #4, and Males #2 and #4** reported that they brush their teeth once daily.
- **Male #1** reported that he did not shower on 5/8/2011, so he did not receive clean clothing and did not brush his teeth.
- **Female #3** reported that she did not brush her teeth daily because the water in her sink is "nasty."
- **Male #1** reported that he did not shower on 5/8/2011, because an officer thought he had cursed at the officer but this turned out not to be true.

| Provision 6.2 | Youth shall be provided with sleeping mats and blankets that are clean and odorless and have no visible stains or tears. |
|---|---|

- **Male #2** reported that the blankets cause him to break out.

| Provision 6.3 | Youth shall be provided with clothing that is clean and has no visible stains. |
|---|---|

- **Female #6** reported that there are holes in her clothing.
- **Male #1** reported on 5/9/2011 that he did not have an undershirt or socks.
- **Male #2** reported that his clothing is dirty and is "torn up." He reported that he did not receive an undershirt and is always told to "wait till next shift."
- **Male #4** reported that he did not receive an undershirt on 5/12/2011.

| Provision 6.5 | All detained youth shall be provided with a clean, sanitary environment. |
|---|---|

- **Female #6** reported that it is "freezing" in Henley-Young.
- **Male #1** reported that he was bitten by a spider that was in his cell.
- **Female #5** reported that there was dirty tissue on the floor of her cell when she arrived at Henley-Young.
- **Female #1** reported that there is a greenish brown substance on the wall of her cell.
- **Male #6** reported that the cells are nasty and that there are bugs in his window, that there is mold by his bed, and that his cell smelled like urine when he was first placed there.
- **Male #2** reported that his cell has mold and bugs and that his sink does not work. **Male #2** also said that he is sometimes not allowed to use hand sanitizer after he uses the toilet.

| 7. STAFF TRAINING | |
|---|---|
| Provision 7.1 | The County shall work with DRMS to design and implement a comprehensive training for Henley-Young detention center staff, including 40 hours of pre-service training. Training shall include, but not be limited to the mandatory reporting requirements for direct care workers, the requirements of the Prison Rape Elimination Act, verbal de-escalation techniques, adolescent brain development, effective communication with adolescents, understanding adolescent behavior, appropriate use of force and restraint, effective documentation, suicide prevention, protection from harm in detention, investigation of grievances, and best practices for detention center administration. |

- **Female #6** reported that officers curse sometimes.
- **Female #6** reported that she had to strip in front of an officer during intake on 5/8/2011.
- **Male #5** reported on 5/9/2011, that the males were told that they would not be allowed to make phone calls because too many boys were in booking.

- **Male #5** reported that a new officer on shower shift "started stuff" with another male. The male asked to take a shower, the officer raised his voice to the male using the "n" word and "f" word toward the male. The officer threatened the youth by saying "you don't even know what I can do to you." According to **Male #5**, the male was not allowed to shower, and was not written up.
- **Male #5** reported that officers sleep on the second shift, especially ███████████████. **Male #5** also reported that the buzzers stopped working, meaning that he cannot buzz to ask for water and ██████████████ response was "well, the buzzers don't work, and I'm happy."
- **Female #5** reported that during intake, she was trying to conceal her private area as she changed clothes, but ████████████ told her that they "did not have time for that" and instructed her not to do it again.
- **Male #6** reported that the officers show favoritism toward some youth. **Male #6** also stated that youth are not always allowed to make phone calls on the designated days and are told that they cannot make calls because it "are a lot of boys."
- **Male #8** reported that ██████████ bragged to ████████ that one of the male youth hit another one. **Male #8** reported that the officers show favoritism toward this youth.
- **Male #2** reported that officers curse at youth. **Male #2** also reported that ██████████ recently allowed all of the males except him and another boy to go outside and he did not know why.
- **Female #3** reported that she was uncomfortable that the nurse told staff members about her abortion.

| Provision 8.1.2 | The County will adopt a meaningful, confidential grievance policy that will permit youth to file a grievance and ensure a proper investigation of each grievance is conducted. The policy shall require that each grievance shall be investigated by an independent staff member who was not involved in the incident described in the grievance and who is not supervised by a staff member who was involved in the grievance. Youth will be informed of the grievance procedure at intake, and posters explaining the process will be posted in all living areas of Henley-Young. |
|---|---|

- **Male #2** does not know how to file a grievance or if there is any procedure in place for this.

| **9. MEDICAL CARE** | |
|---|---|
| Provision 9.2 | Henley-Young will provide access to necessary and adequate medical care and treatment while in the facility, including, but not limited to, reviewing and refilling prescriptions as necessary. |

- **Female #2** reported on 5/9/2011 that she had still not received her medicines and that she was told that she is getting out this week so it would not matter.
- **Male #1** reported that he will run out of his medicine soon and that he needs refills.
- **Male #9** reported on 5/9/2011 that he still is not taking his medication and he arrived at Henley-Young on 4/8.
- **Male #2** reported that he was not allowed to see the nurse after he asked an officer if he could do so.
- **Female #3** reported that she has a rash on her neck.
- **Female #3** reported that she did not receive her ██████████ pain pills. **Female #3** is worried that she will have to go back to the hospital again.

| **10. MISCELLANEOUS PROVISIONS** | |
|---|---|
| Provision 10.1 | Male and female youth shall be provided with equal access to education services, medical care, and indoor and outdoor recreation. |

- **Male #5** reported that officers show favoritism with the boys and that the girls are never in their cells, unlike the boys.

HY visits on May 9, 18, & 13, 2011                                            3

- **Male #6** reported that school at Henley-Young is easier than his home school and that they do not really do work and spend most time drawing.
- **Male #7** reported that he feels like he is learning "old stuff" at the school at Henley-Young.

| Provision 10.4 | All youth shall have the opportunity to engage in at least one hour of large muscle exercise a day. |
|---|---|

- **Female #7** reported on 5/9/2011 that she has not gone outside "recently."
- **Female #1** reported on 5/11 that she had been outside twice since she arrived on 5/6 and that she did not engage in any physical activity on the other days.
- **Male #9** reported that they go outside "every now and then" and that they do not engage in any physical activity on the days that they do not go outside.
- **Male #2** reported on 5/12 that he had not been outside recently and even when they do go outside it is not for very long.

