IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| J.H., by and through his next friend, Terina Gray, on behalf of himself and all persons similarly situated; T.A., by and through his next friend, Alice Austin, on behalf of himself and all persons similarly situated; and DISABILITY RIGHTS MISSISSIPPI, <br><br> Plaintiffs, <br><br> v. <br><br> HINDS COUNTY, MISSISSIPPI, <br><br> Defendant. | Case No. 3:11-CV-327 DPJ-FKB |

**AGREED ORDER GRANTING APPROVAL
OF SETTLEMENT AGREEMENT AND CERTIFYING A SETTLEMENT CLASS**

Upon consideration of the Plaintiffs' Motion requesting approval of the Settlement Agreement and certification of a settlement class, it is hereby ordered that the motion is GRANTED.

It is hereby ordered that:

1. The Settlement Agreement is fair, reasonable, and adequate and results from serious, informed, non-collusive negotiations, has no obvious deficiencies, does not improperly grant preferential treatment to class representatives or segments of the class, and falls within the range of possible relief.[1]

2. The Court enters a final order approving the Settlement Agreement and retains jurisdiction for purposes of monitoring and enforcement.

---

[1] A signed copy of the Settlement Agreement will be docked separately.

3. Class certification is granted for settlement purposes only.  The settlement class shall be comprised of all children who are currently, or who will in the future be, confined at the Henley-Young Juvenile Justice Center.

**SO ORDERED AND ADJUDGED** this the 28th day of March, 2012.

s/ *Daniel P. Jordan III*<br>UNITED STATES DISTRICT JUDGE

Approved for Settlement by:

/s/Corrie W. Cockrell
Corrie W. Cockrell, Miss Bar No. 102376
Jody E. Owens, II, Miss Bar No. 102333
Sheila A. Bedi, Miss. Bar No. 101652

Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Telephone (601) 948-8882
Facsimile (601) 948-8885
corrie.cockrell@splcenter.org
jody.owens@splcenter.org
sheila.bedi@splcenter.org

COUNSEL FOR PLAINTIFFS


/s/ Lisa M. Ross
Lisa M. Ross, Miss. Bar No. 9755
Attorney at Law
Post Office Box 11264
Jackson, MS 39216
Telephone (601) 981-7900
Facsimile (601) 981-7917
lross@lmrossatlaw.com

COUNSEL FOR DEFENDANTS