# EXHIBIT 1

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

L.F / S.D

| Resident Name: ▇ | Date of Occurrence: 01-10-14 |
|---|---|
| Time of Occurrence: 3-11p.m. | Time of Report: 0830a.m. |
| Reporting Officer: G. Sturghill | Type of Incident: Insubordinate |
| Location of Incident: Booking Holding Cell | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On Friday approximately 0850a.m I officer G. Sturghill escorted 3 female resident to the nurses office. 1 of the 3 females talked to me ▇ stated, on second shift they were escorted to the booking area and placed in a holding cell. During the time that they were in this cell, resident ▇ stated to the other female residents "do yall want to see something? She also stated, "yall better not tell nobody. At this time, she walked over to the toilet, proceeded to pull her pants down, told ▇ to come to her and ▇ proceeded to put her mouth on ▇ private area, having oral sex. The female resident ▇ also stated, during the time that they are in Mr. Bennett's classroom ▇ and ▇ get on the computer and pull-up the internet, go to Yahoo and get on facebook.

| Incident result in injury? (Resident) No | Incident result in injury? (Staff) No |
|---|---|
| If yes, was treatment received? | |
| Was restraints used? If so, what kind of restraints? No | For how long? |

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Detention Officer | G.Sturghill | Officer that female detainee talked |
| | | |
| | | |

| EVENTS LEADING TO THE INCIDENT (place an (X) by the appropriate event) | THE CIRCUMSTANCE WHY FORCE WAS USED (place an (X) by the appropriate event) |
|---|---|
| Searches (cell) | Preventing injury to self |
| Assault on staff | Preventing injury to staff |
| Assault on a detainee | Preventing injury to other detainee |
| Non-compliance | Preventing damage to property |
| Court appearance | Preventing an escape |
| Moving to another cell | Other: |
| Other: Holding cell booking | |

### ACTION TAKEN/RESULTS (Must be filled out by Supervisor)



### CONFINEMENT
Following the incident, the youth may be placed in Behavior Management Isolation for 15 minutes or more. Behavior Management Isolation: a cooling off period where placement of the resident in a room either locked or unlocked for the purpose controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavior rules and expectations.

Was the youth placed in BMI?   Yes   No

| ACTION | Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|---|
| Behavior Management Isolation (BMI) | | | | |

Shift Supervisor Approved:   Yes   No          Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## Witness Statement (Youth/Staff)

| Name: Sr Ofc Bouldin | Youth: | Staff: X | Date: 01/17/2014 0750 |
|---|---|---|---|

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Be as specific as possible)

On the above date and time, I Senior Officer Bouldin while stationed in the school in Dr Bolls class asked Mrs Frelix to hold my position in school while I went to Central Control to get the court list. While in Central Control I was notified by Officer Sturghill that something was going on with the females residents. At this time I returned to the school to notify Mrs Frelix that she was needed by Officer Sturghill for a situation going on with the female residents.

Signature [signed]    Date 1-17-14