**Honorable Daniel P Jordan III**
**Chief Judge, US District Court**
**Jackson Mississippi 39201**

**RE: J.H ET AL, VS Hinds County Mississippi, 3:CV00327 DPJ-FKB (Dr. Boesky's Mental Health reports)**

**August 16, 2018**

Dear Judge Jordan,

On July 26-27, 2018, a preliminary review was conducted on the status of the Henley Young Juvenile Justice Center. Prior to this review, on July 23-26, 2018, Dr. Lisa Boesky visited Henley Young to provide consultation which focused on mental health and behavioral health policies and procedures. During this visit a status hearing was held before you, Chief Judge Daniel P Jordan III on the progress being made at Henley Young. It should be noted that stakeholders involved in this meeting were present for this hearing including Dr. Boesky and me. It should also be noted that the County has made significant progress since entering this consent decree in March of 2012.

The facility although complemented for the progress being made as stated in my previous reports is now transitioning from a short-term juvenile facility to a short-term/long-term juvenile facility, which now houses long-term juveniles charged as adults (JCAs). Attached are the most recent reports based on Dr. Boesky's review of the facility. In addition to the reports I have attached the table of content of the policies and procedures that were provided to all parties in October of 2017.

These policies have an asterisk (*) which denote policies that are in need of approval, revision, signature or policies that are still in draft form. I have also attached the table of content of the policy and procedure manual from Quality Correctional Healthcare related to medical operations, which Dr. Ngozi Ezike will be reviewing during her visit on August 15 and 16 2018. Additionally, Carol Cramer-Brooks will be at the facility reviewing the educational processes this week with Dr. Ezike. Based on our discussion and the directive from the court there was an immediate revision of the confinement policy to comport with the consent decree. The next progress hearing has been scheduled for November 1, 2018.

Sincerely

*[signature]*

Leonard B Dixon
Court monitor
Attachments'

M.H provisions mental health services review

M.H. service review

Henley Young table of content policy and procedures/Quality correctional healthcare table of content