# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| J.H., et al., | |
| Plaintiffs, | Civil Action No. |
| v. | 3:11-cv-327-DPJ-FKB |
| HINDS COUNTY, MISSISSIPPI, | |
| Defendant. | |

## ORDER REQUIRING DEFENDANTS TO SELECT AND APPROVE AN APPROACH TO ADDRESS THE NEED FOR ADDITIONAL PROGRAMMING SPACE AT HENLEY-YOUNG JUVENILE JUSTICE CENTER WITHIN 90 DAYS

Before this Court is the Third Amended Consent Decree ("Consent Decree") in *J.H., et al. v. Hinds Cty., Miss*. Third Am. Consent Decree, Apr. 3, 2019, ECF No. 145. The Consent Decree requires that Defendants timely select an approach to address the outstanding need for additional programming space at Henley-Young Juvenile Justice Center. This Court, in its discretion to ensure its decrees are followed, issues this order *sua sponte*. *See U.S. v. Alcoa*, 533 F.3d 278, 286 (5th Cir. 2008) (citing *Cook v. Ochsner Foundation Hosp*., 559 F.2d 270, 272 (5th Cir. 1977)); *see also Jackson v. Whitman*, 642 F. Supp. 816, 826-27 (W.D. La. 1986) (entering remedial relief to ensure compliance with a Court's order is within a Court's discretion).

**IT IS THEREFORE ORDERED AND ADJUDGED** as follows:

1.  Defendants must select an approach to address the need for additional programming space within 90 days of issuance of this order.

2.  The selected approach must adequately address anticipated increased staffing needs, if any, associated with additional programming space.

1

3. Defendants must provide Plaintiffs and the expert the opportunity to review and provide comments on the approach prior to final approval by the Hinds County Board of Supervisors.

**SO ORDERED** this 4th day of November, 2019.

　/s/ F. Keith Ball　
UNITED STATES MAGISTRATE JUDGE