UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| J.H. AND<br>DISABILITY RIGHTS MISSISSIPPI<br><br>Plaintiffs,<br><br>v.<br><br>HINDS COUNTY, MISSISSIPPI,<br><br>Defendant. | Civil Action No.<br>3:11-CV-327-DPJ-FKB |

ORDER EXTENDING THIRD AMENDED CONSENT DECREE

Before this Court is the Third Amended Consent Decree ("Consent Decree") in *J.H., et al. v. Hinds Cty., Miss*. Third Am. Consent Decree [145] (Apr. 3, 2019). The Consent Decree includes a Corrective Action Plan ("CAP") that requires Defendants to engage Expert Anne Nelsen to provide technical assistance and verify implementation of all Consent Decree provisions at Henley-Young Juvenile Justice Center. Defendants are making attempts to comply with the Consent Decree, however, they acknowledge that more time is necessary to reach substantial compliance in all areas governed by the Consent Decree. In light of the Parties' acknowledgment that substantial compliance cannot be achieved by March 28, 2021, this Court, in its discretion to ensure its decrees are followed, issues this order *sua sponte*. *See U.S. v. Alcoa*, 533 F.3d 278, 286 (5th Cir. 2008) (citing *Cook v. Ochsner Foundation Hosp.*, 559 F.2d 270, 272 (5th Cir. 1977)); *see also Jackson v. Whitman*, 642 F. Supp. 816, 826–27 (W.D. La. 1986) (entering remedial relief to ensure compliance with a Court's order is within a Court's discretion).

**IT IS THEREFORE ORDERED AND ADJUDGED** as follows:

The Consent Decree, which is attached hereto as Exhibit A, will be extended for two years, up to and including March 28, 2023, and will be referred to as the Extended Third Amended Consent Decree. The Consent Decree, however, shall not preclude Defendants from making a submission to the Court that they have come into compliance under the Consent Decree prior to March 28, 2023. This Court shall consider such a submission at that time.

**SO ORDERED AND ADJUDGED** this the 2nd day of April, 2021.

s/ <em>Daniel P. Jordan III</em><br>CHIEF UNITED STATES DISTRICT JUDGE