# Exhibit A-1

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

Supervisor Incident Report Checklist

## CHECKLIST

EACH INCIDENT REPORT WRITTEN WILL REQUIRE SUPERVISORS TO COMPLETE THE CHECKLIST. IF STAFF ANSWER NO TO ANY QUESTION, THE SUPERVISOR SHALL PERFORM A CORRECTIVE ACTION FOR STAFF TO CORRECT ANY ISSUE(S) WITH THE SUBMITTED REPORT BEFORE SUBMITTING TO ADMINISTRATION.

Resident Name: ███████████████  Date of Incident: 10/9/21

1. Did staff accurately state the who, what, when, and where in narrative? ☑Yes ☐No
2. Was verbal de-escalation used to de-escalate the situation? ☐Yes ☐No ☑N/A
3. Is verbal de-escalation documented in the report? ☐Yes ☐No ☑N/A
4. Was the nurse notified? ☐Yes ☑No ☐N/A (If yes, attach medical report)
5. Checked for spelling, grammar and adequate details? ☑Yes ☐No
6. All sections filled out completely? ☑Yes ☐No (If no, please send report back for corrections)
7. Was force used? ☐Yes ☑No   If yes, state techniques used

8. Did staff thoroughly document all use of force techniques used? ☐Yes ☐No ☑N/A
9. Was Mental Health notified time of incident? ☐Yes ☑No
10. Youth Support Specialists notified time of incident? ☐Yes ☑No
11. Did staff properly document the use of mechanical restraints? ☐Yes ☐No ☑N/A
12. All staff involved submitted a report? ☑Yes ☐No

## COMMENTS

Supervisor Signature: Erin Dorsey   Date: 10/12/21

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| | |
|---|---|
| (1) Resident Name: ███ | (2) Resident Name: ███ |
| (3) Resident Name: | Date of Occurrence: October 9, 2021 |
| Time of Occurrence: 11:00 a.m. | Time of Report: 3:00 p.m. |
| Person Reporting: Brenda Frelix | Location of Incident: JFK Pod |
| Type of Incident/Infraction Code: Report of Assault | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On October 11, 2021 at approximately 11:00 a.m. during individual session with ███ she stated "I'm gonna go ahead and tell you something". I stated "what do you have to tell me ███. ███ then informed me that she and ███ was in the visitation room on Saturday, October 9, 2021 and ███ kept touching on her, taking her puzzle book and sitting in her lap. ███ stated she asked ███ to stop bothering her. ███ stated ███ continued to bother her which was irritating. ███ stated that after ███ would't stop she grabbed ███ around the neck and choked ███ out. ███ stated that she became scared because she saw ███ eyes roll back in her head. I asked ███ why she didn't inform staff of what was happening, ███ stated there was not a staff available at the time. I finished the session with ███ and informed Operations Manager Eddie Burnside of what ███ had reported to me.

Staff Signature: *Brenda Frelix*  Date: October 11, 2021

| | |
|---|---|
| Incident result in injury to resident? ☐ Yes ☒ No | Incident result in Injury to staff? ☐ Yes ☒ No |
| If yes, was treatment received? ☐ Yes ☐ No ☒ N/A | |
| Restraints used on resident #1, #2, or #3? ☐ Yes ☒ No | For how long? |
| If so, what kind of restraints? Choose an item. | |

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Qualified Mental Health Professional | Brenda Frelix | QMHP |

**EVENTS LEADING TO THE INCIDENT** (place an (X) by the appropriate event)
- ☐ Searches
- ☐ Assault on staff
- ☐ Assault on a resident
- ☒ Non-compliance
- ☐ Court appearance
- ☐ Moving to another room
- ☐ Other:

**THE CIRCUMSTANCE WHY FORCE WAS USED** (place an (X) by the appropriate event)
- ☐ Preventing injury to self
- ☐ Preventing injury to staff
- ☐ Preventing injury to other resident
- ☐ Preventing damage to property
- ☐ Preventing an escape
- ☒ Other:

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT

Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC?   ☐ Yes   ☒ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| | | | |

Shift Supervisor Approved EBMC?   ☐ Yes   ☐ No         Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## Witness Statement

| Name: Tamika Barber | Youth: ☐ | Staff: ☒ | Date: 10/11/21 | Time: approx. 1706 hrs |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. **Be as specific as possible**)

On Oct. 11, 2021 at approximately 1706 hrs. I, YSS Barber went to talk with ▮▮▮▮▮ regarding what Ms. Frelix had told me about her choking another resident. When asked about the incident ▮▮▮▮▮ asked me how did I know and inquired if I, YSS Barber had seen the tape. I, YSS Barber replied that I had not but wanted to know what happened. ▮▮▮ said she and ▮▮▮▮▮ was in the visitation room and ▮▮▮ was working her crossword puzzle. ▮▮▮▮▮ kept messing with her by pulling off ▮▮▮ bonnet and putting it in her shirt. ▮▮▮ got her bonnet out ▮▮▮▮▮ shirt. ▮▮▮▮▮ then placed ▮▮▮ crossword book in her shirt, she got her crossword puzzle out ▮▮▮▮▮ shirt. ▮▮▮▮▮ sat on ▮▮▮ lap and ▮▮▮ made her move. ▮▮▮ was tired of ▮▮▮▮▮ agitating her so she said she choked her; when she saw her eyes roll back she let her go because she was scared. YSS Barber asked why she didn't tell an adult and she said no one was around. During our conversation I motioned my hands as if she choked her with two hands around the neck and that is when she illustrated how she choked ▮▮▮▮▮▮▮▮▮▮▮ YSS Barber told her that she has to keep her hands to herself and can't go around choking people because anything could have happened.

End of Report

Signature: *Tamika Barber*    Date: 10/13/21

██████████ Statement

the girl keep sitting on my lap she keep taking my bracelet OFF and taking my bows and putting it in her breast he keep putting her elbow on my shoulder I keep moving her to her seat I keep telling her to move she just keep doing to much and aggravating me. Then I just choke her to get her to stop because she wasn't listening after I keep telling her to stop then after I choke her she got back on her seat and she got back up and came over there again about 2 times doing what she was doing again then she went over there by the door and left me alone.