# Exhibit A-2

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

Supervisor Incident Report Checklist

## CHECKLIST

**EACH INCIDENT REPORT WRITTEN WILL REQUIRE SUPERVISORS TO COMPLETE THE CHECKLIST. IF STAFF ANSWER NO TO ANY QUESTION, THE SUPERVISOR SHALL PERFORM A CORRECTIVE ACTION FOR STAFF TO CORRECT ANY ISSUE(S) WITH THE SUBMITTED REPORT BEFORE SUBMITTING TO ADMINISTRATION.**

Resident Name: ███████████████         Date of Incident: 11/21/21

1. Did staff accurately state the who, what, when, and where in narrative?  ☑Yes  ☐No
2. Was verbal de-escalation used to de-escalate the situation?  ☑Yes  ☐No  ☐N/A
3. Is verbal de-escalation documented in the report?  ☑Yes  ☐No  ☐N/A
4. Was the nurse notified?  ☐Yes  ☑No  ☐N/A  (If yes, attach medical report)
5. Checked for spelling, grammar and adequate details?  ☑Yes  ☐No
6. All sections filled out completely?  ☑Yes  ☐No  (If no, please send report back for corrections)
7. Was force used?  ☐Yes  ☑No   If yes, state techniques used
   _____
8. Did staff thoroughly document all use of force techniques used?  ☐Yes  ☐No  ☑N/A
9. Was Mental Health notified time of incident?  ☑Yes  ☐No
10. Youth Support Specialists notified time of incident?  ☐Yes  ☑No
11. Did staff properly document the use of mechanical restraints?  ☐Yes  ☐No  ☑N/A
12. All staff involved submitted a report?  ☑Yes  ☐No

## COMMENTS

_____
_____
_____
_____
_____
_____

Supervisor Signature: _Eru Dorsey_    Date: 11/21/21

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| | |
|---|---|
| (1) Resident Name: ▮ | (2) Resident Name: |
| (3) Resident Name: | Date of Occurrence: 11-21-21 |
| Time of Occurrence: 5:02 P.M. | Time of Report: 5:14 p.m. |
| Person Reporting: Eddie Burnside (Operations Manager) | Location of Incident: Non-Contact |
| Type of Incident/Infraction Code: Attempted Suicide | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On 11-21-21 at 4:30 p.m., I recieved a phone call from second shift Senior Youth Care Professional Angela Brown stating she was not feeling well and needed to leave the facility. After recieving this call, I immediately came to the facility to relieve Mrs Brown by supervising the remainng three staff members and the Central Control Tower. When I arrived at the facility, I was informed by YCP Sims that I needed to place ▮ in the none contact visitation room because his suicide status required a one to one supervision and he refusing to wear the required suicide smock. I advised YCP Sims to escort ▮ to the non-contact visitation room for observation. When ▮ reached the non-contact visitation room, I asked him several times to remove his facilty issued uniform and put on the required suicide smock. ▮ continued to refuse my commands. At this time I asked ▮ to have a seat on his mat and I sat in the doorway of the non-contact visitation room to continue the one to one supervision. While sitting in the doorway, I made several phone calls to staff members requesting assistance to cover the remaining hours of the second shift. Senior Youth Care Professional Quannaha Blue agreed to come in and work the Central Control Tower while I continue the one to one supervision with ▮ As I waited for Mrs. Blue to arrive, I sat in the doorway of the Central Control Tower where I could still see ▮ While watching ▮ through the glass window, i noticed him taking off his shirt and trying to placing it around his neck and attempting to tie it. At this time I immediately ran to the none contact visitation door and removed the shirt from ▮ neck with little to no effort. After I removed the shirt from ▮ I notified Mrs. Drake( QMHP) to informed her of the the attempt and my intenion to get ▮ to put on a suicide smock. After several verbal attempts to get ▮ to put on a suicide smock, he finally agreed and without any resisant ▮ put on a suicide smock. I contiued to supervise ▮ until the bedtime period and at that point YCP Kyles assume the responsilbity of the one to one supervision on the Ossie Davis housing unit . No medical attention was needed due to me removing the shirt from around his neck before he was able to tighten it.

| | |
|---|---|
| Staff Signature: *Eddie Burnside* | Date: 11-21-21 |
| Incident result in injury to resident? ☐ Yes ■ No | Incident result in Injury to staff? ☐ Yes ■ No |
| If yes, was treatment received? ☐ Yes ☐ No ■ N/A | |
| Restraints used on resident #1, #2, or #3? ☐ Yes ■ No | For how long? |
| If so, what kind of restraints? Choose an item | |

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| QMHP | Brenda Drake | Notification |
| | | |
| | | |
| | | |

| EVENTS LEADING TO THE INCIDENT (place an (X) by the appropriate event) | | THE CIRCUMSTANCE WHY FORCE WAS USED (place an (X) by the appropriate event) | |
|---|---|---|---|
| Searches | ☐ | Preventing injury to self | ☐ |
| Assault on staff | ☐ | Preventing injury to staff | ☐ |
| Assault on a resident | ☐ | Preventing injury to other resident | ☐ |
| Non-compliance | ☐ | Preventing damage to property | ☐ |
| Court appearance | ☐ | Preventing an escape | ☐ |
| Moving to another room | ☐ | Other: | ☐ |
| Other: | ■ | | |

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT
Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC?   ☐ Yes   ☐ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| | | | |

Shift Supervisor Approved EBMC?   ☐ Yes   ☐ No          Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## Witness Statement

| Name: ▮ | Youth: ☒ | Staff: ☐ | Date: 11/21/2021 Time: 5:14 p.m. |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. **Be as specific as possible**)

On Sunday, November 21, 2021 at approximately 5:14 p.m. after I, QMHP Brenda Drake had left Henley Young from completing a suicide re-assessment on ▮ I received a telephone call from Operations Manager Mr. Eddie Burnside stating that ▮ had tied a shirt around his neck. Mr. Burnside stated that he was able to get the shirt from around ▮ neck. I asked Mr. Burnside if ▮ was alright and he stated "yes". Mr. Burnside asked me if ▮ is supposed to be in a suicide smock and I sated "Yes". Mr. Burnside stated that he will have ▮ put the suicide smock on. I informed Mr. Burnside that I will speak with ▮ tomorrow.

Signature: *Brenda Drake, LPC-S, BC-TMH, NCC*    Date: 11/21/21 5:14p.m.

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## SHIFT REPORT

Before the end of each shift, shift supervisors shall complete the shift report documenting the shifts daily activities. This is mandatory for all shift supervisors. **A completed shift report shall be forwarded to the facility's Executive Director as well as the Operations Manager.**

### DAILY SHIFT REPORT

Shift: **Bravo Shift** (3 p.m. –11 p.m.)   Date: 11-21-21

Supervisor on Duty: _____ / _____ / _____

| OPEN COUNT 31 | | CLOSING COUNT 31 | |
|---|---|---|---|
| MALES/JCAA MALES | FEMALES | MALES/JCAA MALES | FEMALES |
| 0 / 8 | 5HY / 2JCA | 6 / 8 | 5HY / 2JCA |

### POST ASSIGNMENT

Central Control: Burnside / Blue   Intake: _____
Walter Payton: Sims /
Ossie Davis: Kyles /
J.F.K.: James /
Harriet Tubman: _____

### OFF DUTY OFFICERS

EA: R. Mallard / Young /
PL: R. Matt / Ellis /
SL: _____

Call in/No Shows:

_____ / _____ / _____ / _____ / _____

Comments: 17:11 1700 Blue entered for duty ; 1900 A. Brown (H-7) entered.

_____

### MEDICAL

Juveniles refused for medical reason(s) prior to admission because of alleged injury, or sickness:

_____ / _____
_____ / _____

Juveniles returned to the facility by arresting transporting agency after receiving medical treatment:

_____ / _____
_____ / _____

Number of residents escorted to medical for assessment, treatment, injuries and/or sickness: _____
Number of residents transported to outside facilities for medical/mental health reasons: _____

### EDUCATION

Number of resident attending school: _____
Number of resident not attending school: N/A
Reason each child did not attend school: _____

## RESIDENT SUPERVISION

State all residents placed on suicide watch including date/time.

1. ▇▇▇▇▇▇▇▇  2. _____  3. _____  4. _____

Date/Time: 11-18-21/0952   Date/Time: _____   Date/Time: _____   Date/Time: _____

How many incidents occurred: 1    Reports written on all incidents? _____, if no, state reason why a report was not written. _____

## INTAKE

| BOOKED | PARENT(S) CONTACTED | RELEASED |
|---|---|---|
| 1. | | 1. |
| 2. | | 2. |
| 3. | | 3. |
| 4. | | 4. |
| 5. | | 5. |
| 6. | | 6. |
| 7. | | 7. |
| 8. | | 8. |
| 9. | | 9. |
| 10. | | 10. |
| 11. | | 11. |
| 12. | | 12. |

## SUPERVISOR STAFF MEETING

Topic of discussion: _____

Supervisor's Signature: _Juanita Blue_    Date: 11-21-21