# Exhibit A-3

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| | |
|---|---|
| (1) Resident Name: ALL OF WALTER PAYTON | (2) Resident Name: |
| (3) Resident Name: | Date of Occurrence: 11/23/21 |
| Time of Occurrence: 09:45 | Time of Report: 08:25 |
| Person Reporting: Mr. James Collins | Location of Incident: WALTER PAYTON |
| Type of Incident/Infraction Code: ACTING UP WITH OTHER RESIDENT | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On the date and time above, I (SYCP Collins) was called to Walter Payton for a disturbance call. Once getting to the pod I was told that all the residents were trying to fight ▓▓▓▓▓▓▓▓▓▓▓▓. So myself and SYCP Marshall told YCP Mcghee to put everyone up because we were in a class and we were short on officers. All residents were put up and we went back to class and no one had to see medical or Mental Health.

Staff Signature: /s/ James Collins     Date: 11/23/21

Incident result in injury to resident? ☐ Yes ☒ No
Incident result in Injury to staff? ☐ Yes ☒ No
If yes, was treatment received? ☐ Yes ☐ No ☒ N/A
Restraints used on resident #1, #2, or #3? ☐ Yes ☒ No     For how long?
If so, what kind of restraints? Choose an item

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| SYCP | Mr. James Collins | on duty |
| SYCP | Marshall | ON DUTY |
| ycp | mCGHEE | ON DUTY |

**EVENTS LEADING TO THE INCIDENT** (place an (X) by the appropriate event)
- ☐ Searches
- ☐ Assault on staff
- ☐ Assault on a resident
- ☐ Non-compliance
- ☐ Court appearance
- ☐ Moving to another room
- ☒ Other:

**THE CIRCUMSTANCE WHY FORCE WAS USED** (place an (X) by the appropriate event)
- ☐ Preventing injury to self
- ☐ Preventing injury to staff
- ☐ Preventing injury to other resident
- ☐ Preventing damage to property
- ☐ Preventing an escape
- ☐ Other:

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT
Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC?    ☐ Yes   ☒ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| | | | |

Shift Supervisor Approved EBMC?    ☐ Yes   ☒ No      Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## Witness Statement (Youth/Staff)

| Name: Supervisor Marshall | Youth: ▮ | Staff: | Date 11/23/2021 |
|---|---|---|---|

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. **Be as specific as possible**)

On Tuesday November 23, 2021 approximately 0945 I Youth Care Supervisor Kenneth Marshall was in a training section in the Multi Purpose Room. Youth Care Professional Tisha Mallard entered to informed me that I was needed on Walter Payton unit. I Marshall alone with Senior Youth Care Professional James Collins exited the MPR and proceeded to Walter Payton unit. Upon our entry Youth Care Professional Christopher Magee informed Collins and I that several residents on the unit entered ▮▮▮▮ room and took his snacks. Collins and I ordered all residents to go to their rooms until the training section was completed. The training section was completed at 1000 hours and the resident was let out of their rooms.

Signature _Kenneth Marshall_   Date 11/23/2001

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## Witness Statement

| Name: Michael Caples | Youth: ☐ | Staff: ☒ | Date: 11/23/21  Time: 2:45 p.m. |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. **Be as specific as possible**)

On 11/23/21, at approximately 1445 p. m., I QMHP, M. Caples met with ▮▮▮▮▮ per his request. Per ▮▮▮▮▮ at approximately 9:45 a.m., residents on POD A (with the exception of ▮▮▮▮▮ entered his room threatening to jump him if he didn't give up his snacks. ▮▮▮▮▮ report he didn't have any snacks to give them so they became aggressive towards him by tearing up his room (throwing food, milk, and water at/on him). According to ▮▮▮▮▮ he made several attempts to exit his room in fear of his safety but was not allowed by the other residents who were standing in his room, and at his door. Per ▮▮▮▮▮ SYCP Collins, and Marshall arrived to break up the situation, and everyone was put on lock down. ▮▮▮▮▮ report he does not feel safe on POD A and has requested to be moved. A written statement was submitted by ▮▮▮▮▮ see attached. End of Report.

Signature: /s/ Michael Caples, PQX     Date: 11/23/21

A-pod

9:45

everybody except ▓▓▓▓▓

they throw stuff at me

Food, water, and milk

they was say they gone jump me if I didnt give them my snacks

nobody was on pod

magee was assigned to the pod

when I try to leave my room they push me back in my room

marshall and collins came to get them out my room then we all locked up at 10:00 till now

magee bought the broom to me to clean up my room

I didnt report it but I reported it to my therapist

nobody ask me was I was ok or wat happen

I feel threathend

▓▓▓▓▓      11/23/21

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

SHIFT REPORT

Before the end of each shift, shift supervisors shall complete the shift report documenting the shifts daily activities. T is mandatory for all shift supervisors. A completed shift report shall be forwarded to the facility's Executive Director well as the Operations Manager.

## DAILY SHIFT REPORT

Shift: Alpha Shift (7 a.m. –3 p.m.)   Date: 11-23-21

Supervisor on Duty: Bouldin / Collins / Marshall /

| OPEN COUNT 30 | | CLOSING COUNT 27 | |
|---|---|---|---|
| MALES/JCAA MALES | FEMALES | MALES/JCAA MALES | FEMALES |
| 6 / 18 | 4HY/2JCA | 6 / 18 | 1HY/2JCA |

## POST ASSIGNMENT

Central Control: Blue         Intake: T. Mallard          / Davis (laundry)
Walter Payton:  McGee       /                /
Ossie Davis:    Sims         /                /
J.F.K.:         Waits        /                /
Harriet Tubman: Gatewood     /                /

## OFF DUTY OFFICERS

EA: Hamilton / Waddell / / / / /
PL: / / / / / /
SL: / / / / / /
Call in/No Shows:
/ / / / / /

Comments: Note: Sallyport exit door is not working properly. If incase it comes up leave it up per Frazier. Also leave Sallyport entrance open.
Bouldin exited

## MEDICAL

Juveniles refused for medical reason(s) prior to admission because of alleged injury, or sickness:

/ /
/ /

Juveniles returned to the facility by arresting transporting agency after receiving medical treatment:

/ /
/ /

Number of residents escorted to medical for assessment, treatment, injuries and/or sickness: 6
Number of residents transported to outside facilities for medical/mental health reasons: 0

## EDUCATION

Number of resident attending school: _____
Number of resident not attending school: _____ Holiday Break
Reason each child did not attend school:

## RESIDENT SUPERVISION

State all residents placed on suicide watch including date/time.

1. Re| 11-23-21 @ 1010   JB   2. ▮▮▮▮▮   Rel. 11-23-21 @   3. _____   4. _____

Date/Time: 11-22-21/1220   Date/Time: 11-18-21/0952   Date/Time: _____   Date/Time: _____

How many incidents occurred: _____   Reports written on all incidents? _____, if no, state reason why a report was not written. _____

## INTAKE

| BOOKED | PARENT(S) CONTACTED | RELEASED |
|---|---|---|
| 1. | | 1. ▮▮▮▮▮ |
| 2. | | 2. ▮▮▮▮▮ |
| 3. | | 3. |
| 4. | | 4. |
| 5. | | 5. |
| 6. | | 6. |
| 7. | | 7. |
| 8. | | 8. |
| 9. | | 9. |
| 10. | | 10. |
| 11. | | 11. |
| 12. | | 12. |

## SUPERVISOR STAFF MEETING

Topic of discussion: _____

Supervisor's Signature: *Hannah Blue*

Date: 11-23-21