# Exhibit A-4

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

Supervisor Incident Report Checklist

## CHECKLIST

EACH INCIDENT REPORT WRITTEN WILL REQUIRE SUPERVISORS TO COMPLETE THE CHECKLIST. IF STAFF ANSWER NO TO ANY QUESTION, THE SUPERVISOR SHALL PERFORM A CORRECTIVE ACTION FOR STAFF TO CORRECT ANY ISSUE(S) WITH THE SUBMITTED REPORT BEFORE SUBMITTING TO ADMINISTRATION.

Resident Name: [redacted]   Date of Incident: 2-5-22

1. Did staff accurately state the who, what, when, and where in narrative? ☑Yes ☐No
2. Was verbal de-escalation used to de-escalate the situation? ☑Yes ☐No ☐N/A
3. Is verbal de-escalation documented in the report? ☑Yes ☐No ☐N/A
4. Was the nurse notified? ☐Yes ☐No ☑N/A (If yes, please attach medical report)
5. Checked for spelling, grammar and adequate details? ☑Yes ☐No
6. All sections filled out completely? ☑Yes ☐No (If no, please send report back for corrections)
7. Was force used? ☐Yes ☑No   If yes, state techniques used _____

8. Did staff thoroughly document all use of force techniques used? ☐Yes ☐No ☑N/A
9. Was Mental Health notified? ☑Yes ☐No ☐N/A
10. Youth Support Specialists notified? ☐Yes ☐No ☑N/A
11. Did staff properly document the use of mechanical restraints? ☐Yes ☐No ☑N/A
12. All staff involved submitted a report? ☑Yes ☐No

## COMMENTS

_____
_____
_____
_____
_____
_____

Supervisor Signature: _____   Date: _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

(1) Resident Name: 
(2) Resident Name: 
(3) Resident Name: 
Date of Occurrence: 
Time of Occurrence: 1330
Time of Report: 1534
Person Reporting: YCP Jalisa Smith
Location of Incident: Harriet Tubman(Dpod)
Type of Incident/Infraction Code: refusal to lockdown

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On February 5. 2022 at approx. 1330 YCP Tamicia Hamilton came to the Dpod door and told me that a code yellow had been called due to a fight on APod. and SYCP Tabetha Bouldin said to lock everyone down. Since I didn't hear the code yellow on my radio, I called SYCP Tabetha Bouldin to confirm. I instructed the Dpod boys to go up and lock down. They all refused. I asked the 2 more times and they still refused. They stated "It's no disrespect to you Officer Smith, but we aint going up. It's not fair. We aint even did nothing." At approx. 1340, I called SYCP Tabetha Bouldin on radio and informed her that the Dpod males were refusing to go up. She stated "Okay, we'll be down there in a minute." At 1345, _____ got up and closed everyone's doors so that they couldn't go in. At approx. 1400, SYCP Tabetha Bouldin came on the unit and asked "who all is refusing to go up?". I, YCP Jalisa Smith responded "They all are". She then responded "That's fine. They don't have to go up. We'll just let the judge know. Then 4 of the 7 Dpod males(_____) went and stood by their doors. Myself(YCP Jalisa Smith) and SYCP Tabetha Bouldin unlocked their rooms and let them in. At this point, _____ still refused to go up. At approx. 1403, SYCP Bouldin instructed YCP Tamicia Hamilton to run and get the handcuffs and shackles. 1405, _____ got up and went and stood by his door. YCP Chris Griffin unlocked his cell and let him in. _____ still refused to go up. They became irate and they ran upstairs and started kicking doors and ran inside 2 rooms. Approx. 1430 SYCP Tabetha Bouldin came on the unit they would be getting moved back down to Apod if they didn't comply. They eventually calmed down, complied, and went in their rooms.

*[margin note: cell → Rooms]*

Staff Signature: [signed]     Date: 2/5/2022
Incident result in injury to resident? ☐ Yes  ■ No
Incident result in Injury to staff? ☐ Yes  ■ No
If yes, was treatment received? ☐ Yes  ☐ No  ■ N/A
Restraints used on resident #1, #2, or #3? ☐ Yes  ■ No    For how long?
If so, what kind of restraints? Choose an item

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| YCP | Jalisa Smith | on duty |
| SYCP | Tabetha Bouldin | on duty |
| YCP | Tamicia Hamilton | on duty |
| YCP | Chris Griffin | on duty |

**EVENTS LEADING TO THE INCIDENT** (place an (X) by the appropriate event)
- Searches ☐
- Assault on staff ☐
- Assault on a resident ☐
- Non-compliance ☑
- Court appearance ☐
- Moving to another room ☐
- Other: ☐

**THE CIRCUMSTANCE WHY FORCE WAS USED** (place an (X) by the appropriate event)
- Preventing injury to self ☐
- Preventing injury to staff ☐
- Preventing injury to other resident ☐
- Preventing damage to property ☐
- Preventing an escape ☐
- Other: ☐

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT
Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC?   ☐ Yes  ■ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| 2/5/2022 | 1400 | | |

Shift Supervisor Approved EBMC?   ☐ Yes  ■ No     Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

(1) Resident Name: ▮
(2) Resident Name: ▮
(3) Resident Name: ▮
Date of Occurrence: 12-5-2021
Time of Occurrence: 1405
Time of Report: 1500
Person Reporting: SYCP Tabetha Bouldin
Location of Incident: Harriet Tubman (Dpod)
Type of Incident/Infraction Code: Refusal to lockdown

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On 12-5-2021 at approximately 1340 I SYCP Tabetha Bouldin received a call on the radio. YCP Jalisa Smith informing me that the males on D-Pod was refusing to lock up due to the fight on the Rec Yard. I SYCP Bouldin told YCP Smith im in route to you once entering the unit Harriet Tubman. I asked YCP Smith "who all is refusing to go up" and YCP Smith said all of them. I SYCP Bouldin said thats fine we will let the judge know and Mr. Crisler about there behavior and non compliance. At approx. 1403, I SYCP Bouldin instructed YCP Hamilton to go retrieve the handcuffs and shackles due to ▮ kicking doors. At 1405 YCP Griffith started using verbal commutation with the residents to enter their rooms. YCP Griffith unlocked ▮ door he entered with no problems. I SYCP Bouldin started verbal commutation with ▮ if the residents didn't want to comply and enter the rooms they will be moved back to A-pod unit. They eventually calmed down and went in their rooms and apologizing as well.

Staff Signature: _Tabetha Bould_
Date: 12-5-2021

Incident result in injury to resident? ☐ Yes  ☒ No
Incident result in Injury to staff? ☐ Yes  ☒ No
If yes, was treatment received? ☒ Yes  ☐ No  ☒ N/A
Restraints used on resident #1, #2, or #3? ☐ Yes  ☒ No
For how long?
If so, what kind of restraints? Choose an item

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Youth Care Professional | ▮ | On Duty |
| Youth Care Professional | Jalisa Smith | On Duty |
| Youth Care Professional | Chris Griffith | On Duty |
| Senior Youth Care Professional | SYCP Bouldin | On Duty |

| EVENTS LEADING TO THE INCIDENT (place an (X) by the appropriate event) | | THE CIRCUMSTANCE WHY FORCE WAS USED (place an (X) by the appropriate event) | |
|---|---|---|---|
| Searches | ☐ | Preventing injury to self | ☐ |
| Assault on staff | ☐ | Preventing injury to staff | ☐ |
| Assault on a resident | ☐ | Preventing injury to other resident | ☐ |
| Non-compliance | ☒ | Preventing damage to property | ☐ |
| Court appearance | ☐ | Preventing an escape | ☐ |
| Moving to another room | ☐ | Other: | ☐ |
| Other: | ☐ | | |

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT

Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC? ☐ Yes  ☒ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| 2-5-22 | 1435 | | |

Shift Supervisor Approved EBMC? ☐ Yes  ☒ No    Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| | |
|---|---|
| (1) Resident Name: [redacted] | (2) Resident Name: [redacted] |
| (3) Resident Name: [redacted] | Date of Occurrence: 12-5-2021 |
| Time of Occurrence: 1405 | Time of Report: 1500 |
| Person Reporting: YCP Christopher Griffith | Location of Incident: Harriet Tubman (Dpod) |
| Type of Incident/Infraction Code: Refusal to lockdown | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On 12-5-2021 at approximately 1405 I YCP Christopher Griffith was called to Harriet Tubman (Dpod) due to residents didnt want to comply with YCP Smith and SYCP Bouldin. After asking them multiple times to go their rooms. I YCP Griffith started verbal commutation with the residents and once i opened the door to [redacted] room and he entered with with no problem. [redacted] still didnt want to enter their rooms.

Staff Signature: [signature]   Date: 12-5-2021

| | |
|---|---|
| Incident result in injury to resident? ☐ Yes ■ No | Incident result in Injury to staff? ☐ Yes ■ No |
| If yes, was treatment received? ■ Yes ☐ No ■ N/A | |
| Restraints used on resident #1, #2, or #3? ☐ Yes ■ No | For how long? |
| If so, what kind of restraints? Choose an item | |

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Youth Care Professional | [redacted] | On Duty |
| Youth Care Professional | Jalisa Smith | On Duty |
| Youth Care Professional | Chris Griffith | On Duty |
| Senior Youth Care Professional | SYCP Bouldin | On Duty |

| EVENTS LEADING TO THE INCIDENT (place an (X) by the appropriate event) | | THE CIRCUMSTANCE WHY FORCE WAS USED (place an (X) by the appropriate event) | |
|---|---|---|---|
| Searches | ☐ | Preventing injury to self | ☐ |
| Assault on staff | ☐ | Preventing injury to staff | ☐ |
| Assault on a resident | ☐ | Preventing injury to other resident | ☐ |
| Non-compliance | ☑ | Preventing damage to property | ☐ |
| Court appearance | ☐ | Preventing an escape | ☐ |
| Moving to another room | ☐ | Other: | ☐ |
| Other: | ☐ | | |

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT

Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC?   ☐ Yes   ■ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| | 1435 | | |

Shift Supervisor Approved EBMC?   ☐ Yes   ■ No   Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## SHIFT REPORT

Before the end of each shift, shift supervisors shall complete the shift report documenting the shifts daily activities. This is mandatory for all shift supervisors. **A completed shift report shall be forwarded to the facility's Executive Director as well as the Operations Manager.**

### DAILY SHIFT REPORT

Shift: **Alpha Shift** (7 a.m. –3 p.m.)   Date: 2-5-22

Supervisor on Duty: Bouldin

| OPEN COUNT 32 | | | CLOSING COUNT 32 | |
|---|---|---|---|---|
| MALES/JCAA MALES | FEMALES | | MALES/JCAA MALES | FEMALES |
| 4 / 26 | 1 HY / 1 JCA | | 4 / 26 | 1 HY / 1 JCA |

### POST ASSIGNMENT

Central Control: Bouldin   Intake: Waits
Walter Payton: McGee / Griffith
Ossie Davis: Pickett
J.F.K: Hamilton
Harriet Tubman: Smith

### OFF DUTY OFFICERS

EA: Marshall / Blue / Collins / Davis / Mallard
PL: Gatewood

Call in/No Shows:

Comments:

### MEDICAL

Juveniles refused for medical reason(s) prior to admission because of alleged injury, or sickness:

Juveniles returned to the facility by arresting transporting agency after receiving medical treatment:

Number of residents escorted to medical for assessment, treatment, injuries and/or sickness: 25
Number of residents transported to outside facilities for medical/mental health reasons: 1

### EDUCATION

Number of resident attending school: 0
Number of resident not attending school: 
Reason each child did not attend school:

## RESIDENT SUPERVISION

State all residents placed on suicide watch including date/time.

1. _____  2. _____  3. _____  4. _____

Date/Time: _____  Date/Time: _____  Date/Time: _____  Date/Time: _____

How many incidents occurred: __2__   Reports written on all incidents? __yes__ , if no, state reason why a report was not written. _____

## INTAKE

| BOOKED | PARENT(S) CONTACTED | RELEASED |
|---|---|---|
| 1. | | 1. |
| 2. | | 2. |
| 3. | | 3. |
| 4. | | 4. |
| 5. | | 5. |
| 6. | | 6. |
| 7. | | 7. |
| 8. | | 8. |
| 9. | | 9. |
| 10. | | 10. |
| 11. | | 11. |
| 12. | | 12. |

## SUPERVISOR STAFF MEETING

Topic of discussion: _____

Supervisor's Signature: _[signed]_

Date: 2-5-22