# Exhibit A-5

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

Supervisor Incident Report Checklist

## CHECKLIST

EACH INCIDENT REPORT WRITTEN WILL REQUIRE SUPERVISORS TO COMPLETE THE CHECKLIST. IF STAFF ANSWER NO TO ANY QUESTION, THE SUPERVISOR SHALL PERFORM A CORRECTIVE ACTION FOR STAFF TO CORRECT ANY ISSUE(S) WITH THE SUBMITTED REPORT BEFORE SUBMITTING TO ADMINISTRATION.

Resident Name: [redacted]   Date of Incident: 2-5-22

1. Did staff accurately state the who, what, when, and where in narrative? ☑Yes ☐No
2. Was verbal de-escalation used to de-escalate the situation? ☑Yes ☐No ☐N/A
3. Is verbal de-escalation documented in the report? ☑Yes ☐No ☐N/A
4. Was the nurse notified? ☑Yes ☐No ☐N/A (If yes, please attach medical report)
5. Checked for spelling, grammar and adequate details? ☑Yes ☐No
6. All sections filled out completely? ☑Yes ☐No (If no, please send report back for corrections)
7. Was force used? ☑Yes ☐No If yes, state techniques used
   _CPI Child Restraint Technique_
8. Did staff thoroughly document all use of force techniques used? ☑Yes ☐No ☐N/A
9. Was Mental Health notified? ☑Yes ☐No ☐N/A  Mrs. Drake
10. Youth Support Specialists notified? ☐Yes ☐No ☑N/A
11. Did staff properly document the use of mechanical restraints? ☐Yes ☐No ☑N/A
12. All staff involved submitted a report? ☑Yes ☐No

## COMMENTS

Supervisor Signature: [signature]   Date: 2-5-22

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

**(1) Resident Name:** Apod Residents
**(2) Resident Name:**
**(3) Resident Name:**
**Date of Occurrence:** 2/5/2022
**Time of Occurrence:** 1330 pm
**Time of Report:** 1600
**Person Reporting:** SYCP Tabetha Bouldin
**Location of Incident:** Rec Yard
**Type of Incident/Infraction Code:** Fight

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On February 5th, 2022 at approximately 1330, I, SYCP Tabetha Bouldin responded to a code yellow on the Rec Yard. I SYCP Tabetha Bouldin helped by assisting to get the boys to their rooms. Once everything was under control, I notified Mr.Crisler to let him know what was going on. I, SYCP Tabetha Bouldin received a weapon by YCP Christopher Griffith and I, SYCP Tabetha Bouldin put the weapon in evidence.

**Staff Signature:** [signature]
**Date:** 2/5/2022

**Incident result in injury to resident?** ■ Yes ☐ No
**Incident result in Injury to staff?** ☐ Yes ■ No
**If yes, was treatment received?** ■ Yes ☐ No ■ N/A
**Restraints used on resident #1, #2, or #3?** ☐ Yes ■ No
**If so, what kind of restraints?** Choose an item
**For how long?** n/a

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Youth Care Professional | Tamicia Hamilton | On Duty |
| Youth Care Professional | Chris McGee | On Duty |
| Youth Care Professional | Chris Griffith | On Duty |
| Youth Care Professional | Dino Pickett | On Duty |
| Youth Care Professional | Johanna Waits | On Duty |

**EVENTS LEADING TO THE INCIDENT** (place an (X) by the appropriate event)
- ☐ Searches
- ☐ Assault on staff
- ☑ Assault on a resident
- ☑ Non-compliance
- ☐ Court appearance
- ☐ Moving to another room
- ☐ Other:

**THE CIRCUMSTANCE WHY FORCE WAS USED** (place an (X) by the appropriate event)
- ☑ Preventing injury to self
- ☑ Preventing injury to staff
- ☑ Preventing injury to other resident
- ☐ Preventing damage to property
- ☐ Preventing an escape
- ☐ Other:

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT

Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

**Was the resident placed in EBMC?** ■ Yes ☐ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| 2/5/2022 | 1330pm | | |

**Shift Supervisor Approved EBMC?** ■ Yes ☐ No       **Signature** _____

Case 3:11-cv-00327-DPJ-FKB   Document 170-5   Filed 03/18/22   Page 4 of 11

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| Field | Value |
|---|---|
| (1) Resident Name | Apod Residents |
| (2) Resident Name | |
| (3) Resident Name | |
| Date of Occurrence | 2/5/2022 |
| Time of Occurrence | 1330 pm |
| Time of Report | 1601 |
| Person Reporting | YCP Christopher McGee |
| Location of Incident | Rec Yard |
| Type of Incident/Infraction Code | Fight |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On the approximately 1330, gang fight amongst A-pod which involved [redacted] and [redacted]. Prior to the incident, all residents stated above were verbally assaulting each other until I told all residence to cease everything or we're going back inside and lockdown early. After everything ended [redacted] pulled out a "shank" and things escalated. YCP Griffith called, "code yellow". Myself and YCP Griffith held them off until YCP Waits and YCP Pickett arrived. [redacted] hit [redacted] in the eye and ran. [redacted] had to be seen by the nurse and transported to the hospital.

Staff Signature: [signed]  Date: 2/5/2022

- Incident result in injury to resident? ☑ Yes ☐ No
- Incident result in Injury to staff? ☐ Yes ☑ No
- If yes, was treatment received? ☑ Yes ☐ No ☑ N/A
- Restraints used on resident #1, #2, or #3? ☐ Yes ☑ No
- If so, what kind of restraints? Choose an item
- For how long? n/a

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Youth Care Professional | Tamicia Hamilton | On Duty |
| Youth Care Professional | Chris McGee | On Duty |
| Youth Care Professional | Chris Griffith | On Duty |
| Youth Care Professional | Dino Pickett | On Duty |
| Youth Care Professional | Johanna Waits | On Duty |

**EVENTS LEADING TO THE INCIDENT** (place an (X) by the appropriate event)
- ☐ Searches
- ☐ Assault on staff
- ☑ Assault on a resident
- ☑ Non-compliance
- ☐ Court appearance
- ☐ Moving to another room
- ☐ Other:

**THE CIRCUMSTANCE WHY FORCE WAS USED** (place an (X) by the appropriate event)
- ☑ Preventing injury to self
- ☑ Preventing injury to staff
- ☑ Preventing injury to other resident
- ☐ Preventing damage to property
- ☐ Preventing an escape
- ☐ Other:

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT

Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC? ☑ Yes ☐ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| 2/5/2022 | 1330pm | | |

Shift Supervisor Approved EBMC? ☑ Yes ☐ No   Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
UNUSUAL INCIDENT REPORT

## INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| | |
|---|---|
| (1) Resident Name: Fight | (2) Resident Name: |
| (3) Resident Name: | Date of Occurrence: 2/5/2022 |
| Time of Occurrence: 1330 pm | Time of Report: 1445 pm |
| Person Reporting: YCP Tamica Hamilton | Location of Incident: Rec Yard |
| Type of Incident/Infraction Code: Fight | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On the day of February 5th of 2022 at the time of 1320 p.m, I, YCP Officer Tamicia Hamilton heard the CODE YELLOW over the radio and immediately put my residents up to help assist. I, YCP Officer Tamicia Hamilton was notified by SYCP Officer Tabetha Bouldin to get male assistance to break up the incident. I, YCP Tamicia Hamilton ran to B Pod to get YCP Officer Dino Pickett. YCP Officer Dino Pickett ran to the rec yard to help assist. While YCP Dino Pickett assisted with the fight on the rec yard, I, YCP Officer Tamicia Hamilton was able to help assist with the Bpod.

Staff Signature: [signature]    Date: 2/5/2022

Incident result in injury to resident? ■ Yes  ☐ No    Incident result in Injury to staff? ☐ Yes  ■ No
If yes, was treatment received? ■ Yes  ☐ No  ■ N/A
Restraints used on resident #1, #2, or #3? ☐ Yes  ■ No    For how long? n/a
If so, what kind of restraints? Choose an item

## STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Youth Care Professional | Tamicia Hamilton | On Duty |
| Youth Care Professional | Chris McGee | On Duty |
| Youth Care Professional | Chris Griffith | On Duty |
| Youth Care Professinal | Dino Pickett | On Duty |
| Youth Care Professional | Johanna Waits | On Duty |

**EVENTS LEADING TO THE INCIDENT** (place an (X) by the appropriate event)
- ☐ Searches
- ☐ Assault on staff
- ☑ Assault on a resident
- ☑ Non-compliance
- ☐ Court appearance
- ☐ Moving to another room
- ☐ Other:

**THE CIRCUMSTANCE WHY FORCE WAS USED** (place an (X) by the appropriate event)
- ☑ Preventing injury to self
- ☑ Preventing injury to staff
- ☑ Preventing injury to other resident
- ☐ Preventing damage to property
- ☐ Preventing an escape
- ☐ Other:

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT
Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC?   ■ Yes   ☐ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| 2/5/2022 | 1320pm | | |

Shift Supervisor Approved EBMC?   ■ Yes   ☐ No        Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| | |
|---|---|
| **(1) Resident Name:** Apod Residents | **(2) Resident Name:** |
| **(3) Resident Name:** | **Date of Occurrence:** 2/5/2022 |
| **Time of Occurrence:** 1330 pm | **Time of Report:** 1526 pm |
| **Person Reporting:** YCP Dino Pickett | **Location of Incident:** Rec Yard |
| **Type of Incident/Infraction Code:** Fight | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On February 5th, 2022 at approximately 1330, I, YCP Dino Pickett was supervising phone calls for B Pod. I, YCP Dino Pickett heard a code yellow over the radio. I, YCP Dino Pickett immediately lock down my unit and was releaved by YCP OfficerTamicia Hamilton. I proceeded to the rec yard where I saw YCP Officer Johanna Waits, YCP Officer Christopher Magee and YCP Officer Christopher Griffith attempting break up a fight between the residents of A Pod. YCP Officer Johanna Waits was trying to secure [redacted] YCP Officer Christopher Griffith had three residents secured on the basketball court. I, YCP Dino Pickett secured [redacted] SYCP Bouldin was escorting [redacted] off the rec yard when [redacted] struck [redacted] and proceed to lock the rest of A pod down. All residents involved were taken to medical to see if any injuries had occured [redacted] need medical attention.

**Staff Signature:** [signature]  **Date:** 2/5/2022

| | | | |
|---|---|---|---|
| Incident result in injury to resident? ■ Yes ☐ No | | Incident result in Injury to staff? ☐ Yes ■ No | |
| If yes, was treatment received? ■ Yes ☐ No ■ N/A | | | |
| Restraints used on resident #1, #2, or #3? ☐ Yes ■ No | | For how long? n/a | |
| If so, what kind of restraints? Choose an item | | | |

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Youth Care Professional | Tamicia Hamilton | On Duty |
| Youth Care Professional | Chris McGee | On Duty |
| Youth Care Professional | Chris Griffith | On Duty |
| Youth Care Professinal | Dino Pickett | On Duty |
| Youth Care Professional | Johanna Waits | On Duty |

| EVENTS LEADING TO THE INCIDENT (place an (X) by the appropriate event) | | THE CIRCUMSTANCE WHY FORCE WAS USED (place an (X) by the appropriate event) | |
|---|---|---|---|
| Searches | ☐ | Preventing injury to self | ☑ |
| Assault on staff | ☐ | Preventing injury to staff | ☑ |
| Assault on a resident | ☑ | Preventing injury to other resident | ☑ |
| Non-compliance | ☑ | Preventing damage to property | ☐ |
| Court appearance | ☐ | Preventing an escape | ☐ |
| Moving to another room | ☐ | Other: | ☐ |
| Other: | ☐ | | |

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT

Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

**Was the resident placed in EBMC?** ■ Yes ☐ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| 2/5/2022 | 1320pm | | |

**Shift Supervisor Approved EBMC?** ■ Yes ☐ No     **Signature** _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| | |
|---|---|
| (1) Resident Name: Apod Residents | (2) Resident Name: |
| (3) Resident Name: | Date of Occurrence: 2/5/2022 |
| Time of Occurrence: 1330 pm | Time of Report: 1545 |
| Person Reporting: YCP Johanna Waits | Location of Incident: Rec Yard |
| Type of Incident/Infraction Code: Fight | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On February 5th, 2022 at approximately 1330, I, YCP Johanna Waits responded to a code yellow on the rec yard. I, YCP Johanna Waits proceeded to break up a fight between the residents. On A Pod. I use the CPI child restraint technique to regain control over the residents on the rec yard. I, YCP Johanna Waits helped escort the males to medical for treatment.

| | |
|---|---|
| Staff Signature: | Date: 2/5/2022 |
| Incident result in injury to resident? ■ Yes ☐ No | Incident result in Injury to staff? ☐ Yes ■ No |
| If yes, was treatment received? ■ Yes ☐ No ■ N/A | |
| Restraints used on resident #1, #2, or #3? ☐ Yes ■ No  If so, what kind of restraints? Choose an item | For how long? n/a |

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Youth Care Professional | Tamicia Hamilton | On Duty |
| Youth Care Professional | Chris McGee | On Duty |
| Youth Care Professional | Chris Griffith | On Duty |
| Youth Care Professinal | Dino Pickett | On Duty |
| Youth Care Professional | Johanna Waits | On Duty |

**EVENTS LEADING TO THE INCIDENT** (place an (X) by the appropriate event)
- ☐ Searches
- ☐ Assault on staff
- ☒ Assault on a resident
- ☒ Non-compliance
- ☐ Court appearance
- ☐ Moving to another room
- ☐ Other:

**THE CIRCUMSTANCE WHY FORCE WAS USED** (place an (X) by the appropriate event)
- ☒ Preventing injury to self
- ☒ Preventing injury to staff
- ☒ Preventing injury to other resident
- ☐ Preventing damage to property
- ☐ Preventing an escape
- ☐ Other:

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT
Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC?   ■ Yes   ☐ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| 2/5/2022 | 1330pm | | |

Shift Supervisor Approved EBMC?   ■ Yes   ☐ No          Signature _____

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## UNUSUAL INCIDENT REPORT

### INFORMATION ABOUT THE INCIDENT AND PERSON INVOLVED

| | |
|---|---|
| (1) Resident Name: Apod Residents | (2) Resident Name: |
| (3) Resident Name: | Date of Occurrence: 2/5/2022 |
| Time of Occurrence: 1330 pm | Time of Report: 1600 |
| Person Reporting: YCP Christopher Griffith | Location of Incident: Rec Yard |
| Type of Incident/Infraction Code: Fight | |

**NARRATIVE** (Describe what happen, how it happen, and factors leading to the incident. Was any verbal reasoning used to de-escalate the situation initially and/or during the incident? Be as specific as possible)

On February 5th, 2022 at approximately 1320, I, YCP Griffith and YCP McGee was taking A-pod unit outside to the Rec Yard at 1320. I YCP Griffith started playing basketball with some of the residents. Then Approximately at 1330 [redacted] started arguing then the fight began between them while YCP Mcgee was breaking the fight up I YCP Griffith called Code Yellow. then [redacted] jumped in the fight kicking and punching [redacted] YCP Waits came to assit YCP Griffith and YCP Mcgee to help break up the fight and to separate them from each other. while moving them away [redacted] pulled out a shank while on the court once i seen it. I YCP Griffith and YCP McGee rushed over to retrieve it from him. [redacted] had dropped it and I YCP Griffith picked it up and gave it to SYCP Bouldin. Then YCP Pickett and SYCP Bouldin came on the Rec Yard to assist as well by starting to take a few residents at a time to their room. everyone that was involved did seek medical attention also SYCP Marshall, Mr.Burnside and Director M.Crisler was notified about the situation.

Staff Signature: *[signature]*  Date: 2/5/2022

Incident result in injury to resident? ☒ Yes  ☐ No
Incident result in Injury to staff? ☐ Yes  ☒ No
If yes, was treatment received? ☒ Yes  ☐ No  ☒ N/A
Restraints used on resident #1, #2, or #3? ☐ Yes  ☒ No
For how long? n/a
If so, what kind of restraints? Choose an item

### STAFF INVOLVED
List below the title, and names of all the officers/staff involved.

| Title | Staff Name | Reason for Involvement |
|---|---|---|
| Youth Care Professional | Tamicia Hamilton | On Duty |
| Youth Care Professional | Chris McGee | On Duty |
| Youth Care Professional | Chris Griffith | On Duty |
| Youth Care Professinal | Dino Pickett | On Duty |
| Youth Care Professional | Johanna Waits | On Duty |

**EVENTS LEADING TO THE INCIDENT** (place an (X) by the appropriate event)
- Searches ☐
- Assault on staff ☐
- Assault on a resident ☒
- Non-compliance ☒
- Court appearance ☐
- Moving to another room ☐
- Other: ☐

**THE CIRCUMSTANCE WHY FORCE WAS USED** (place an (X) by the appropriate event)
- Preventing injury to self ☒
- Preventing injury to staff ☒
- Preventing injury to other resident ☒
- Preventing damage to property ☐
- Preventing an escape ☐
- Other: ☐

### EMERGENCY BEHAVIOR MANAGEMENT CONFINEMENT

Emergency behavior management confinement shall only be a cooling off period for residents where placement of the resident in a room either locked or unlocked for the purpose of controlling out of control behavior, restoring order, correcting undesirable behavior and to achieve compliance with behavioral rules and expectations.

Was the resident placed in EBMC?  ☒ Yes  ☐ No

| Date IN | Time IN | Date OUT | Time OUT |
|---|---|---|---|
| 2/5/2022 | 1330pm | | |

Shift Supervisor Approved EBMC?  ☒ Yes  ☐ No     Signature _____

# CHAIN-OF- CUSTODY TRACKING FORM

**\*\* INCIDENT REPORT SHALL BE COMPLETED WHENEVER CONTRABAND IS FOUND\*\***

| | | | |
|---|---|---|---|
| Date Found | 2-5-22 | Time Found | 1340 |
| Resident Name(s) | [redacted] | | |
| Staff Finding Contraband | | | |
| Location of Contraband Found | | Rec. Yard | |
| Description of Evidence | | Half pair of scissors – scissors | |

- Each individual receiving the evidence must sign for it in order to maintain documentation for chain of evidence.
- Staple the chain of custody form to the evidence bag.
- If afterhours, place bag/form in the Central Control vault until a Supervisor can turn over contraband to Administration.
- If during working hours for administration, deliver to the Quality Assurance Coordinator along with Incident Reports.

| | | | |
|---|---|---|---|
| Transferred From: | [signature] | Transferred To: | Judith Boutd |
| Date of Transfer | 2-5-22 | Reason for Transfer | Administrator |
| Signature of Transferor | [signature] | | |
| Signature of Transferee | Judith Boutd | | |

| | | | |
|---|---|---|---|
| Transferred From | Judith B | Transferred To | Administrator |
| Date of Transfer | 2/5/22 | Reason for Transfer | |
| Signature of Transferor | | | |
| Signature of Transferee | Eric Dorsey | | |

**Final Disposition**

☐ Court/Law Enforcement    ☐ Disposal (Trash)    ☑ Held:

| | |
|---|---|
| Transferred To | |
| Authorized By | |
| Witnessed By | |

If held, state reason(s) for holding: Evidence

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## SHIFT REPORT

Before the end of each shift, shift supervisors shall complete the shift report documenting the shifts daily activities. This is mandatory for all shift supervisors. **A completed shift report shall be forwarded to the facility's Executive Director as well as the Operations Manager.**

### DAILY SHIFT REPORT

Shift: **Alpha Shift** (7 a.m. –3 p.m.)  Date: 2-5-22

Supervisor on Duty: Bouldin

| OPEN COUNT 32 | | CLOSING COUNT 32 | |
|---|---|---|---|
| MALES/JCAA MALES | FEMALES | MALES/JCAA MALES | FEMALES |
| 4 / 26 | 1 HY / 1 JCA | 4 / 26 | 1 HY / 1 JCA |

### POST ASSIGNMENT

Central Control: Bouldin   Intake: Waits
Walter Payton: McGee / Griffith
Ossie Davis: Pickett
J.F.K: Hamilton
Harriet Tubman: Smith

### OFF DUTY OFFICERS

EA: Marshall / Blue / Collins / Davis / Mallard
PL: Gatewood

Call in/No Shows:

Comments:

### MEDICAL

Juveniles refused for medical reason(s) prior to admission because of alleged injury, or sickness:

Juveniles returned to the facility by arresting transporting agency after receiving medical treatment:

Number of residents escorted to medical for assessment, treatment, injuries and/or sickness: 25
Number of residents transported to outside facilities for medical/mental health reasons: 1

### EDUCATION

Number of resident attending school: 0
Number of resident not attending school: ___
Reason each child did not attend school: ___

## RESIDENT SUPERVISION

State all residents placed on suicide watch including date/time.

1. _____ 2. _____ 3. _____ 4. _____

Date/Time: _____  Date/Time: _____  Date/Time: _____  Date/Time: _____

How many incidents occurred: 2     Reports written on all incidents? yes , if no, state reason why a report was not written. _____

## INTAKE

| BOOKED | PARENT(S) CONTACTED | RELEASED |
|---|---|---|
| 1. | | 1. |
| 2. | | 2. |
| 3. | | 3. |
| 4. | | 4. |
| 5. | | 5. |
| 6. | | 6. |
| 7. | | 7. |
| 8. | | 8. |
| 9. | | 9. |
| 10. | | 10. |
| 11. | | 11. |
| 12. | | 12. |

## SUPERVISOR STAFF MEETING

Topic of discussion: _____

Supervisor's Signature: [signed]

Date: 2-5-22