# Exhibit A-6

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

DAILY DETENTION LINE-UP

Before the end of each shift, shift supervisors shall complete the daily detention line-up documenting the shifts daily activities. This is mandatory for all shift supervisors. **A completed daily line-up shall be forwarded to the facility's Executive Director as well as the Operations Manager.**

## DAILY LINE-UP

Shift: **Charlie Shift** (11 p.m. – 7 a.m.)   Date: 03-07-22
Supervisor on Duty: A. Brown   /   /

| OPEN COUNT | 25 | | CLOSING COUNT | |
|---|---|---|---|---|
| MALES 24 | FEMALES 1 | | MALES | FEMALES |
| 1 / 23 JCA'S | 1 JCA | | | |

### POST ASSIGNMENT

Central Control: _____   Intake: As Needed
Walter Payton: ___/___/___
Ossie Davis: ___/___/___
J.F.K: ___/___/___
Harriet Tubman: ___/___/___

### OFF DUTY OFFICERS

EA: Cook / Thompson / Edwards / Waddell
PL: ___/___/___/___
SL: ___/___/___/___

**Call in/No Shows:**
___/___/___/___

Comments: _____

### MEDICAL

**Juveniles refused for medical reason(s):**

N/A / ___/___

___/___/___

**Juveniles returned after medical treatment:**

N/A / ___/___

___/___/___

Number of residents with health issues who saw the nurse: 0
Number of residents transported to outside facilities for medical/mental health reasons: 0

## EDUCATION

Number of resident attending school: _____
Number of resident not attending school: _____
**Reason each child did not attend school:** _____
_____
_____
_____
_____
_____

## RESIDENT SUPERVISION

State all residents placed on suicide watch including date/time.

1. _____ 2. _____ 3. _____ 4. _____

Date/Time: _____ Date/Time: _____ Date/Time: _____ Date/Time: _____

How many incidents occurred: _____   Reports written on all incidents? _____, if no, state reason why a report was not written. _____
_____

## INTAKE

| BOOKED | PARENT(S) CONTACTED | RELEASED |
|---|---|---|
| 1. | | 1. |
| 2. | | 2. |
| 3. | | 3. |
| 4. | | 4. |
| 5. | | 5. |
| 6. | | 6. |
| 7. | | 7. |
| 8. | | 8. |
| 9. | | 9. |
| 10. | | 10. |
| 11. | | 11. |
| 12. | | 12. |

## SUPERVISOR STAFF MEETING

Topic of discussion: **No problems to report.**
_____
_____
_____
_____
_____

Supervisor's Signature: *Aundrea Brown*   Date: 03-07-22