# Exhibit A-7

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

## SHIFT REPORT

Before the end of each shift, shift supervisors shall complete the shift report documenting the shifts daily activities. This is mandatory for all shift supervisors. A completed shift report shall be forwarded to the facility's Executive Director as well as the Operations Manager.

### DAILY SHIFT REPORT

Shift: Bravo Shift (3 p.m. –11 p.m.)   Date: 3-8-22

Supervisor on Duty: Ellis / Mallard / /

| OPEN COUNT 25 | | CLOSING COUNT 26 | |
|---|---|---|---|
| MALES/JCAA MALES | FEMALES | MALES/JCAA MALES | FEMALES |
| 23 JCA / 1 HY | 1 JCA | 23 JCA / 1 HY | 1 HY / 1 JCA |

### POST ASSIGNMENT

Central Control: Ellis           Intake: As Needed
Walter Payton: Mallard / /
Ossie Davis: Mallard / /
J.F.K: / /
Harriet Tubman: Ellis / /

### OFF DUTY OFFICERS

EA: Jones / Cooper / Banks / Williams / / /
PL: / / / / / /
SL: / / / / / /

Call in/No Shows:
Thomas / Sims / / / / /

Comments: VCP Sims No Show

### MEDICAL

Juveniles refused for medical reason(s) prior to admission because of alleged injury, or sickness:

____/____/____
____/____/____

Juveniles returned to the facility by arresting transporting agency after receiving medical treatment:

____/____/____
____/____/____

Number of residents escorted to medical for assessment, treatment, injuries and/or sickness: 21
Number of residents transported to outside facilities for medical/mental health reasons: ∅

### EDUCATION

Number of resident attending school: _____
Number of resident not attending school: _____
Reason each child did not attend school: _____

## RESIDENT SUPERVISION

State all residents placed on suicide watch including date/time.

1. _____ 2. _____ 3. _____ 4. _____

Date/Time: _____ Date/Time: _____ Date/Time: _____ Date/Time: _____

How many incidents occurred: _____ Reports written on all incidents? _____, if no, state reason why a report was not written. _____

## INTAKE

| BOOKED | PARENT(S) CONTACTED | RELEASED |
|---|---|---|
| 1. [redacted] | | |
| 2. [redacted] | | 1. |
| 3. | | 2. |
| 4. | | 3. |
| 5. | | 4. |
| 6. | | 5. |
| 7. | | 6. |
| 8. | | 7. |
| 9. | | 8. |
| 10. | | 9. |
| 11. | | 10. |
| 12. | | 11. |
| | | 12. |

## SUPERVISOR STAFF MEETING

Topic of discussion: Residents did not come out due to shortness of staff

D. Ellis
Supervisor's Signature:

Date: 3-8-22