# Exhibit B-1

DAILY ROSTER

Date: Mon, June 21, 2021

| DOB | | Locker# | Room # | Original Detained Date | Detained Time | Charge(s) | Case Mgr | Counselor | Detention Hearing | Returned from | Returned Date | Release Date | Release Time | To: | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | 01) ▮ | ▮ | ▮ | 06/02/21 | 1913 | ▮ | | | | | | | | | 19 |
| ▮ | 02) ▮ | ▮ | ▮ | 06/13/21 | 1840 | ▮ | | | | | | | | | 8 |
| ▮ | 03) ▮ | ▮ | ▮ | 06/21/21 | 0346 | ▮ | | | | | | | | | 0 |
| | 04) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 05) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 06 | | | 06/21/21 | | | | | | | | | | | 0 |
| | 07) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 08) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 09) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 10) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 11) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 12) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 13) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 14) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 15) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 16) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 17) | | | 06/21/21 | | | | | | | | | | | 0 |
| ▮ | 01) ▮ | ▮ | | 05/24/21 | 1021 | ▮ | | | | ▮ | 06/04/21 | | | ▮ | 28 |
| | 02) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 03) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 04) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 05) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 06) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 07) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 08) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 09) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 10) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 11) | | | 06/21/21 | | | | | | | | | | | 0 |
| | 12) | | | 06/21/21 | | | | | | | | | | | 0 |

Madison Co:   Copiah Co:   Pearl River Co:   Lauderdale Co:   Newton Co:   Warren Co:   Lincoln Co:   Simpson Co:

TOTAL   4

IN HOUSE TOTAL   28 + 1

3   25
1   3

## JCA (Juveniles Charged as Adults)

Date    Mon, June 21, 2021

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | 01) ■ | ■ | ■ | 09/11/19 | 0414 | ■ | No Bond | ■ | ■ | ■ | 01/17/20 | ■ | ■ | ■ | 649 |
| ■ | 02) ■ | ■ | ■ | 09/11/19 | 0440 | ■ | No Bond | ■ | ■ | ■ | 01/17/20 | ■ | ■ | ■ | 649 |
| ■ | 03) ■ | ■ | ■ | 05/05/20 | 0126 | ■ | No Bond | ■ | ■ | ■ | 08/04/20 | ■ | ■ | | 412 |
| ■ | 04) ■ | ■ | ■ | 05/20/20 | 1515 | ■ | $1,000,000 | ■ | ■ | ■ | 08/04/20 | ■ | ■ | ■ | 397 |
| ■ | 05) ■ | ■ | ■ | 07/29/20 | 0530 | ■ | $15,000 | ■ | ■ | ■ | 10/08/20 | ■ | ■ | ■ | 327 |
| ■ | 06) ■ | ■ | ■ | 09/12/20 | 0152 | ■ | $60,000 | ■ | ■ | ■ | | | ■ | ■ | 282 |
| ■ | 07) ■ | ■ | ■ | 09/15/20 | 0336 | ■ | No Bond | ■ | ■ | ■ | 2020 | ■ | ■ | | 279 |
| ■ | 08) ■ | ■ | ■ | 09/15/20 | 0336 | ■ | $60,000 | ■ | ■ | ■ | 12/11/20 | | | | 279 |
| ■ | 09) ■ | ■ | ■ | 09/29/20 | 2215 | ■ | Bond Denied | ■ | ■ | ■ | 12/11/20 | ■ | ■ | | 265 |
| ■ | 10) ■ | ■ | ■ | 11/02/20 | 2331 | ■ | $250,000 | ■ | ■ | ■ | | | | | 223 |
| ■ | 11) ■ | ■ | ■ | 12/03/20 | 1724 | ■ | No Bond | ■ | ■ | ■ | 04/17/17 | ■ | ■ | | 192 |
| ■ | 12) ■ | ■ | ■ | 12/15/20 | 0030 | ■ | No Bond | ■ | ■ | ■ | | | ■ | | 180 |
| ■ | 13) ■ | | ■ | 03/19/21 | 2154 | ■ | No Bond | | ■ | ■ | | | ■ | ■ | 86 |
| ■ | 14) ■ | | ■ | 03/23/21 | 1724 | ■ | No Bond | | ■ | ■ | | | ■ | | 82 |
| ■ | 15) ■ | | ■ | 03/27/21 | 2225 | ■ | No Bond | ■ | ■ | ■ | | | ■ | ■ | 78 |
| ■ | 16) ■ | | ■ | 04/01/21 | 2200 | ■ | No Bond | ■ | | ■ | | | ■ | | 73 |
| ■ | 17) ■ | | ■ | 04/01/21 | 0243 | ■ | No Bond | ■ | ■ | | | | ■ | | 81 |
| ■ | 18) ■ | ■ | | 05/13/21 | 2029 | ■ | No Bond | ■ | ■ | ■ | | | ■ | | 39 |
| ■ | 19) ■ | ■ | ■ | 05/16/21 | 1932 | ■ | No Bond | ■ | ■ | ■ | | | | | 36 |
| ■ | 20) ■ | ■ | | 05/16/21 | 1932 | ■ | No Bond | ■ | ■ | ■ | | | | | 36 |
| ■ | 21) ■ | ■ | ■ | 05/18/21 | 63 | ■ | No Bond | ■ | ■ | ■ | | | ■ | ■ | 34 |
| ■ | 22) ■ | ■ | ■ | 06/08/21 | 1809 | ■ | No Bond | ■ | | | | | | | 13 |
| ■ | 23) ■ | | ■ | 10/03/20 | 0406 | ■ | $100,000 | ■ | ■ | ■ | 10/08/20 | ■ | ■ | | 261 |
| | 24) | | | 06/21/21 | | | | | | | | | | | |
| | 25) | | | 06/21/21 | | | | | | | | | | | |
| ■ | 01) ■ | ■ | ■ | 04/29/21 | 2230 | ■ | $500,000 | ■ | ■ | ■ | | | ■ | | 53 |
| ■ | 02) ■ | ■ | ■ | 05/25/21 | 0300 | ■ | $250,000 | ■ | ■ | ■ | | | | | 27 |

TOTAL   24 + 1
        22
        2