# Exhibit B-2

**DAILY ROSTER**

Date      Mon, June 28, 2021



| DOB | | Locker# | Room # | Original Detained Date | Detained Time | Charge(s) | Case Mgr | Counselor | Detention Hearing | Returned from | Returned Date | Release Date | Release Time | To: | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▆▆▆ | 01) ▆▆▆▆▆ | ▆ | ▆▆▆ | 06/13/21 | 1840 | ▆▆▆▆ | | | | | | | | | 15 |
| ▆▆▆ | 02) | ▆ | ▆▆▆ | 06/24/21 | 2100 | ▆▆▆▆▆▆ | | | | | | | | | 4 |
| ▆▆▆ | 03) ▆▆▆ | ▆ | ▆▆▆ | 06/24/21 | 2230 | ▆▆▆▆▆▆▆ | | | | | | | | | 4 |
| ▆▆▆ | 04) ▆▆▆ | ▆ | ▆▆▆ | 06/24/21 | 2345 | ▆▆▆▆▆ | | | | | | | | | 4 |
| ▆▆▆ | 05) ▆▆ | ▆ | ▆▆▆ | 06/26/21 | 0210 | ▆▆▆ | | | | | | | | | 2 |
| ▆▆▆ | 06) ▆▆▆▆▆ | ▆ | ▆▆▆ | 06/27/21 | 0615 | ▆▆▆▆▆ | | | | | | | | | 1 |
| | 07) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 08) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 09) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 10) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 11) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 12) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 13) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 14) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 15) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 16) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 17) | | | 06/28/21 | | | | | | | | | | | 0 |
| ▆▆▆ | 01) ▆▆▆▆▆ | ▆ | ▆▆▆ | 05/24/21 | 1021 | ▆▆▆▆▆▆▆▆ | | | | ▆▆▆▆ | 06/04/21 | ▆▆▆ | ▆▆▆ | | 35 |
| | 02) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 03) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 04) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 05) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 06) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 07) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 08) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 09) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 10) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 11) | | | 06/28/21 | | | | | | | | | | | 0 |
| | 12) | | | 06/28/21 | | | | | | | | | | | 0 |

| Madison Co: | Copiah Co: | Pearl River Co: | Lauderdale Co: | Newton Co: | Warren Co: | Lincoln Co: | Simpson Co: |
|---|---|---|---|---|---|---|---|
| **TOTAL** 7 | 6 | | **IN HOUSE TOTAL** 30+1 | 28 | | | |
| ▆▆▆ 1 | | | ▆▆▆ 2 | | | | |

JCA (Juveniles Charged as Adults)

| Date | | Mon, June 28, 2021 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
| ▮ | 01) ▮ | ▮ | ▮ | 09/11/19 | 0414 | ▮ | No Bond | ▮ | ▮ | ▮ | 01/17/20 | ▮ | | ▮ | 656 |
| ▮ | 02) ▮ | | ▮ | 09/11/19 | 0440 | ▮ | No Bond | ▮ | ▮ | ▮ | 01/17/20 | ▮ | | | 656 |
| ▮ | 03) ▮ | | ▮ | 05/05/20 | 0126 | ▮ | No Bond | ▮ | ▮ | ▮ | 08/04/20 | ▮ | | | 419 |
| ▮ | 04) ▮ | | ▮ | 05/20/20 | 1515 | ▮ | $1,000,000 | ▮ | ▮ | ▮ | 08/04/20 | ▮ | | ▮ | 404 |
| ▮ | 05) ▮ | | ▮ | 07/29/20 | 0530 | ▮ | $15,000 | ▮ | | | 10/08/20 | | | ▮ | 334 |
| ▮ | 06) ▮ | ▮ | ▮ | 09/12/20 | 0152 | ▮ | $60,000 | ▮ | | | | | | ▮ | 289 |
| ▮ | 07) ▮ | | ▮ | 09/15/20 | 0336 | ▮ | No Bond | ▮ | | | 2020 | | | | 286 |
| ▮ | 08) ▮ | | ▮ | 09/15/20 | 0336 | ▮ | $60,000 | ▮ | | ▮ | 12/11/20 | | | | 286 |
| ▮ | 09) ▮ | | ▮ | 09/29/20 | 2215 | ▮ | Bond Denied | ▮ | | ▮ | 12/11/20 | | | | 272 |
| ▮ | 10) ▮ | | ▮ | 11/02/20 | 2331 | ▮ | $250,000 | ▮ | | | | | ▮ | | 223 |
| ▮ | 11) ▮ | | ▮ | 12/03/20 | 1724 | ▮ | No Bond | ▮ | | | 04/17/17 | | ▮ | | 192 |
| ▮ | 12) ▮ | | ▮ | 12/15/20 | 0030 | | No Bond | | | | | | ▮ | | 180 |
| ▮ | 13) ▮ | | ▮ | 03/19/21 | 2154 | ▮ | No Bond | | | | | | ▮ | | 86 |
| ▮ | 14) ▮ | | ▮ | 03/23/21 | 1724 | ▮ | No Bond | | | | | | ▮ | | 82 |
| ▮ | 15) ▮ | | ▮ | 03/27/21 | 2225 | ▮ | No Bond | | | | | | ▮ | | 78 |
| ▮ | 16) ▮ | ▮ | ▮ | 04/01/21 | 2200 | ▮ | No Bond | ▮ | | | | | ▮ | | 73 |
| ▮ | 17) ▮ | ▮ | ▮ | 04/01/21 | 0243 | ▮ | No Bond | ▮ | | | | | ▮ | | 88 |
| ▮ | 18) ▮ | | ▮ | 05/13/21 | 2029 | ▮ | No Bond | ▮ | | | | | ▮ | | 46 |
| ▮ | 19) ▮ | | ▮ | 05/16/21 | 1932 | ▮ | No Bond | ▮ | | | | | | | 43 |
| ▮ | 20) ▮ | | ▮ | 05/16/21 | 1932 | ▮ | No Bond | ▮ | | | | | | | 43 |
| ▮ | 21) ▮ | | ▮ | 05/18/21 | 63 | ▮ | No Bond | ▮ | | | | | | ▮ | 41 |
| ▮ | 22) ▮ | ▮ | ▮ | 06/08/21 | 1809 | | No Bond | | | | | | | | 20 |
| ▮ | 23) ▮ | | ▮ | 10/03/20 | 0406 | ▮ | $100,000 | ▮ | ▮ | ▮ | 10/08/20 | | ▮ | | 268 |
| | 24) | | | 06/28/21 | | | | | | | | | | | |
| | 25) | | | 06/28/21 | | | | | | | | | | | |
| ▮ | 01) ▮ | ▮ | ▮ | 05/25/21 | 0300 | ▮ | $250,000 | ▮ | ▮ | ▮ | | | | | 34 |
| | 02) | | | 06/28/21 | | | No Bond | | | | | | | | 34 |

| | TOTAL | 23 + 1 |
|---|---|---|
| ▮ | | 22 |
| ▮ | | 1 |