# Exhibit B-3

DAILY ROSTER

Date: Tue, July 6, 2021

| DOB | | Locker# | Room # | Original Detained Date | Detained Time | Charge(s) | Case Mgr | Counselor | Detention Hearing | Returned from | Returned Date | Release Date | Release Time | To: | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | 01) ▇ | ▇ | ▇ | 07/02/21 | 1050 | ▇ | | | | | | | | | 4 |
| | 02) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 03) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 04) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 05) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 06) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 07) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 08) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 09) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 10) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 11) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 12) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 13) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 14) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 15) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 16) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 17) | | | 07/06/21 | | | | | | | | | | | 0 |
| ▇ | 01) ▇ | ▇ | ▇ | 05/24/21 | 1021 | ▇ | | | | ▇ | 06/04/21 | ▇ | | | 43 |
| ▇ | 02) ▇ | ▇ | ▇ | 07/01/21 | 1515 | ▇ | | | | | | | | | 5 |
| | 03) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 04) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 05) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 06) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 07) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 08) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 09) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 10) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 11) | | | 07/06/21 | | | | | | | | | | | 0 |
| | 12) | | | 07/06/21 | | | | | | | | | | | 0 |

| Madison Co: | Copiah Co: | Pearl River Co: | Lauderdale Co: | Newton Co: | Warren Co: | Lincoln Co: | Simpson Co: |
|---|---|---|---|---|---|---|---|
| TOTAL 3 | 1 | | | IN HOUSE TOTAL 25 | | | |
| ▇ | 2 | | | ▇ 22 | | | |
| | | | | ▇ 3 | | | |

## JCA (Juveniles Charged as Adults)

Date: Tue, July 6, 2021

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01) | | | 09/11/19 | 0414 | | No Bond | | | | 01/17/20 | | | | 664 |
| | 02) | | | 09/11/19 | 0440 | | No Bond | | | | 01/17/20 | | | | 664 |
| | 03) | | | 05/20/20 | 1515 | | $1,000,000 | | | | 08/04/20 | | | | 412 |
| | 04) | | | 07/29/20 | 0530 | | $15,000 | | | | 10/08/20 | | | | 342 |
| | 05) | | | 09/12/20 | 0152 | | $60,000 | | | | | | | | 297 |
| | 06) | | | 09/15/20 | 0336 | | No Bond | | | | 2020 | | | | 294 |
| | 07) | | | 09/15/20 | 0336 | | $60,000 | | | | 12/11/20 | | | | 294 |
| | 08) | | | 09/29/20 | 2215 | | Bond Denied | | | | 12/11/20 | | | | 280 |
| | 09) | | | 11/02/20 | 2331 | | $250,000 | | | | | | | | 246 |
| | 10) | | | 12/03/20 | 1724 | | No Bond | | | | 04/17/17 | | | | 215 |
| | 11) | | | 12/15/20 | 0030 | | No Bond | | | | | | | | 203 |
| | 12) | | | 03/19/21 | 2154 | | No Bond | | | | | | | | 109 |
| | 13) | | | 03/23/21 | 1724 | | No Bond | | | | | | | | 105 |
| | 14) | | | 03/27/21 | 2225 | | No Bond | | | | | | | | 101 |
| | 15) | | | 04/01/21 | 2200 | | No Bond | | | | | | | | 96 |
| | 16) | | | 04/01/21 | 0243 | | No Bond | | | | | | | | 96 |
| | 17) | | | 05/13/21 | 2029 | | No Bond | | | | | | | | 54 |
| | 18) | | | 05/16/21 | 1932 | | No Bond | | | | | | | | 51 |
| | 19) | | | 05/16/21 | 1932 | | No Bond | | | | | | | | 51 |
| | 20) | | | 05/18/21 | 63 | | No Bond | | | | | | | | 49 |
| | 21) | | | 06/08/21 | 1809 | | No Bond | | | | | | | | 28 |
| | 22) | | | 07/06/21 | | | | | | | | | | | |
| | 23) | | | 07/06/21 | | | | | | | | | | | |
| | 24) | | | 07/06/21 | | | | | | | | | | | |
| | 01) | | | 05/25/21 | 0300 | | $250,000 | | | | | | | | 42 |
| | 02) | | | 07/06/21 | | | | | | | | | | | 0 |

TOTAL 22
21
1