# Exhibit B-4

## JCA (Juveniles Charged as Adults)

Date    12/06/21

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | 01) ▓ | ▓ | ▓ | 09/11/19 | 0414 | ▓ | No Bond | ▓ | ▓ | ▓ | 01/17/20 | ▓ | ▓ | ▓ | 817 |
| ▓ | 02) ▓ | ▓ | | 09/15/20 | 0336 | ▓ | No Bond | ▓ | ▓ | ▓ | 2020 | ▓ | ▓ | ▓ | 447 |
| ▓ | 03) ▓ | ▓ | | 03/19/21 | 2154 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 262 |
| ▓ | 04) ▓ | ▓ | | 03/23/21 | 2200 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 258 |
| ▓ | 05) ▓ | ▓ | | 03/27/21 | 2225 | ▓ | $250,000 | ▓ | ▓ | ▓ | | | ▓ | ▓ | 254 |
| ▓ | 06) ▓ | ▓ | | 04/07/21 | 0243 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 243 |
| ▓ | 07) ▓ | ▓ | | 05/16/21 | 0136 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 204 |
| ▓ | 08) ▓ | ▓ | | 05/16/21 | 1932 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 204 |
| ▓ | 09) ▓ | ▓ | | 06/08/21 | 1809 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 181 |
| ▓ | 10) ▓ | ▓ | | 07/07/21 | 2311 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 152 |
| ▓ | 11) ▓ | ▓ | | 09/03/21 | 2200 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 94 |
| ▓ | 12) ▓ | ▓ | | 09/16/21 | 1240 | ▓ | $250,000 | ▓ | ▓ | ▓ | | | ▓ | ▓ | 81 |
| ▓ | 13) ▓ | ▓ | | 10/20/21 | 0540 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 47 |
| ▓ | 14) ▓ | ▓ | | 10/20/21 | 0400 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 47 |
| ▓ | 15) ▓ | ▓ | | 10/21/21 | 0400 | ▓ | $100,000 | ▓ | ▓ | ▓ | | | ▓ | ▓ | 46 |
| ▓ | 16) ▓ | ▓ | | 11/03/21 | 0321 | ▓ | No Bond | ▓ | ▓ | ▓ | | | ▓ | ▓ | 33 |
| ▓ | 17) ▓ | ▓ | | 11/03/21 | 0400 | ▓ | 250,000 | ▓ | ▓ | ▓ | | | ▓ | ▓ | 33 |
| ▓ | 18) ▓ | ▓ | | 11/07/21 | 2100 | ▓ | 300,000 | ▓ | ▓ | ▓ | | | ▓ | ▓ | 29 |
| | 19) | | | 12/06/21 | | | | | | | | | | | |
| | 20) | | | 12/06/21 | | | | | | | | | | | |
| | 21) | | | 12/06/21 | | | | | | | | | | | |
| | 22) | | | 12/06/21 | | | | | | | | | | | |
| | 23) | | | 12/06/21 | | | | | | | | | | | |
| | 24) | | | 12/06/21 | | | | | | | | | | | |
| ▓ | 01) ▓ | ▓ | ▓ | 08/26/21 | 0540 | ▓ | $250,000 | ▓ | ▓ | ▓ | | | ▓ | ▓ | 102 |
| ▓ | 02) ▓ | ▓ | | 11/01/21 | 2135 | ▓ | $25,000 | ▓ | ▓ | ▓ | | | ▓ | ▓ | 35 |

TOTAL   20
         18
          2

Date  12/06/21

| DOB | | Locker# | Room # | Booking Date | Detained Time | Charge(s) | Case Mgr | Counselor | Detention Hearing | Returned from | Returned Date | Release Date | Release Time | To: | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01) | | | 11/23/21 | 1823 | | | | 11/29/21 | | | 12/14/21 | | | 13 |
| | 02) | | | 12/02/21 | 1825 | | | | 12/06/21 | | | | | | 4 |
| | 03) | | | 12/03/21 | 1538 | | | | 12/06/21 | | | | | | 3 |
| | 04) | | | 12/04/21 | 0315 | | | | 12/06/21 | | | | | | 2 |
| | 05) | | | 12/05/21 | 1345 | | | | | | | | | | 1 |
| | 06) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 07) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 08) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 09) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 10) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 11) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 12) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 13) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 14) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 15) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 16) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 17) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 18) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 19) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 20) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 21) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 22) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 23) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 24) | | | 12/06/21 | | | | | | | | | | | 0 |
| | 01) | | | | 1503 | | | | 11/15/21 | | | | | | 25 |
| | 02) | | | | 0955 | | | | 12/01/21 | | | | | | 5 |
| | 03) | | | | 1337 | | | | 12/06/21 | | 12/02/21 | | | | 16 |
| | 04) | | | | 1525 | | | | 12/06/21 | | | | | | 4 |
| | 05) | | | | 1145 | | | | | | | | | | 1 |
| | 06) | | | 12/06/21 | | | | | | | | | | | 0 |

TOTAL  10
       05
       05

IN HOUSE TOTAL  30
                23
                 7