# Exhibit B-5

## JCA (Juveniles Charged as Adults)

Date: 12/13/21

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01) | | | 09/11/19 | 0414 | | No Bond | | | | 01/17/20 | | | | 824 |
| | 02) | | | 09/15/20 | 0336 | | No Bond | | | | 2020 | | | | 454 |
| | 03) | | | 03/19/21 | 2154 | | No Bond | | | | | | | | 269 |
| | 04) | | | 03/23/21 | 2200 | | No Bond | | | | | | | | 265 |
| | 05) | | | 03/27/21 | 2225 | | $250,000 | | | | | | | | 261 |
| | 06) | | | 04/07/21 | 0243 | | No Bond | | | | | | | | 250 |
| | 07) | | | 05/16/21 | 0136 | | No Bond | | | | | | | | 211 |
| | 08) | | | 05/16/21 | 1932 | | No Bond | | | | | | | | 211 |
| | 09) | | | 07/07/21 | 2311 | | No Bond | | | | | | | | 159 |
| | 10) | | | 09/03/21 | 2200 | | No Bond | | | | | | | | 159 |
| | 11) | | | 09/16/21 | 1240 | | $250,000 | | | | | | | | 101 |
| | 12) | | | 10/20/21 | 0540 | | No Bond | | | | | | | | 88 |
| | 13) | | | 10/20/21 | 0400 | | No Bond | | | | | | | | 54 |
| | 14) | | | 10/21/21 | 0400 | | $100,000 | | | | | | | | 54 |
| | 15) | | | 11/03/21 | 0445 | | No Bond | | | | | | | | 53 |
| | 16) | | | 11/04/21 | 1650 | | 250,000 | | | | | | | | 40 |
| | 17) | | | 11/07/21 | 2100 | | $300,000 | | | | | | | | 39 |
| | 18) | | | 12/09/21 | 1505 | | | | | | | | | | | 36 |
| | 19) | | | 12/12/21 | 2100 | | | | | | | | | | | 1 |
| | 20) | | | 12/13/21 | | | | | | | | | | | |
| | 21) | | | 12/13/21 | | | | | | | | | | | |
| | 22) | | | 12/13/21 | | | | | | | | | | | |
| | 23) | | | 12/13/21 | | | | | | | | | | | |
| | 24) | | | 12/13/21 | | | | | | | | | | | |
| | 01) | | | 08/26/21 | 0540 | | $250,000 | | | | | | | | 109 |
| | 02) | | | 12/13/21 | | | | | | | | | | | 0 |

TOTAL   20
         19
         1

Date: 12/13/21

| DOB | | Locker# | Room # | Booking Date | Detained Time | Charge(s) | Case Mgr | Counselor | Detention Hearing | Returned from | Returned Date | Release Date | Release Time | To: | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01) ▮ | ▮ | ▮ | 12/02/21 | 1825 | ▮ | | | 12/06/21 | | | | | | 11 |
| | 02) ▮ | ▮ | ▮ | 12/04/21 | 0315 | ▮ | | | 12/06/21 | | | | | | 9 |
| | 03) ▮ | ▮ | ▮ | 12/06/21 | 1503 | ▮ | | | 12/08/21 | | | | | | 7 |
| | 04) ▮ | ▮ | ▮ | 12/09/21 | 1804 | ▮ | | | 12/13/21 | | | | | | 4 |
| | 05) ▮ | ▮ | ▮ | 12/09/21 | 1800 | ▮ | | | 12/13/21 | | | | | | 4 |
| | 06) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 07) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 08) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 09) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 10) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 11) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 12) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 13) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 14) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 15) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 16) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 17) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 18) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 19) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 20) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 21) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 22) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 23) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 24) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 01) ▮ | ▮ | ▮ | 11/11/21 | 1503 | ▮ | | | 11/15/21 | | | | | | 32 |
| | 02) ▮ | ▮ | ▮ | 12/01/21 | 0955 | ▮ | | | 12/01/21 | | | | | | 12 |
| | 03) ▮ | ▮ | ▮ | 12/10/21 | 09/15/04 | ▮ | | | 12/13/21 | | | | | | 3 |
| | 04) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 05) | | | 12/13/21 | | | | | | | | | | | 0 |
| | 06) | | | 12/13/21 | | | | | | | | | | | 0 |

TOTAL  08
       05
       03

IN HOUSE TOTAL  28
                24
                4