# Exhibit B-6

## HENLEY-YOUNG JUVENILE JUSTICE CENTER
Daily Roster - Youth Court Residents

Date: 12/20/21

| # | D.O.B | Name (Boys)/Size List | Locker | Room | Original Detain Date | Detain Time | Charge(s) | DYS | YSS | Detention Hearing | Returned from | Release Date | Release Time | Released To: | Disposition | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▮ | ▮ | ▮ | ▮ | 12/16/2021 | 2310 | ▮ | ▮ | | 20-Dec | | | | | | 4 |
| 2 | ▮ | ▮ | ▮ | ▮ | 12/17/2021 | 0120 | ▮ | ▮ | | 20-Dec | | | | | | 3 |
| 3 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 4 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 5 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 6 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 7 | | | | | 12/21/2021 | | | | | | | | | | | -1 |
| 8 | | | | | 12/22/2021 | | | | | | | | | | | -2 |
| 9 | | | | | 12/23/2021 | | | | | | | | | | | -3 |
| 10 | | | | | 12/24/2021 | | | | | | | | | | | -4 |
| 11 | | | | | 12/25/2021 | | | | | | | | | | | -5 |
| 12 | | | | | 12/26/2021 | | | | | | | | | | | -6 |
| 13 | | | | | 12/27/2021 | | | | | | | | | | | -7 |
| 14 | | | | | 12/28/2021 | | | | | | | | | | | |
| 15 | | | | | 12/29/2021 | | | | | | | | | | | |
| 16 | | | | | 12/30/2021 | | | | | | | | | | | |
| 17 | | | | | 12/31/2021 | | | | | | | | | | | |
| 18 | | | | | 1/1/2022 | | | | | | | | | | | |
| 19 | | | | | 1/2/2022 | | | | | | | | | | | |
| 20 | | | | | 1/3/2022 | | | | | | | | | | | |
| 1 | ▮ | ▮ | ▮ | ▮ | 11/11/2021 | 1503 | ▮ | ▮ | | 11/15/2021 | | | | | ▮ | 39 |
| 2 | ▮ | ▮ | ▮ | ▮ | 12/1/2021 | 0955 | ▮ | ▮ | | 12/1/2021 | | | | | ▮ | 19 |
| 3 | ▮ | ▮ | | ▮ | 12/3/2021 | 0315 | ▮ | ▮ | | 20-Dec | ▮ | ######## | | | | 17 |
| 4 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 5 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 6 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 7 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 8 | | | | | 12/21/2021 | | | | | | | | | | | |
| 9 | | | | | 12/22/2021 | | | | | | | | | | | |

## JCA (Juveniles Charged as Adults)

Date: 12/20/21

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01) | | | 09/11/19 | 0414 | | No Bond | | | | 01/17/20 | | | | 831 |
| | 02) | | | 09/15/20 | 0336 | | No Bond | | | | 2020 | | | | 461 |
| | 03) | | | 03/19/21 | 2154 | | No Bond | | | | | | | | 276 |
| | 04) | | | 03/23/21 | 2200 | | No Bond | | | | | | | | 272 |
| | 05) | | | 03/27/21 | 2225 | | $250,000 | | | | | | | | 268 |
| | 06) | | | 04/07/21 | 0243 | | No Bond | | | | | | | | 257 |
| | 07) | | | 05/16/21 | 0136 | | No Bond | | | | | | | | 218 |
| | 08) | | | 05/16/21 | 1932 | | No Bond | | | | | | | | 218 |
| | 09) | | | 07/07/21 | 2311 | | No Bond | | | | | | | | 166 |
| | 10) | | | 09/03/21 | 2200 | | No Bond | | | | | | | | 166 |
| | 11) | | | 09/16/21 | 1240 | | $250,000 | | | | | | | | 108 |
| | 12) | | | 10/20/21 | 0540 | | No Bond | | | | | | | | 95 |
| | 13) | | | 10/20/21 | 0400 | | No Bond | | | | | | | | 61 |
| | 14) | | | 10/21/21 | 0400 | | $100,000 | | | | | | | | 61 |
| | 15) | | | 11/03/21 | 0445 | | No Bond | | | | | | | | 60 |
| | 16) | | | 11/04/21 | 1650 | | 250,000 | | | | | | | | 47 |
| | 17) | | | 11/07/21 | 2100 | | $300,000 | | | | | | | | 46 |
| | 18) | | | 12/09/21 | 1505 | | | | | | | | | | 43 |
| | 19) | | | 12/12/21 | 2100 | | | | | | | | | | 8 |
| | 20) | | | 12/16/21 | 1910 | | | | | | | | | | 4 |
| | 21) | | | 12/20/21 | | | | | | | | | | | |
| | 22) | | | 12/20/21 | | | | | | | | | | | |
| | 23) | | | 12/20/21 | | | | | | | | | | | |
| | 24) | | | 12/20/21 | | | | | | | | | | | |
| | 01) | | | 08/26/21 | 0540 | | $250,000 | | | | | | | | 116 |
| | 02) | | | 12/20/21 | | | | | | | | | | | 0 |

TOTAL  21
  20
  1