# Exhibit B-7

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
Daily Roster - Youth Court Residents

Date: 12/27/21

| # | D.O.B | Name (Boys)/Size List | Locker | Room | Original Detain Date | Detain Time | Charge(s) | DYS | YSS | Detention Hearing | Returned from | Release Date | Release Time | Released To: | Disposition | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▓ | ▓ | ▓ | ▓ | 12/22/2021 | 2330 | ▓ | ▓ | | 27-Jan | | | | | | 5 |
| 2 | ▓ | ▓ | ▓ | ▓ | 12/22/2021 | 2330 | ▓ | ▓ | | 27-Jan | | | | | | 5 |
| 3 | ▓ | ▓ | ▓ | ▓ | 12/24/2021 | 1127 | ▓ | ▓ | | 27-Jan | | | | | | 3 |
| 4 | | | | | 12/27/2021 | | | | | | | | | | | 0 |
| 5 | | | | | 12/27/2021 | | | | | | | | | | | 0 |
| 6 | | | | | 12/27/2021 | | | | | | | | | | | 0 |
| 7 | | | | | 12/28/2021 | | | | | | | | | | | -1 |
| 8 | | | | | 12/29/2021 | | | | | | | | | | | -2 |
| 9 | | | | | 12/30/2021 | | | | | | | | | | | -3 |
| 10 | | | | | 12/31/2021 | | | | | | | | | | | -3 |
| 11 | | | | | 1/1/2022 | | | | | | | | | | | -4 |
| 12 | | | | | 1/2/2022 | | | | | | | | | | | -5 |
| 13 | | | | | 1/3/2022 | | | | | | | | | | | -6 |
| 14 | | | | | 1/4/2022 | | | | | | | | | | | |
| 15 | | | | | 1/5/2022 | | | | | | | | | | | |
| 16 | | | | | 1/6/2022 | | | | | | | | | | | |
| 17 | | | | | 1/7/2022 | | | | | | | | | | | |
| 18 | | | | | 1/8/2022 | | | | | | | | | | | |
| 19 | | | | | 1/9/2022 | | | | | | | | | | | |
| 20 | | | | | 1/10/2022 | | | | | | | | | | | |
| 1 | ▓ | ▓ | ▓ | ▓ | 11/11/2021 | 1503 | ▓ | ▓ | | 11/15/2021 | | | | | ▓ | 46 |
| 2 | ▓ | ▓ | ▓ | ▓ | 12/1/2021 | 0955 | ▓ | ▓ | | 12/1/2021 | | | | | ▓ | 26 |
| 3 | | | | | 12/27/2021 | | | | | | | | | | | 0 |
| 4 | | | | | 12/27/2021 | | | | | | | | | | | 0 |
| 5 | | | | | 12/27/2021 | | | | | | | | | | | 0 |
| 6 | | | | | 12/28/2021 | | | | | | | | | | | -1 |
| 7 | | | | | 12/29/2021 | | | | | | | | | | | -2 |
| 8 | | | | | 12/30/2021 | | | | | | | | | | | |
| 9 | | | | | 12/31/2021 | | | | | | | | | | | |

## JCA (Juveniles Charged as Adults)

Date: 12/27/21

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | 01) ▇ | ▇ | ▇ | 09/11/19 | 0414 | ▇ | No Bond | ▇ | ▇ | ▇ | 01/17/20 | ▇ | ▇ | ▇ | 838 |
| ▇ | 02) ▇ | ▇ | ▇ | 09/15/20 | 0336 | ▇ | No Bond | ▇ | ▇ | ▇ | 2020 | ▇ | ▇ | ▇ | 468 |
| ▇ | 03) ▇ | ▇ | ▇ | 03/19/21 | 2154 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 283 |
| ▇ | 04) ▇ | ▇ | ▇ | 03/23/21 | 2200 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 279 |
| ▇ | 05) ▇ | ▇ | ▇ | 03/27/21 | 2225 | ▇ | $250,000 | ▇ | ▇ | ▇ | | | ▇ | ▇ | 275 |
| ▇ | 06) ▇ | ▇ | ▇ | 04/07/21 | 0243 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 264 |
| ▇ | 07) ▇ | ▇ | ▇ | 05/16/21 | 0136 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 225 |
| ▇ | 08) ▇ | ▇ | ▇ | 05/16/21 | 1932 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 225 |
| ▇ | 09) ▇ | ▇ | ▇ | 07/07/21 | 2311 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 173 |
| ▇ | 10) ▇ | ▇ | ▇ | 09/03/21 | 2200 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 115 |
| ▇ | 11) ▇ | ▇ | ▇ | 09/16/21 | 1240 | ▇ | $250,000 | ▇ | ▇ | ▇ | | | ▇ | ▇ | 102 |
| ▇ | 12) ▇ | ▇ | ▇ | 10/20/21 | 0540 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 68 |
| ▇ | 13) ▇ | ▇ | ▇ | 10/20/21 | 0400 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 68 |
| ▇ | 14) ▇ | ▇ | ▇ | 10/21/21 | 0400 | ▇ | $100,000 | ▇ | ▇ | ▇ | | | ▇ | ▇ | 67 |
| ▇ | 15) ▇ | ▇ | ▇ | 11/03/21 | 0445 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 54 |
| ▇ | 16) ▇ | ▇ | ▇ | 11/04/21 | 1650 | ▇ | 250,000 | ▇ | ▇ | ▇ | | | ▇ | ▇ | 53 |
| ▇ | 17) ▇ | ▇ | ▇ | 11/07/21 | 2100 | ▇ | $300,000 | ▇ | ▇ | ▇ | | | ▇ | ▇ | 50 |
| ▇ | 18) ▇ | ▇ | ▇ | 12/09/21 | 1505 | ▇ | | ▇ | ▇ | | | | | ▇ | 18 |
| ▇ | 19) ▇ | ▇ | ▇ | 12/12/21 | 2100 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 15 |
| ▇ | 20) ▇ | ▇ | ▇ | 12/16/21 | 1910 | ▇ | No Bond | ▇ | ▇ | ▇ | | | ▇ | ▇ | 11 |
| ▇ | 21) ▇ | ▇ | ▇ | 12/21/21 | 2059 | ▇ | | ▇ | ▇ | ▇ | | | | ▇ | 6 |
| | 22) | | | 12/27/21 | | | | | | | | | | | |
| | 23) | | | 12/27/21 | | | | | | | | | | | |
| | 24) | | | 12/27/21 | | | | | | | | | | | |
| | 01) | | | 12/27/21 | | ▇ | | | | | | | | | 0 |
| | 02) | | | 12/27/21 | | | | | | | | | | | 0 |

TOTAL  21
▇  21
▇  0