# Exhibit B-8

## JCA (Juveniles Charged as Adults)

Date: 01/03/22

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | 01) ▮ | ▮ | ▮ | 09/11/19 | 0414 | ▮ | No Bond | ▮ | ▮ | ▮ | 01/17/20 | ▮ | ▮ | ▮ | 845 |
| ▮ | 02) ▮ | ▮ | ▮ | 09/15/20 | 0336 | ▮ | No Bond | ▮ | ▮ | ▮ | 2020 | ▮ | | ▮ | 475 |
| ▮ | 03) ▮ | ▮ | ▮ | 03/19/21 | 2154 | ▮ | No Bond | ▮ | ▮ | ▮ | | | | ▮ | 290 |
| ▮ | 04) ▮ | ▮ | ▮ | 03/23/21 | 2200 | ▮ | No Bond | ▮ | ▮ | ▮ | | | | ▮ | 286 |
| ▮ | 05) ▮ | ▮ | ▮ | 03/27/21 | 2225 | ▮ | $250,000 | ▮ | ▮ | ▮ | | | ▮ | ▮ | 282 |
| ▮ | 06) ▮ | ▮ | ▮ | 04/07/21 | 0243 | ▮ | No Bond | ▮ | ▮ | ▮ | | | ▮ | | 271 |
| ▮ | 07) ▮ | ▮ | ▮ | 05/16/21 | 0136 | ▮ | No Bond | ▮ | ▮ | | | | ▮ | | 232 |
| ▮ | 08) ▮ | ▮ | ▮ | 05/16/21 | 1932 | ▮ | No Bond | ▮ | ▮ | | | | ▮ | | 232 |
| ▮ | 09) ▮ | ▮ | ▮ | 07/07/21 | 2311 | ▮ | No Bond | ▮ | ▮ | | | | | ▮ | 180 |
| ▮ | 10) ▮ | ▮ | ▮ | 09/03/21 | 2200 | ▮ | No Bond | ▮ | ▮ | ▮ | | | | ▮ | 122 |
| ▮ | 11) ▮ | ▮ | ▮ | 09/16/21 | 1240 | ▮ | $250,000 | ▮ | ▮ | | | | ▮ | ▮ | 109 |
| ▮ | 12) ▮ | ▮ | ▮ | 10/20/21 | 0540 | ▮ | No Bond | ▮ | ▮ | | | | ▮ | ▮ | 75 |
| ▮ | 13) ▮ | ▮ | ▮ | 10/20/21 | 0400 | ▮ | No Bond | ▮ | ▮ | | | | ▮ | ▮ | 75 |
| ▮ | 14) ▮ | ▮ | ▮ | 10/21/21 | 0400 | ▮ | $100,000 | ▮ | ▮ | | | | ▮ | ▮ | 74 |
| ▮ | 15) ▮ | ▮ | ▮ | 11/03/21 | 0445 | ▮ | No Bond | ▮ | ▮ | ▮ | | | ▮ | ▮ | 61 |
| ▮ | 16) ▮ | ▮ | | 11/04/21 | 1650 | ▮ | 250,000 | ▮ | ▮ | ▮ | | | ▮ | ▮ | 60 |
| ▮ | 17) ▮ | ▮ | ▮ | 11/07/21 | 2100 | ▮ | $300,000 | ▮ | ▮ | ▮ | | | ▮ | ▮ | 57 |
| ▮ | 18) ▮ | ▮ | ▮ | 12/09/21 | 1505 | | | ▮ | | | | | | ▮ | 25 |
| ▮ | 19) ▮ | ▮ | ▮ | 12/12/21 | 2100 | ▮ | No Bond | ▮ | ▮ | ▮ | | | ▮ | ▮ | 22 |
| ▮ | 20) ▮ | ▮ | ▮ | 12/16/21 | 1910 | ▮ | No Bond | ▮ | ▮ | | | | ▮ | ▮ | 18 |
| ▮ | 21) ▮ | ▮ | ▮ | 12/21/21 | 2059 | ▮ | | ▮ | ▮ | ▮ | | | | ▮ | 13 |
| | 22) | | | 01/01/22 | | | | | | | | | | | |
| | 23) | | | 01/01/22 | | | | | | | | | | | |
| | 24) | | | 01/01/22 | | ▮ | | | | | | | | | |
| | 01) | | | 01/01/22 | | | | | | | | | | | |
| | 02) | | | 01/01/22 | | | | | | | | | | | 2 |

TOTAL  21
▮  21
▮  0

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

Daily Roster - Youth Court Residents

Date: 1/3/22

| # | D.O.B | Name (Boys)/Size List | Locker | Room | Original Detain Date | Detain Time | Charge(s) | DYS | YSS | Detention Hearing | Returned from | Release Date | Release Time | Released To: | Disposition | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▉ | ▉ | ▉ | ▉ | 12/22/2021 | 2330 | ▉ | ▉ | | 27-Dec | | | | | | 11 |
| 2 | ▉ | ▉ | ▉ | ▉ | 12/22/2021 | 2330 | ▉ | ▉ | | 27-Dec | | | | | | 11 |
| 3 | ▉ | ▉ | ▉ | ▉ | 12/24/2021 | 1127 | ▉ | ▉ | | 27-Dec | | | | | | 9 |
| 4 | ▉ | ▉ | ▉ | ▉ | 12/29/2021 | 1030 | ▉ | | | | | | | | | 4 |
| 5 | ▉ | ▉ | ▉ | ▉ | 12/30/2021 | 1705 | ▉ | | | | | | | | | 3 |
| 6 | ▉ | ▉ | ▉ | ▉ | 12/31/2021 | **0145** | ▉ | | | | | | | | | 3 |
| 7 | | | | | 12/31/2021 | | | | | | | | | | | 3 |
| 8 | | | | | 12/31/2021 | | | | | | | | | | | 3 |
| 9 | | | | | 12/31/2021 | | | | | | | | | | | 3 |
| 10 | | | | | 12/31/2021 | | | | | | | | | | | 3 |
| 11 | | | | | 1/1/2022 | | | | | | | | | | | 2 |
| 12 | | | | | 1/2/2022 | | | | | | | | | | | 1 |
| 13 | | | | | 1/3/2022 | | | | | | | | | | | 0 |
| 14 | | | | | 1/4/2022 | | | | | | | | | | | |
| 15 | | | | | 1/5/2022 | | | | | | | | | | | |
| 16 | | | | | 1/6/2022 | | | | | | | | | | | |
| 17 | | | | | 1/7/2022 | | | | | | | | | | | |
| 18 | | | | | 1/8/2022 | | | | | | | | | | | |
| 19 | | | | | 1/9/2022 | | | | | | | | | | | |
| 20 | | | | | 1/10/2022 | | | | | | | | | | | |
| 1 | ▉ | ▉ | ▉ | ▉ | 11/11/2021 | 1503 | ▉ | ▉ | | 11/15/2021 | | | | | ▉ | 52 |
| 2 | ▉ | ▉ | ▉ | ▉ | 12/1/2021 | 0955 | ▉ | ▉ | | 12/1/2021 | | | | | ▉ | 32 |
| 3 | ▉ | ▉ | ▉ | ▉ | 12/30/2021 | 1700 | ▉ | | | | | | | | | 3 |
| 4 | ▉ | ▉ | ▉ | ▉ | 12/30/2021 | 2030 | ▉ | | | | | | | | | 3 |
| 5 | | | | | 12/31/2021 | | | | | | | | | | | 3 |
| 6 | | | | | 12/31/2021 | | | | | | | | | | | 3 |
| 7 | | | | | 12/31/2021 | | | | | | | | | | | 3 |
| 8 | | | | | 1/1/2022 | | | | | | | | | | | |
| 9 | | | | | 1/2/2022 | | | | | | | | | | | |