# Exhibit B-9

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
Daily Roster - Youth Court Residents

Date: 1/10/22

| # | D.O.B | Name (Boys)/Size List | Locker | Room | Original Detain Date | Detain Time | Charge(s) | DYS | YSS | Detention Hearing | Returned from | Release Date | Release Time | Released To: | Disposition | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ■ | ■ | ■ | ■ | 12/22/2021 | 2330 | ■ | ■ | | 27-Dec | | | | | | 18 |
| 2 | ■ | ■ | ■ | ■ | 12/22/2021 | 2330 | ■ | ■ | | 27-Dec | | | | | | 18 |
| 3 | ■ | ■ | ■ | ■ | 12/24/2021 | 1127 | ■ | ■ | | 27-Dec | | | | | | 16 |
| 4 | ■ | ■ | ■ | ■ | 12/29/2021 | 1030 | ■ | | | 1/3/2022 | | | | | | 11 |
| 5 | ■ | ■ | ■ | ■ | 1/7/2022 | 2350 | ■ | ■ | | 1/10/2022 | | | | | | 3 |
| 6 | | | | | 1/10/2022 | | | | | | | | | | | |
| 7 | | | | | 1/10/2022 | | | | | | | | | | | |
| 8 | | | | | 1/10/2022 | | | | | | | | | | | |
| 9 | | | | | 1/11/2022 | | | | | | | | | | | |
| 10 | | | | | 1/12/2022 | | | | | | | | | | | |
| 11 | | | | | 1/13/2022 | | | | | | | | | | | |
| 12 | | | | | 1/14/2022 | | | | | | | | | | | |
| 13 | | | | | 1/15/2022 | | | | | | | | | | | |
| 14 | | | | | 1/16/2022 | | | | | | | | | | | |
| 15 | | | | | 1/17/2022 | | | | | | | | | | | |
| 16 | | | | | 1/18/2022 | | | | | | | | | | | |
| 17 | | | | | 1/19/2022 | | | | | | | | | | | |
| 18 | | | | | 1/20/2022 | | | | | | | | | | | |
| 19 | | | | | 1/21/2022 | | | | | | | | | | | |
| 20 | | | | | 1/22/2022 | | | | | | | | | | | |
| 1 | ■ | ■ | ■ | ■ | 11/11/2021 | 1503 | ■ | ■ | | 11/15/2021 | | | | | ■ | 59 |
| 2 | ■ | ■ | ■ | ■ | 12/1/2021 | 0955 | ■ | ■ | | 12/1/2021 | | | | | ■ | 39 |
| 3 | | | | | 1/10/2022 | | | | | | | | | | | |
| 4 | | | | | 1/10/2022 | | | | | | | | | | | |
| 5 | | | | | 1/11/2022 | | | | | | | | | | | |
| 6 | | | | | 1/12/2022 | | | | | | | | | | | |
| 7 | | | | | 1/13/2022 | | | | | | | | | | | |
| 8 | | | | | 1/14/2022 | | | | | | | | | | | |
| 9 | | | | | 1/15/2022 | | | | | | | | | | | |

## JCA (Juveniles Charged as Adults)

Date  01/10/22

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01) | | | 09/11/19 | 0414 | | No Bond | | | | 01/17/20 | | | | 852 |
| | 02) | | | 09/15/20 | 0336 | | No Bond | | | | 2020 | | | | 482 |
| | 03) | | | 03/19/21 | 2154 | | No Bond | | | | | | | | 297 |
| | 04) | | | 03/23/21 | 2200 | | No Bond | | | | | | | | 293 |
| | 05) | | | 03/27/21 | 2225 | | $250,000 | | | | | | | | 289 |
| | 06) | | | 04/07/21 | 0243 | | No Bond | | | | 12/27/21 | | | | 278 |
| | 07) | | | 05/16/21 | 0136 | | No Bond | | | | | | | | 239 |
| | 08) | | | 05/16/21 | 1932 | | No Bond | | | | 11/17/21 | | | | 239 |
| | 09) | | | 07/07/21 | 2311 | | No Bond | | | | | | | | 187 |
| | 10) | | | 09/03/21 | 2200 | | No Bond | | | | | | | | 129 |
| | 11) | | | 09/16/21 | 1240 | | $250,000 | | | | | | | | 116 |
| | 12) | | | 10/20/21 | 0540 | | No Bond | | | | | | | | 82 |
| | 13) | | | 10/20/21 | 0400 | | No Bond | | | | | | | | 82 |
| | 14) | | | 10/21/21 | 0400 | | $100,000 | | | | | | | | 81 |
| | 15) | | | 11/03/21 | 0445 | | No Bond | | | | | | | | 68 |
| | 16) | | | 11/04/21 | 1650 | | 250,000 | | | | | | | | 67 |
| | 17) | | | 11/07/21 | 2100 | | $300,000 | | | | | | | | 64 |
| | 18) | | | 12/09/21 | 1505 | | $75,000 | | | | | | | | 32 |
| | 19) | | | 12/12/21 | 2100 | | No Bond | | | | | | | | 29 |
| | 20) | | | 12/16/21 | 1910 | | No Bond | | | | | | | | 25 |
| | 21) | | | 12/21/21 | 2059 | | No Bond | | | | | | | | 20 |
| | 22) | | | 01/10/22 | | | | | | | | | | | |
| | 23) | | | 01/10/22 | | | | | | | | | | | |
| | 24) | | | 01/10/22 | | | | | | | | | | | |
| | 01) | | | 01/10/22 | | | | | | | | | | | |
| | 02) | | | 01/10/22 | | | | | | | | | | | |

TOTAL  21
       21
        0