# Exhibit B-10

# HENLEY-YOUNG JUVENILE JUSTICE CENTER

Daily Roster - Youth Court Residents

**Date:** 2/7/22

| # | D.O.B | Name (Boys)/Size List | Locker | Room | Original Detain Date | Detain Time | Charge(s) | DYS | YSS | Detention Hearing | Returned from | Release Date | Release Time | Released To: | Disposition | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▮ | ▮ | ▮ | ▮ | 1/21/2022 | 1806 | ▮ | ▮ | | 24-Jan | | | | | | 16 |
| 2 | ▮ | ▮ | | ▮ | 1/25/2022 | 0927 | ▮ | ▮ | | 26-Jan | | | | | | 12 |
| 3 | ▮ | ▮ | ▮ | | 1/30/2022 | 1830 | ▮ | ▮ | | 2/2/2022 | | | | | | 7 |
| 4 | ▮ | ▮ | ▮ | ▮ | 2/1/2022 | 1302 | ▮ | ▮ | | 2/3/2022 | | | | | | 6 |
| 5 | | | | | 2/7/2022 | | | | | | | | | | | 0 |
| 6 | | | | | 2/7/2022 | | | | | | | | | | | 0 |
| 7 | | | | | 2/7/2022 | | | | | | | | | | | |
| 8 | | | | | 2/8/2022 | | | | | | | | | | | |
| 9 | | | | | 2/9/2022 | | | | | | | | | | | |
| 10 | | | | | 2/10/2022 | | | | | | | | | | | |
| 11 | | | | | 2/11/2022 | | | | | | | | | | | |
| 12 | | | | | 2/12/2022 | | | | | | | | | | | |
| 13 | | | | | 2/13/2022 | | | | | | | | | | | |
| 14 | | | | | 2/14/2022 | | | | | | | | | | | |
| 15 | | | | | 2/15/2022 | | | | | | | | | | | |
| 16 | | | | | 2/16/2022 | | | | | | | | | | | |
| 17 | | | | | 2/17/2022 | | | | | | | | | | | |
| 18 | | | | | 2/18/2022 | | | | | | | | | | | |
| 19 | | | | | 2/19/2022 | | | | | | | | | | | |
| 20 | | | | | 2/20/2022 | | | | | | | | | | | |
| 1 | ▮ | ▮ | ▮ | ▮ | 2/4/2022 | 0015 | ▮ | | | | | | | | | 3 |
| 2 | | | | | 2/7/2022 | | | | | | | | | | | |
| 3 | | | | | 2/7/2022 | | | | | | | | | | | |
| 4 | | | | | 2/7/2022 | | | | | | | | | | | |
| 5 | | | | | 2/8/2022 | | | | | | | | | | | |
| 6 | | | | | 2/9/2022 | | | | | | | | | | | |
| 7 | | | | | 2/10/2022 | | | | | | | | | | | |
| 8 | | | | | 2/11/2022 | | | | | | | | | | | |
| 9 | | | | | 2/12/2022 | | | | | | | | | | | |

## JCA (Juveniles Charged as Adults)

**Date**  02/07/22

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | 01) ▮ | ▮ | ▮ | 09/11/19 | 0414 | ▮ | ▮ | ▮ | | ▮ | 01/17/20 | ▮ | ▮ | ▮ | 880 |
| ▮ | 02) ▮ | ▮ | ▮ | 09/15/20 | 0336 | ▮ | ▮ | ▮ | | ▮ | 2020 | ▮ | ▮ | ▮ | 510 |
| ▮ | 03) ▮ | ▮ | ▮ | 03/19/21 | 2154 | ▮ | ▮ | | | ▮ | | | | ▮ | 325 |
| ▮ | 04) ▮ | ▮ | ▮ | 03/23/21 | 1724 | ▮ | ▮ | | | ▮ | | | ▮ | | 321 |
| ▮ | 05) ▮ | ▮ | ▮ | 03/27/21 | 2225 | ▮ | ▮ | | | | | | ▮ | ▮ | 317 |
| ▮ | 06) ▮ | ▮ | ▮ | 04/01/21 | 0243 | ▮ | ▮ | | | ▮ | 12/27/21 | | | | 312 |
| ▮ | 07) ▮ | ▮ | ▮ | 05/16/21 | 1932 | ▮ | ▮ | | | ▮ | 11/17/21 | | | | 267 |
| ▮ | 08) ▮ | ▮ | ▮ | 07/07/21 | 2311 | ▮ | ▮ | | | ▮ | | | | | 215 |
| ▮ | 09) ▮ | ▮ | ▮ | 09/03/21 | 2200 | ▮ | ▮ | | | ▮ | | | ▮ | | 157 |
| ▮ | 10) ▮ | ▮ | ▮ | 09/16/21 | 1240 | ▮ | ▮ | | | ▮ | | | ▮ | | 144 |
| ▮ | 11) ▮ | ▮ | ▮ | 10/20/21 | 0540 | ▮ | ▮ | | | ▮ | | | ▮ | | 110 |
| ▮ | 12) ▮ | ▮ | ▮ | 10/21/21 | 0400 | ▮ | ▮ | | | ▮ | | | ▮ | | 109 |
| ▮ | 13) ▮ | ▮ | ▮ | 11/03/21 | 0445 | ▮ | ▮ | | | ▮ | | | ▮ | | 96 |
| ▮ | 14) ▮ | ▮ | ▮ | 11/05/21 | 1650 | ▮ | ▮ | | | ▮ | | | | | 94 |
| ▮ | 15) ▮ | ▮ | ▮ | 11/07/21 | 2100 | ▮ | ▮ | | | ▮ | | | ▮ | | 92 |
| ▮ | 16) ▮ | ▮ | ▮ | 12/12/21 | 2100 | ▮ | ▮ | | | ▮ | | | ▮ | | 57 |
| ▮ | 17) ▮ | ▮ | ▮ | 12/16/21 | 1910 | ▮ | ▮ | | | ▮ | | | ▮ | | 53 |
| ▮ | 18) ▮ | ▮ | ▮ | 12/21/21 | 2059 | ▮ | ▮ | | | ▮ | | | ▮ | | 48 |
| ▮ | 19) ▮ | ▮ | ▮ | 01/27/22 | 0515 | ▮ | ▮ | | | ▮ | | | | | 11 |
| ▮ | 20) ▮ | ▮ | ▮ | 01/28/22 | 1248 | ▮ | ▮ | | | ▮ | | | | | 10 |
| ▮ | 21) ▮ | ▮ | ▮ | 01/28/22 | 1354 | ▮ | ▮ | | | ▮ | | | | ▮ | 10 |
| ▮ | 22) ▮ | ▮ | ▮ | 01/30/22 | 0440 | ▮ | ▮ | ▮ | | ▮ | | | | ▮ | 8 |
| ▮ | 23) ▮ | ▮ | ▮ | 02/02/22 | 0635 | ▮ | ▮ | | | ▮ | | | | ▮ | 5 |
| ▮ | 24) ▮ | ▮ | ▮ | 02/02/22 | 0635 | ▮ | | ▮ | | ▮ | | | | ▮ | 5 |
| ▮ | 25) ▮ | ▮ | ▮ | 02/06/22 | 0315 | ▮ | | | | | | | | ▮ | 1 |
| ▮ | 26) ▮ | ▮ | ▮ | 02/06/22 | 0315 | ▮ | | | | | | | | ▮ | 1 |
| ▮ | 27) ▮ | ▮ | ▮ | 02/06/22 | 0315 | ▮ | | | | | | | | ▮ | 1 |
| ▮ | 01) ▮ | ▮ | ▮ | 01/28/22 | 2110 | ▮ | ▮ | ▮ | | ▮ | | | | ▮ | 10 |

| | | | |
|---|---|---|---|
| ▮ | TOTAL | | 28 |
| | ▮ | | 27 |
| | ▮ | | 1 |