# Exhibit C-3

# Pls Email to Def
# dated Dec. 21, 2021

# Leslie Faith Jones

| | |
|---|---|
| **From:** | Leslie Faith Jones |
| **Sent:** | Tuesday, December 21, 2021 12:22 PM |
| **To:** | Tony Gaylor; Tony Gaylor |
| **Cc:** | Keisha Stokes-Hough; Greta Martin |
| **Subject:** | RE: HYJJC - Ongoing ETACD Violation |
| **Attachments:** | 20211220_MondayRoster.pdf |

Good Afternoon Mr. Gaylor,

Thank you for your response.

The resident we identified last week continues to be held in violation of the Extended Third Amended Consent Decree in *J.H., et al. v. Hinds Co., et al.*, 3:11-cv-327-DPJ-FKB.

Regards,
Leslie Faith Jones



**Leslie Faith Jones**  she/her/hers
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
C 601.317.7519
leslie.jones@splcenter.org  |  www.splcenter.org
Admitted in Mississippi, Pennsylvania, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Tony Gaylor <tgaylor@co.hinds.ms.us>
**Sent:** Tuesday, December 14, 2021 2:52 PM
**To:** Leslie Jones <leslie.jones@splcenter.org>; Tony Gaylor <tgaylor@cglawpartners.com>
**Cc:** Keisha Stokes-Hough <keisha.stokeshough@splcenter.org>; Greta Martin <gmartin@drms.ms>
**Subject:** Re: HYJJC - Ongoing ETACD Violation

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.




Please "cc" my assistant on all correspondence: lmoore@co.hinds.ms.us.


Thank you,

Tony Gaylor

Board Attorney

Hinds County Board of Supervisors

Post Office Box 686

Jackson, MS 39205-0686

(601) 968-6797

(601) 968-1003 facsimile

Email: tgaylor@co.hinds.ms.us



**This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.**

---

**From:** Leslie Jones <leslie.jones@splcenter.org>
**Sent:** Monday, December 13, 2021 3:50 PM
**To:** Tony Gaylor <tgaylor@co.hinds.ms.us>; Tony Gaylor <tgaylor@cglawpartners.com>
**Cc:** Keisha Stokes-Hough <keisha.stokeshough@splcenter.org>; Greta Martin <gmartin@drms.ms>
**Subject:** HYJJC - Ongoing ETACD Violation

Good Afternoon Mr. Gaylor,

Attached, please find two Rosters for the population at Henley Young Juvenile Justice Center which we received from the facility on December 6 and December 13.

Both Rosters identify a ███████████████████████████████ as having exceeded the current federal court order which precludes detention longer than 21 days. As per the final sentence in the attached August 16, 2021, Order signed by Judge Jordan: "And Defendant is in violation of the Extended Third Amended Consent Decree if and when it houses children under Youth Court jurisdiction beyond the 21-day limit set forth in paragraph 2.1."

2

We appreciate your prompt attention and reply to this ongoing violation of the Extended Third Amended Consent Decree in *J.H., et al. v. Hinds Co., et al.*, 3:11-cv-327-DPJ-FKB.

Regards,
Leslie Faith Jones



**Leslie Faith Jones**  she/her/hers
Senior Staff Attorney  |  Criminal Justice Reform
Southern Poverty Law Center
C 601.317.7519
[leslie.jones@splcenter.org](mailto:leslie.jones@splcenter.org)  |  [www.splcenter.org](http://www.splcenter.org)
Admitted in Mississippi, Pennsylvania, New York

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

This E-mail may contain legally privileged and/or confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply E-mail and delete the original message.

IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

ATTEST A TRUE COPY
FILED
DEC 08 2021
EDDIE JEAN CARR, CHANCERY CLERK
_____ D.C.

IN THE MATTER OF:

▓▓▓▓▓▓▓▓▓▓, ALLEGED TO BE MENTALLY ILL

NO. ▓▓▓▓▓▓▓

## ORDER OF COMMITMENT

This matter having come on for hearing according to law, and the court having found as follows:

I

▓▓▓▓▓▓▓▓▓▓ intelligently and knowingly waived a hearing with the approval of the Court) ▓▓▓▓▓▓▓▓▓▓ ing reasons:

_____ ).

II

The Court has juridiction over the subject matter and all the necessary parties;

III

The Court (received a record of all drugs or other treatment received by the Respondent pending the hearing) ▓▓▓▓▓▓▓▓▓▓ rate record of drugs or medication is not practical for the following reasons:

_____ ).

IV

The Respondent was not so under the influence of drugs, medication or other treatment as to be hampered in participating in the proceedings.

V

The Respondent has recently threatened/attempted to physically harm him- (her-) self/others:
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

VI

The Respondent has recently failed to care for him- (her-) self: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

VII

The Respondent, by clear and convincing evidence, is a mentally ill person who poses a substantial likelihood of physical harm to him- (her-) self (others).

CHCADM4

VIII

The following (out-patient care) (alternative living arrangements) (others) (has) (have) been considered as alternative to institutionalization and have been found (not) suitable for the following reasons:

████████████████████

IX

There is (no) suitable alternative to judicial commitment: ████████████████

IT IS THEREFORE ORDERED AND ADJUDGED that the Respondent be committed to: _____

████████████████████

(For treatment facilities - to be admitted at such time as the Director determines that adequate facilities and services are available.); said commitment to remain in effect for _____ (not to exceed ninety) days, unless terminated earlier as provided by law.

SO ORDERED AND ADJUDGED, this the ___8TH___ day of ___DECEMBER___, 2021.

████████████████
Chancellor

APPROVED AS TO FORM ONLY:

_____, ATTORNEY
JOHN BARNETT

APPROVED BY:
████████████
████████████ , SPECIAL MASTER

CHCADMS

# HENLEY-YOUNG JUVENILE JUSTICE CENTER
## Daily Roster - Youth Court Residents

Date: 12/20/21

| # | D.O.B | Name (Boys)/Size List | Locker | Room | Original Detain Date | Detain Time | Charge(s) | DYS | YSS | Detention Hearing | Returned from | Release Date | Release Time | Released To: | Disposition | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▮ | ▮ | ▮ | ▮ | 12/16/2021 | 2310 | ▮ | ▮ | | 20-Dec | | | | | | 4 |
| 2 | ▮ | ▮ | ▮ | ▮ | 12/17/2021 | 0120 | ▮ | ▮ | | 20-Dec | | | | | | 3 |
| 3 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 4 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 5 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 6 | | | | | 12/21/2021 | | | | | | | | | | | 0 |
| 7 | | | | | 12/22/2021 | | | | | | | | | | | -1 |
| 8 | | | | | 12/22/2021 | | | | | | | | | | | -2 |
| 9 | | | | | 12/23/2021 | | | | | | | | | | | -3 |
| 10 | | | | | 12/24/2021 | | | | | | | | | | | -4 |
| 11 | | | | | 12/25/2021 | | | | | | | | | | | -5 |
| 12 | | | | | 12/26/2021 | | | | | | | | | | | -6 |
| 13 | | | | | 12/27/2021 | | | | | | | | | | | -7 |
| 14 | | | | | 12/28/2021 | | | | | | | | | | | |
| 15 | | | | | 12/29/2021 | | | | | | | | | | | |
| 16 | | | | | 12/30/2021 | | | | | | | | | | | |
| 17 | | | | | 12/31/2021 | | | | | | | | | | | |
| 18 | | | | | 1/1/2022 | | | | | | | | | | | |
| 19 | | | | | 1/2/2022 | | | | | | | | | | | |
| 20 | | | | | 1/3/2022 | | | | | | | | | | | |
| 1 | ▮ | ▮ | ▮ | ▮ | 11/11/2021 | 1503 | ▮ | ▮ | | 11/15/2021 | | | | | ▮ | 39 |
| 2 | ▮ | ▮ | ▮ | ▮ | 12/1/2021 | 0955 | ▮ | ▮ | | 12/1/2021 | | | | | ▮ | 19 |
| 3 | ▮ | ▮ | ▮ | ▮ | 12/3/2021 | 0315 | ▮ | | | 20-Dec | ▮ | ######## | | | | 17 |
| 4 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 5 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 6 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 7 | | | | | 12/20/2021 | | | | | | | | | | | 0 |
| 8 | | | | | 12/21/2021 | | | | | | | | | | | |
| 9 | | | | | 12/22/2021 | | | | | | | | | | | |

JCA (Juveniles Charged as Adults)

Date 12/20/21

| DOB | Name/Size List | Locker # | Room # | Booking Date | Booking Time | Offense(s) | Bond Amount | Case Mgr/Thrp | A&D Thrp | Indicted Y/N | Indictment Date | Indictment # | Attorney/Judge | Arresting Agency | # Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01) | | | 09/11/19 | 0414 | | | | | | 01/17/20 | | | | 831 |
| | 02) | | | 09/15/20 | 0336 | | | | | | 2020 | | | | 461 |
| | 03) | | | 03/19/21 | 2154 | | | | | | | | | | 276 |
| | 04) | | | 03/23/21 | 2200 | | | | | | | | | | 272 |
| | 05) | | | 03/27/21 | 2225 | | | | | | | | | | 268 |
| | 06) | | | 04/07/21 | 0243 | | | | | | | | | | 257 |
| | 07) | | | 05/16/21 | 0136 | | | | | | | | | | 218 |
| | 08) | | | 05/16/21 | 1932 | | | | | | | | | | 218 |
| | 09) | | | 07/07/21 | 2311 | | | | | | | | | | 166 |
| | 10) | | | 09/03/21 | 2200 | | | | | | | | | | 166 |
| | 11) | | | 09/16/21 | 1240 | | | | | | | | | | 108 |
| | 12) | | | 10/20/21 | 0540 | | | | | | | | | | 95 |
| | 13) | | | 10/20/21 | 0400 | | | | | | | | | | 61 |
| | 14) | | | 10/21/21 | 0400 | | | | | | | | | | 61 |
| | 15) | | | 11/03/21 | 0445 | | | | | | | | | | 60 |
| | 16) | | | 11/04/21 | 1650 | | | | | | | | | | 47 |
| | 17) | | | 11/07/21 | 2100 | | | | | | | | | | 46 |
| | 18) | | | 12/09/21 | 1505 | | | | | | | | | | 43 |
| | 19) | | | 12/12/21 | 2100 | | | | | | | | | | 8 |
| | 20) | | | 12/16/21 | 1910 | | | | | | | | | | 4 |
| | 21) | | | 12/20/21 | | | | | | | | | | | |
| | 22) | | | 12/20/21 | | | | | | | | | | | |
| | 23) | | | 12/20/21 | | | | | | | | | | | |
| | 24) | | | 12/20/21 | | | | | | | | | | | |
| | 01) | | | 08/26/21 | 0540 | | | | | | | | | | 116 |
| | 02) | | | 12/20/21 | | | | | | | | | | | 0 |

TOTAL 21
20
1