IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.H. ET AL.                                                                                         PLAINTIFF

VS.                                                                          NO. 3:11-CV-327-DPJ-FKB

HINDS COUNTY, MISSISSIPPI                                                            DEFENDANTS

**MOTION TO TERMINATE OR, ALTERNATIVELY, MODIFY CONSENT DECREE**

Defendant, Hinds County, Mississippi, ("the County") respectfully submits this memorandum of authorities in support of its Motion to Terminate or, Alternatively, Modify the Extended Third Amended Consent Decree entered regarding Henley-Young-Patton Juvenile Justice Center ("Henley-Young") and between Plaintiffs and the County, stating the following in support:

1. As explained more fully in the contemporaneously filed memorandum of law, the County maintains that under 18 U.S.C. § 3626(b)(1) the consent decree entered regarding Henley-Young is now terminable in whole or in part pending Plaintiff's burden under § 3626(b)(3). Because Plaintiffs cannot meet their burden of establishing a current and ongoing violation of federal law at Henley-Young, the consent decree must be terminated. In the alternative only, if Plaintiffs are able to establish a current and ongoing violation warranting continued prospective relief, the County requests modification of the [161-1] Extended Third Amended Consent Decree as set forth in more detail in its supporting memorandum.

2. The following exhibits are also filed in support of this Motion and supporting memorandum:

Exhibit "A" – Declaration of Marshand K. Crisler; and

Exhibit "B" – Declaration of Eric Dorsey.

1

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this motion be granted.

Dated: March 18, 2022.

Respectfully submitted,

**PHELPS DUNBAR, LLP**


BY: */s/ Nicholas F. Morisani*
W. Thomas Siler, Jr. MB #6791
Nicholas F. Morisani, MB #104970
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: nick.morisani@phelps.com

**ATTORNEYS FOR DEFENDANT HINDS COUNTY**

## CERTIFICATE OF SERVICE

I, Nicholas F. Morisani, certify, that, on March 18, 2022, I had this Motion electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

*/s/ Nicholas F. Morisani*
Nicholas F. Morisani