IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| J.H. ET AL. | PLAINTIFF |
| VS. | NO. 3:11-CV-327-DPJ-FKB |
| HINDS COUNTY, ET AL. | DEFENDANTS |

## DECLARATION OF ERIC DORSEY

Pursuant to 28 U.S.C. § 1746, I, Eric Dorsey, state as follows:

1. I am over twenty-one (21) years of age and have personal knowledge of the information provided herein.

2. I serve as the Quality Assurance Coordinator at the Henley-Young-Patton Juvenile Justice Center ("Henley-Young") in Hinds County, Mississippi.

3. Hinds County currently has in place at Henley-Young 115 policies and procedures and associated "tools" required to implement them. The majority of these "tools" were revised and created during the time period following the original consent decree that was entered in March 2012.

4. As it relates to the training program at Henley-Young, training is active and ongoing. Henley-Young currently has an in-house Training Director, also known as the "Learning Development Manager," and two Training Coordinators, all of whom are responsible for assisting with the training program and fulfilling the facility's training needs. Currently, one of the two Training Coordinators is on military leave.

5. In my role as the Quality Assurance Coordinator dedicated to Henley-Young, I lead the facility's internal review program. As the Quality Assurance Coordinator, I conduct an ongoing review of all policies and procedures and evaluate whether the facility is meeting the goals

1                                                                EXHIBIT "B"

of the consent decree's provisions. The current monitor, Ms. Anne Nelson, has noted that Henley-Young's quality assurance and internal review program is working and continues to be a measuring tool for the facility as it relates to the staff performance when measuring compliance with the consent decree.

6.   I declare under the penalties of perjury that the foregoing information is true and correct to the best of my knowledge.

EXECUTED on this the 18th day of March, 2022.

*Eric Dorsey*

Eric Dorsey, Quality Assurance Coordinator