UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.H. ET AL.                                                                                            PLAINTIFFS

VS.                                                                                      NO. 3:11-CV-327-DPJ-FKB

HINDS COUNTY, MISSISSIPPI                                                             DEFENDANTS

ORDER GRANTING MOTION TO TERMINATE
EXTENDED THIRD AMENDED CONSENT DECREE

BEFORE THE COURT is the Motion to Terminate or, Alternatively, Modify the Extended Third Amended Consent Decree [173] filed by Defendant Hinds County, Mississippi ("the County"). On April 2, 2021, upon consent of the parties, the Court extended the Consent Decree to remain in effect until March 28, 2023. *See* Extended Third Amended Consent Decree [161-1] ("Consent Decree"). On March 18, 2022, the parties filed competing motions: Plaintiffs asked the Court to require Hinds County to show cause why it should not be held in contempt for failure to comply with the Consent Decree [170], and the County asked the Court to terminate or, alternatively, modify the Consent Decree [173]. Pursuant to 18 U.S.C. § 3626(e), the Court stayed this matter on April 17, 2022. Following several months of additional briefing and conferences, Plaintiffs now consent to termination of the Consent Decree.

Having considered Plaintiffs' consent to the granting of the Motion [173], the Court finds that it should be and is granted. As a result, the Extended Third Amended Consent Decree [161-1] is terminated. Plaintiffs' Motion for Contempt [170] is denied as moot. The termination of the Extended Third Amended Consent Decree [161-1] is without prejudice to any future claims that detainees at Henley Young may have against the County related to their detention at Henley Young that are based on acts or omissions that occur after the date this order is entered by the Court.

**SO ORDERED AND ADJUDGED** this the 13th day of October, 2022.

                                                s/ *Daniel P. Jordan III*
                                                CHIEF UNITED STATES DISTRICT JUDGE